# EXHIBIT 10

EX-8 4 a2240808zex-8.htm EX-8

**Exhibit 8**

| Subsidiary (as of December 31, 2019) | Jurisdiction of Organization |
|---|---|
| Aços Laminados do Pará S.A. | Brazil |
| Atlantic Iron S.àr.l | Luxembourg |
| Australian Coal Inter Holding (NL) I B.V | Australia |
| Belcoal Pty Ltd | Australia |
| Belvedere Australia (BP) PTY Ltd | Australia |
| Belvedere Coal Management Pty Ltd | Australia |
| Biopalma da Amazônia S.A - Reflorestamento, Indústria e Comércio | Brazil |
| Bowen Central Coal Pty Ltd. - (ACN107 198 676) | Australia |
| Camberwell Coal Pty Ltd. - (ACN 003 825 018) | Australia |
| Centro Tecnológico de Soluções Sustentáveis S/A (CTSS) | Brazil |
| CMM Overseas S.A | Switzerland |
| Companhia Paulista de Ferro-Ligas | Brazil |
| Companhia Portuaria Baia de Sepetiba | Brazil |
| Companhia Siderúrgica Ubu | Brazil |
| Companhia Usina Tecpar | Brazil |
| CPP Participações S.A | Brazil |
| Docepar S.A. | Brazil |
| Eastern Star Resources Pty | Australia |
| Empreendimentos Brasileiros de Mineração S.A. | Brazil |
| Empresa Mineração Esperança | Brazil |
| Exide Group Incorporated | USA |
| Ferrous Limited | Isle of Man |
| Ferrous Resources do Brasil S.A. | Brazil |
| Ferrous Resources Limited (Isle of Man) | Isle of Man |
| Ferrous Resources Limited (UK) | UK |
| Florestas Rio Doce S.A | Brazil |
| Glennies Creek Coal Management Pty Ltd. - (ACN 097 768 093) | Australia |
| Integra Coal Operations Pty Ltd. - (ACN 118 030 998) | Australia |
| Integra Coal Sales Pty Ltd. - (ACN 080 537 033) | Australia |
| Internacional Iron Company. Inc | Panamá |
| Isaac Plains Coal Sales Pty Ltd. - (ACN 114 276 701) | Australia |
| Kaolin Overseas Ltd. | Cayman |
| Larco Ltd. | Cayman |
| Maitland Main Collieries Pty Ltd. - (ACN 000 021 652) | Australia |
| MBR Overseas Ltd. | Bermudas |
| Mediterranean Iron Limited | Malta |
| Minas da Serra Geral S.A. | Brazil |
| Mineração Corumbaense Reunida S.A | Brazil |
| Mineração Dobrados S.A. Indústria e Comércio | Brazil |
| Mineração Guanhães Ltda. | Brazil |
| Mineração Guariba Ltda | Brazil |
| Mineração Jacuipe S.A. | Brazil |
| Mineração Manati LTDA | Brazil |
| Mineração Mato Grosso S.A | Brazil |
| Mineração Ocirema Indústria e Comércio Ltda | Brazil |
| Minerações BR Holding GmbH | Austria |
| Minerações Brasileiras Reunidas S.A. | Brazil |
| Moatize Coal Investment (PTY) LTD | South Africa |
| Monticello Insurance Ltd. | Barbados |
| MS Empreendimentos e Participações Ltda | Brazil |
| MSE - Serviços de Operação, Manutenção e Montagem Ltda | Brazil |
| New Steel Global NV | Netherlands |
| New Steel Global S/A | Brazil |
| Potasio Rio Colorado S.A | Argentina |
| PT Bahodopi Nickel Smelting Indonesia | Indonesia |
| PT Kolaka Nickel Indonesia | Indonesia |

| PT Sumbawa Timur Mining | Indonesia |
| PT Vale Eksplorasi Indonesia | Indonesia |
| PT Vale Indonesia Tbk | Indonesia |
| Qld Coal Holdings Pty Ltd - (ACN 081 724 129) | Australia |

