# EXHIBIT 13

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through May 18, 2020.

Selected Entity Name: VALE AMERICAS INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | VALE AMERICAS INC. |
| **DOS ID #:** | 414682 |
| **Initial DOS Filing Date:** | NOVEMBER 09, 1976 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

**Chief Executive Officer**

PAUL CASBAR
140 E RIDGEWOOD AVENUE
SUITE 415 SOUTH TOWER
PARAMUS, NEW JERSEY, 07652

**Principal Executive Office**

VALE AMERICAS INC.
140 E. RIDGEWOOD AVENUE
SUITE 415 SOUTH TOWER
PARAMUS, NEW JERSEY, 07652

**Registered Agent**

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

Entity Information

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| SEP 01, 2010 | Actual | VALE AMERICAS INC. |
| MAY 13, 2008 | Actual | VALE INCO AMERICAS INC. |
| JUL 16, 2004 | Actual | INTERNATIONAL NICKEL INC. |
| NOV 09, 1976 | Actual | INCO UNITED STATES, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us