# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY ON NEW YORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INTERNATIONAL NICKEL COMPANY, INC., INCO ALLOYS INTERNATIONAL, INC., HUNTINGTON ALLOYS, INC., HUNTINGTON ALLOYS CORPORATION, SPECIAL METALS CORPORATION, PRECISION CASTPARTS CORP., VALE AMERICAS INC., INCO UNITED STATES, INC., INTERNATIONAL NICKEL INC., VALE INCO AMERICAS INC. and VALE CANADA LIMITED, <br><br> Defendants. | Case No. 15 cv 4306 |

**DEFENDANTS VALE CANADA LIMITED AND VALE AMERICAS INC.'S
(FORMERLY KNOWN AS INCO UNITED STATES, INC.;
INTERNATIONAL NICKEL INC.; AND VALE INCO AMERICAS INC.)
<u>RULE 7.1 COROPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Vale Canada Limited and Vale Americas Inc. (formerly known as Inco United States, Inc.; International Nickel Inc.; and Vale Inco Americas Inc.), by and through their attorneys, Beveridge & Diamond, P.C., hereby state as follows:

1. Vale Canada Limited is a wholly owned subsidiary of Vale, S.A., which is a publicly held corporation.

1

2. Vale Americas Inc. is a wholly owned subsidiary of Vale Canada Limited. Vale Americas Inc. has been formerly known as Inco United States, Inc.; International Nickel Inc.; and Vale Inco Americas Inc.

Dated: November 9, 2015

          Respectfully submitted,

By: _____
    Daniel M. Krainin, Esq. (DK 1128)
    BEVERIDGE & DIAMOND, PC
    477 Madison Avenue, 15th Floor
    New York, NY 10022-5802
    Tel: (212) 702-5417
    Fax: (212) 702-5450
    Email: dkrainin@bdlaw.com

*Attorney for Defendants Vale Canada Limited and Vale Americas Inc. (f/k/a Inco United States, Inc.; International Nickel Inc.; and Vale Inco Americas Inc.)*