| | |
|---|---|
| Railvest Investments Inc | Canada |
| Retiro Novo Reflorestamento Ltda | Brazil |
| Rio Doce Australia Pty Ltd | Australia |
| Rio Doce International S.A | Belgium |
| Salobo Metais S.A | Brazil |
| Seamar Shipping Corporation | Liberia |
| Sociedade de Desenvolvimento Estudo e Implantação do Corredor de Nacala-(SDEICN (SPE)) | Mozambique |
| Société Industrielle et Commerciale Brasilo-Luxembourgeoise - Brasilux | Luxembourg |
| SRV Corporate S.A | Switzerland |
| Startec Iron LLC | USA |
| Tecnored Desenvolvimentos Tecnológicos S.A. | Brazil |
| Tecnored Tecnologia de Auto-Redução S.A. | Brazil |
| Tiebaghi Nickel S.A.S (Branch) | New Caledonia |
| Tiebaghi Nickel S.A.S. | France |
| Transbarge Navegacion S.A. | Paraguay |
| Vale Americas Inc | USA |
| Vale Ásia Kabushiki Kaisha | Japan |
| Vale Australia (EA) Pty Ltd - (ACN 081 724 101) | Australia |
| Vale Australia (GC) Pty Ltd - (ACN 097 238 349) | Australia |
| Vale Australia (IP) Pty Ltd - (ACN 114 276 694) | Australia |
| Vale Australia Galilee Pty Ltd. - (ACN 107 201 230) | Australia |
| Vale Australia Holdings Pty Ltd (ACN 075 176 386) | Australia |
| Vale Australia Pty Ltd (ACN 062 536 270) | Australia |
| Vale Base Metals Americas, Inc | USA |
| Vale Base Metals Asia Pacific Pte. Ltd | Singapore |
| Vale Belvedere (BC) PTY | Australia |
| Vale Belvedere (SEQ) Pty Ltd | Australia |
| Vale Belvedere Pty Ltd (ACN 128 403 645) | Australia |
| Vale Canada Ltd | Canada |
| Vale China Holdings (Barbados) Ltd. | Barbados |
| Vale Colombia SAS en Liquidación | Colombia |
| Vale Emirates Ltd. | United Arab Emirates |
| Vale Energia S.A | Brazil |
| Vale Europe Limited | England |
| Vale Europe Pension Trustees Ltd. | England |
| Vale Evate Moçambique, Ltda | Mozambique |
| Vale Exploracion Argentina S.A. | Argentina |
| Vale Exploraciones Chile Ltda | Chile |
| Vale Exploration Peru SAC | Peru |
| Vale Exploration Philippines Inc | Philippines |
| Vale Exploration Pty Ltd (ACN 127 080 219) | Australia |
| Vale Fertilizer Netherlands B.V | Netherlands |
| Vale Holdings B.V Switzerland Branch | Switzerland |
| Vale Holdings B.V | Netherlands |
| Vale Inco Europe Holdings | England |
| Vale India Private Limited | India |
| Vale Holdings B.V Papua New Guinea | Papua New Guinea |
| Vale International S.A | Switzerland |
| Vale International S.A - Singapore Branch | Singapore |
| Vale International S.A-DIFC | United Arab Emirates |
| Vale Investments Ltd. | Jersey |
| Vale Japan Ltd. | Japan |
| Vale Limited | USA |
| Vale Logística de Argentina S.A | Argentina |
| Vale Logística de Uruguay S.A | Uruguay |
| Vale Malaysia Minerals Sdn. Bhd. | Malaysia |
| Vale Malaysia Sdn. Bhd. | Malaysia |
| Vale Manganês S.A | Brazil |
| Vale Mauritius Ltd. | Mauritius |
| Vale Metais Basicos S.A | Brazil |

| | |
|---|---|
| Vale Metals (Shanghai) Co.,Ltd | China |
| Vale Minerals China Co. Ltd | China |

| | |
|---|---|
| Vale Moçambique S.A | Mozambique |
| Vale Newfoundland & Labrador Ltd. | Canada |
| Vale Nickel (Dalian) Co. Ltd | China |
| Vale Nouvelle-Calédonie Branch | New Caledonia |
| Vale Nouvelle-Calédonie S.A.S. | France |
| Vale Óleo e Gás S.A | Brazil |
| Vale Oman Distribution Center LLC | Oman |
| Vale Oman Pelletizing Company LLC | Oman |
| Vale Overseas Ltd. | Cayman |
| Vale Power S.A. | Switzerland |
| Vale Projectos e Desenvolvimento Moçambique, Limitada | Mozambique |
| Vale Shipping Holding Pte. Ltd | Singapore |
| Vale Soluções em Energia S.A | Brazil |
| Vale South Africa (Proprietary) Ltd. | South Africa |
| Vale Switzerland S.A | Switzerland |
| Vale Taiwan Limited | Taiwan |
| Vale Technology Developments (Canada) Limited | Canada |
| Vale Trading (Shanghai) Co., Ltd | China |
| Vale Zambia Limited | Zambia |
| Valesul Alumínio S.A. | Brazil |
| VNCFi | New Caledonia |