# EXHIBIT 16




# Utility Nickel

Section 1. Identification of the Substance and Company

**1.1 Product Identification:**
*Product Name:* Utility Nickel
*Synonyms:* UNi, Dalian Utility Nickel, KNC Utility Nickel

*EC No*: 231-111-4
*CAS No:* 7440-02-0
**REACH Registration number: see Section 15**

**1.2 Uses**
Identified Uses:
Formulation or re-packing; Use of nickel metal in the production of stainless, special steels and special alloys
Formulation or re-packing; Use of nickel metal in the production of integrated steel and iron
Formulation or re-packing; Use of nickel metal in electric arc furnace carbon steel manufacturing
Formulation or re-packing; Use of nickel metal in the production of brazing alloys
Formulation or re-packing; Use of nickel metal and nickel containing alloys for the production of steel and other alloy powders by atomisation
Use at industrial sites; Use of nickel-containing stainless, special steels and special alloys
Use at industrial sites; Use of nickel-containing integrated steel and iron
Use at industrial sites; Use of nickel-containing carbon steel

Uses Advised Against:
Use of nickel-containing High Sulphur stainless steel for surgical implants (AISI grade 303 or ISO 7153-1 reference grade N)
Use of nickel and nickel compounds in tattoo inks or permanent makeup products.
Use of nickel containing food contact materials for which release into foodstuff would exceed more than 0.14mg/kg food of nickel

**1.3  Company Identification**
*Manufactured by:*

| | |
|---|---|
| Korea Nickel Corporation | Vale Nickel (Dalian) Co., Ltd |
| 8FL. Starwood Plaza, 5439-1 | 9 Penghong Street, St. Jinpu New Area |
| Seongnam-City, Gyeonggi-Do | Dalian City, Liaoning Province 116600 |
| South Korea | China |

*Distributed by:*
Vale Canada Limited
200 Bay St., Royal Bank Plaza
Suite 1600, South Tower, PO Box 70



Toronto, ON
Canada, M5J 2K2
Email: msds@vale.com

*Imported by:*

In North & South America:
Vale Americas Inc.
140 E. Ridgewood Avenue
Suite 415, South Tower
Paramus, NJ 07652
U.S.A.

In Asia (Except India, & Pakistan):
Vale Base Metals Asia Pacific PTE. LTD.
One Temasek Avenue #39-01
Millenia Tower
Singapore, 039192

In Europe, Middle East, Africa, India, & Pakistan:
Vale International SA
Route de Pallatex 29
1162 Saint-Prex
Switzerland

*REACH Only Representative for Vale Nickel (Dalian) and Korea Nickel Corporation:*
H2 Compliance
Rubicon Building, CIT Campus
T12Y275, Bishopstown
Cork, Republic of Ireland
Chris Terrett, OR Manager
Telephone number: +353-21-486-8121
Email: Chris.Terrett@h2compliance.com

**For Fire, Spill, or chemical emergency call CHEMTREC:  +1 703 527-3887**
**for Europe call CHEMTREC: +(44) 870 8200418**
**for China call CHEMTREC: 40001-204937**
**for South Korea call CHEMTREC: +(82) 070-7686-0086**
**for Taiwan call CHEMTREC: 00801-14-8954 (toll free)**

## Section 2. Hazards Identification

2.1 Classification of the Substance:
  Skin Sensitization – Category 1
  Respiratory Sensitization – Category 1
  Carcinogenicity – Category 1B
  Specific Target Organ Toxicity, Repeated exposure – Category 1

  Hazard Pictograms:         GHS07 - Exclamation mark, GHS08 - Health Hazard





| | |
|---|---|
| Signal Word: | Danger |
| Hazard Statements: | H317 - May cause an allergic skin reaction<br>H334 – May cause allergy or asthma symptoms or breathing difficulties if inhaled<br>H350i – May cause cancer by inhalation<br>H372 - Causes damage to lungs through prolonged or repeated inhalation exposure |
| Precautionary Statements: | P201, P202, P260, P261, P272, P280, P264, P270, P284, P302+P352, P304+P340, P342+P311, P308+P313, P333+P313, P314, P321, P362+P364, P405, P501 |

2.2: Label elements
Product identifier: Utility Nickel
CAS #: Nickel (7440-02-0) >96%
       Cobalt (7440-48-4) 1.4-1.8%
Symbols:
GHS07 - Exclamation mark      GHS08 - Health Hazard

 

| | |
|---|---|
| Signal Word: | Danger |
| Hazard Statements: | H317 - May cause an allergic skin reaction<br>H334 – May cause allergy or asthma symptoms or breathing difficulties if inhaled<br>H350i – May cause cancer by inhalation<br>H372 - Causes damage to lungs through prolonged or repeated inhalation exposure |
| Precautionary Statements: | P202 - Do not handle until all safety precautions have been read and understood<br>P261 - Avoid breathing dust or fume.  Wear respiratory protective equipment if fine dusts are generated.<br>P280 - Wear protective gloves and protective clothing<br>P302+352 - If on skin: Wash with plenty of soap and water.<br>P501 - Dispose of contents/container in accordance to local; regional; national and international regulations |





*(NOTE: P-statements have been reduced).*
For full text of Precautionary Statements see section 15.

## Section 3. Composition

☒ **Substance**   ☐ **Mixture**

| Hazardous Ingredients | Typical Composition | C.A.S. Number | EINECS/EC Label No. |
|---|---|---|---|
| Nickel | 96 % min | 7440-02-0 | 231-111-4 |
| Cobalt | 1.4-1.8 % | 744048-4 | 231-158-0 |
| Iron | 0.7-1.2 % | 7439-89-6 | 231-096-4 |
| Copper | 0.5-0.9 % | 7440-50-8 | 231-159-6 |
| Sulphur | 0.13-0.16 % | 7704-34-9 | 231-722-6 |

## Section 4. First Aid Measures

*Ingestion:*  No specific first aid required.

*Inhalation:*  IF INHALED: Remove person to fresh air and keep comfortable for breathing. If experiencing respiratory symptoms: Call a POISON CENTRE or doctor /physician

*Skin:*  Remove contaminated clothing, and wash affected areas thoroughly with water. If skin irritation or rash occurs: Get medical advice/attention. Show label if possible.

*Eyes:*  Irrigate eyeball thoroughly with water for at least 10 minutes. If discomfort persists, seek medical attention.

*Most important symptoms & affects, both acute/ delayed*  Inhalation: Cough, sore throat, wheezing, increased difficulty in breathing
Skin contact: Rash
Eye contact: Redness

*Indication of immediate medical attention and special treatment needed*  No special requirements

## Section 5. Fire Fighting Measures

*Suitable extinguishing media:*  Any, type to be selected according to materials stored in the immediate neighbourhood.





| | |
|---|---|
| *Special risks:* | Non-flammable.  May oxidize to Nickel Oxide if exposed to high temperatures within a fire. Keep containers cool with water spray. |
| *Special protective equipment for fire fighting:* | None needed. Wear protective equipment if required for other materials within the immediate vicinity. |

## Section 6. Accidental Release Measures

| | |
|---|---|
| *Person related precautionary measures:* | Avoid generation of dusty atmospheres. Do not inhale dusts. Contaminated work clothing should not be allowed out of the workplace.  Use personal protective equipment as required. Wash hands, and face thoroughly after handling. |
| *Environmental Protection measures:* | No specific measures needed. |
| *Procedures for cleaning/absorption:* | Pick up and replace in original container.  Nickel-containing material is normally collected to recover nickel values. |

## Section 7. Handling and Storage

| | |
|---|---|
| *Precautions for Safe Handling:* | Prevent the generation of inhalable dusts e.g. by the use of suitable ventilation. Do not inhale dust. Wear appropriate nationally approved respirators if handling is likely to cause the concentration limits of airborne nickel to exceed the locally prescribed exposure limits. Wear suitable protective clothing and gloves.  Contaminated work clothing should not be allowed out of the workplace. |
| *Conditions for Safe Storage:* | Keep in the container supplied, and keep container closed when not in use.  Local regulations should be followed regarding the storage of this product. |

## Section 8. Exposure Controls / Personal Protection

**8.1.1 Exposure Limits:**

| | Nickel (mg/m$^3$) | Cobalt (mg/m$^3$) |
|---|---|---|
| ACGIH TLV-TWA [1] | 1.5 * | 0.02 |
| UK WEL [2] | 0.5 | 0.1 |
| Japan | 1 | 0.05 |
| Korea | 1 | 0.02 |
| China | 1 | 0.05 |

* - as Ni in inhalable fraction



**DNEL's**

|  | Unit | DNEL |
|---|---|---|
| Inhalation | | |
| Acute local | mg Ni/m$^3$ | 11.9 |
| Long-term local | mg Ni/m$^3$ | 0.05 |

|  | Unit | DNEL |
|---|---|---|
| Inhalation | | |
| Long-term local | mg Co/m$^3$ | 0.04 |

### 8.1.2 Environmental Limits:
**PNEC's**

| Compartment | Unit | PNEC |
|---|---|---|
| Freshwater | µg Ni/L (bioavailable) | 7.1 |
| Marine | µg Ni/L | 8.6 |
| Terrestrial | mg Ni/kg | 29.9 |

| Compartment | Unit | PNEC |
|---|---|---|
| Freshwater | µg Co/L | 0.62 |
| Marine | µg Co/L | 2.36 |
| Terrestrial | mg Co/kg | 10.9 |

### 8.2.1 Occupational exposure controls:
As supplied, this product does not pose a health hazard by inhalation.  Mechanical extraction ventilation may be required if user operations change it to other physical or chemical forms, whether as end products, intermediates or fugitive emissions, which are inhalable. Maintain airborne nickel levels as low as possible.  Avoid repeated skin contact.

**PPE**
*Respiratory protection:*   If required, use an approved respirator with particulate filters.

*Eye protection:*   None

*Hand & Skin Protection:*   Wear suitable protective clothing and gloves, which should be selected specifically for the working place, depending on concentration and quantity of the hazardous





material (overalls and leather/rubber gloves). Wash skin thoroughly after handling and before eating, drinking or smoking. Change contaminated clothing frequently. Launder clothing and gloves as needed. Use of skin-protective barrier cream advised.

## Section 9. Physical and Chemical Properties

Silver-grey odourless metal.

| | |
|---|---|
| Physical state at 20°C and 101.3 kPa | solid |
| Melting / freezing point | 1455°C |
| Boiling point | 2730°C |
| Decomposition temperature | Not applicable |
| Relative density | 8.9 g/cm3 at 25°C |
| Vapour pressure | 1 mm Hg at 1810°C. |
| Vapour density | Not applicable |
| Surface tension | Not applicable |
| Water solubility | Not applicable |
| pH | Not applicable |
| Evaporation rate | Not applicable |
| Partition coefficient n-octanol/water (log | Not applicable |
| Flash point | Not applicable |
| Flammability | Non-flammable |
| Explosive properties | Non-explosive |
| Self-ignition temperature | Autoflammability is not applicable to massive nickel metal. |
| Oxidising properties | Non-oxidising |
| Granulometry | Particle size distribution: 98% 3-80mm |
| Stability in organic solvents and identity of relevant degradation products | Not applicable |
| Dissociation constant | Not applicable |
| Viscosity | Not applicable |

## Section 10. Stability and Reactivity

*Reactivity*                        Stable under normal conditions.

*Chemical stability*               Stable under normal conditions.





| | |
|---|---|
| *Possibility of hazardous reactions* | Stable under normal conditions. |
| *Conditions to avoid* | This product can react vigorously with acids to liberate hydrogen, which can form explosive mixtures with air.  Under special conditions nickel can react with carbon monoxide in reducing atmospheres to form nickel carbonyl, $Ni(CO)_4$, a toxic gas. |
| *Incompatible materials* | Acids, Strong oxidising agents. |
| *Hazardous Decomposition Product(s)* | Nickel carbonyl gas |

## Section 11. Toxicological Information [3]

**Nickel**
*Acute Toxicity:*

| | |
|---|---|
| a) Oral: | Non toxic - $LD_{50}$ ORAL RAT >9000 mg/kg |
| b) Inhalation: | No information available |
| c) Dermal: | No information available. |

*Corrosivity/Irritation:*

| | |
|---|---|
| a) Respiratory Tract: | None |
| b) Skin: | See sensitization section. |
| c) Eyes: | Mechanical irritation may be expected. |

*Sensitization:*

| | |
|---|---|
| a) Respiratory tract: | Nickel metal induced asthma is very rare.  3 case reports are available; the data is not sufficient to conclude that nickel metal is classified as a respiratory sensitizer. |
| b) Skin: | Nickel metal is a well-known skin sensitizer.  Direct and prolonged skin contact with metallic nickel may induce nickel allergy and elicit nickel allergic skin reactions in those people already sensitized to nickel, so-called nickel allergic contact dermatitis. |
| c) Pre-existing conditions: | Individuals known to be allergic to nickel should avoid contact with nickel whenever possible to reduce the likelihood of nickel allergic contact dermatitis reactions (skin rashes).  Repeated contact may result in persistent chronic palmar/hand dermatitis in a smaller number of individuals, despite efforts to reduce or avoid nickel exposure. |

*Chronic toxicity:*



| | |
|---|---|
| *a) Oral:* | No information available |
| *b) Inhalation:* | Animal studies (rats) show that repeated-dose inhalation of micron-sized metallic nickel powder damages the lung. Chronic inflammation, lung fibrosis and accumulation of nickel particles were observed. |
| *c) Dermal:* | Direct and prolonged skin contact with nickel metal may cause nickel sensitization resulting in nickel allergic contact dermatitis /skin rash. |
| *Mutagenicity / Reproductive toxicity*: | No data. |

*Carcinogenicity:*

| | |
|---|---|
| *a) Ingestion*: | The U.S. National Institute for Occupational Safety and Health (NIOSH) concluded that there is no evidence that nickel metal is carcinogenic when ingested. |
| *b) Inhalation*: | To date, there is no evidence that nickel metal causes cancer in humans based on epidemiology data from workers in the nickel producing and nickel consuming industries. A recent animal (rat) inhalation study showed no increased respiratory cancer risk for nickel metal powder indicating that no carcinogen classification is warranted for nickel metal The U.S. National Toxicology Program has listed metallic nickel as reasonably anticipated to be a human carcinogen. |
| | The International Agency for Research on Cancer (IARC)(Vol 49) found there was inadequate evidence that metallic nickel is carcinogenic to humans but since there was sufficient evidence that it is carcinogenic to animals, IARC concluded that metallic nickel is possibly carcinogenic to humans (Group 2B). In 1997, the ACGIH categorized elemental nickel as: A5 "Not Suspected as a Human Carcinogen". Epidemiological studies of workers exposed to nickel powder and to dust and fume generated in the production of nickel alloys and of stainless steel have not indicated the presence of a significant respiratory cancer hazard. |

**Cobalt**

*Acute Toxicity*

| | |
|---|---|
| *a) Oral:* | $LD_{50}$ ORAL RAT 550 mg/kg.  Acute Tox. 4; Harmful if swallowed. |
| *b) Inhalation:* | Low acute toxicity. Main Symptoms: cough, sore throat, wheezing, increased difficulty in breathing.  See Section 15 for further information. |
| *c) Dermal:* | LD50(Dermal) >2000mg/kg. Low acute toxicity. |

*Corrosivity/Irritation*

| | |
|---|---|
| *a) Respiratory Tract*: | None |



| | |
|---|---|
| *b) Skin*: | No data. Not classified. See sensitization section. |
| *c) Eyes*: | Low acute toxicity. Main Symptoms: Redness. |

Sensitization
*a) Respiratory tract*:  Resp. Sens. 1; May cause allergy or asthma symptoms or breathing difficulties if inhaled.

*b) Skin:*  Skin Sens. 1; May cause an allergic skin reaction. Repeated contact with metallic cobalt can cause cobalt sensitivity and allergic skin rashes.

*c) Pre-existing conditions:*  Sensitized individuals may experience an allergic skin rash or asthma.

Chronic Toxicity
*a) Oral:*  No information available.

*b) Inhalation:*  No information available.

*c) Dermal:*  No information available.

Mutagenicity / Reproductive Toxicity:  There is no evidence of mutagenic potential. Reproductive toxicity category 2; Suspected of damaging fertility. Specific effect: fertility impairment in males.

Carcinogenicity
*a) Ingestion*:  Not classified.

*b) Inhalation*:  Carcinogenicity category 1B; May cause cancer by inhalation.

Specific Target Organ Toxicity:
*a) Single Exposure:*  None anticipated.

*b) Repeated Exposure:*  None anticipated.

Aspiration Hazard:  None.

## Section 12. Ecological Information

   *Toxicity:*  Not classified as hazardous to the aquatic environment.



| | |
|---|---|
| *Persistence and Degradability:* | The PBT and vPvB criteria of Annex XIII to the Regulation does not apply to inorganic substances, such as nickel metal. The methods for determining the biological degradability are not applicable to inorganic substances |
| *Bioaccumulative Potential:* | Nickel does not tend to bioaccumulate or biomagnify in aquatic or terrestrial systems. |
| *Mobility in soil:* | The substance is essentially insoluble in water and therefore poorly mobile in soil |
| *Results of PBT and vPvB assessment:* | Not classified as PBT or vPvB. |
| *Other adverse effects:* | None anticipated. |

## Section 13. Disposal Considerations

| | |
|---|---|
| *Waste treatment methods:* | Recover or recycle if possible. Dispose of contents in accordance with local, state or national legislation. |
| *Additional Information:* | No information available. |

## Section 14. Transport Information

| | |
|---|---|
| International Maritime Dangerous Goods Code | Not regulated. |
| International Civil Aviation Organization Technical Instructions for the Carriage of Dangerous Goods by | Not regulated. |
| U.S. Dept. of Transportation Regulations | Not regulated. |
| Canadian Transportation of Dangerous Goods Act | Not regulated. |
| European Agreement Concerning the International Carriage of Dangerous Goods by Road | Not regulated. |

**MARPOL Annex V**
Under the 7 Criteria contained within the MARPOL Annex V, This material is classified as:





|   | Harmful to the Marine Environment (HME) |
|---|---|
| X | **Not Harmful to the Marine Environment (non-HME)** |

## Section 15. Regulatory Information

Europe:
REACH Registration #'s:
01-2119438727-29-XXXX – Vale Nickel (Dalian) Co. Limited (H2 Compliance acting as Only Representative)
01-2119438727-29-XXXX – Korea Nickel Company (H2 Compliance acting as Only Representative)

Exposure Scenarios: See Annex 1

Classification according to Part 3 of Annex VI of EU Regulation No. 1272/2008
   Skin Sensitization – Category 1
   Respiratory Sensitization – Category 1
   Carcinogenicity – Category 1B
   Specific Target Organ Toxicity, Repeated exposure – Category 1

Symbols:
GHS07 - Exclamation mark      GHS08 - Health Hazard



Signal Word:                  Danger

Hazard Statements:            H317 - May cause an allergic skin reaction
                              H334 – May cause allergy or asthma symptoms or breathing difficulties if inhaled
                              H350i – May cause cancer by inhalation
                              H372 - Causes damage to lungs through prolonged or repeated inhalation exposure

Precautionary Statements:     Prevention:
                              P201 - Obtain special instructions before use
                              P202 - Do not handle until all safety precautions have been read and understood
                              P260 - Do not breathe dust or fume
                              P261 - Avoid breathing dust or fume.  Wear respiratory protective equipment if fine dusts are generated.
                              P272 - Contaminated work clothing should not be allowed out of the





workplace.
P280 - Wear protective gloves and protective clothing
P264 - Wash hands, and face thoroughly after handling.
P270 - Do not eat, drink or smoke when using this product.
P284 – [In case of inadequate ventilation] wear respiratory protection

Response:
P302+P352 - If on skin: Wash with plenty of soap and water.
P304+P340 – IF INHALED: Remove person to fresh air and keep comfortable for breathing
P342+P311 – If experiencing respiratory symptoms: Call a POISON CENTER/doctor
P308+P313 - If exposed or concerned: Get medical advice/attention
P333+P313 - If skin irritation or rash occurs: Get medical advice/attention.
P314 - Get medical advice/attention if you feel unwell.
P321 - See Safety Data Sheet for specific treatment
P362+P364 – Take off contaminated clothing and wash it before reuse

Storage:
P405 - store locked up

Disposal:
P501 - Dispose of contents/container in accordance to local; regional; national and international regulations

Canada:
WHMIS 2015 Classification: Skin
   Skin Sensitization – Category 1
   Respiratory Sensitization – Category 1
   Carcinogenicity – Category 1B
   Specific Target Organ Toxicity, Repeated exposure – Category 1

All components are listed on the Canadian Domestic Substances List (DSL)

United States of America:
Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200) This product contains <u>NICKEL</u> which is subject to the reporting requirements of Section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 and of 40 CFR 372.  Refer to the Hazardous Ingredients section of this MSDS for the appropriate CAS numbers and percent by weight.
All components are listed on the US Toxic Substances Control Act (TSCA) inventory





Australia:
Classified as Hazardous according to ASCC criteria
All components are listed on the Australian Inventory of Chemical Substances (AICS)

P.R. Korea:
All components are listed in the Korean Toxic Substances Control Act inventory; KE-25818

Philippines:
All components are listed in the Philippine Inventory of Chemicals and Chemical Substances (PICCS)

Japan:
All components are listed in the Japanese Handbook of Existing and New Chemical Substances.

P.R. China:
All components are listed in the Inventory of Existing Substances in China (IECSC).

## Section 16. Other Information

Indications of change:
   1.0 – Original document
   1.1 – Updated Only Representative for Vale Nickel (Dalian) Co. Limited and Korea Nickel Company.
   1.2 – Update of uses and exposure scenarios, and DNEL/PNEC tables.

The following acronyms may be found in this document:

| Acronym | Meaning |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| DNEL | Derived No Effect Level |
| LTEL | Long Term Exposure Limit |
| LR | Lead Registrant |
| MMAD | Mass Median Aerodynamic Diameter |
| NIOSH | National Institute of Occupational Safety and Health |
| OEL | Occupational Exposure Limits |
| OR | Only Representative |
| OSHA | Occupational Safety and Health Administration |
| PBT | PBT: Persistent, Bioaccumulative and Toxic |
| PNEC | Predicted No Effect Concentration |
| STEL | Short Term Exposure Limit |
| STOT | Specific Target Organ Toxicity |
| TLV-TWA | Threshold Limit Value – Time Weighted Average |
| vPvB | very Persistent and very Bioaccumulative |





WEL	Workplace Exposure Limit (UK HSE EH40)


Safety Data Sheet prepared by:
Vale Canada Limited
200 Bay St., Royal Bank Plaza
Suite 1600, South Tower, PO Box 70
Toronto, ON
Canada, M5J 2K2
msds@vale.com

SDS available online at http://www.vale.com/canada/en/business/mining/nickel/pages/default.aspx

**_Note:_**
*Vale Canada believes that the information in this Safety Data Sheet is accurate. However, Vale Canada makes no express or implied warranty as to the accuracy of such information and expressly disclaims any liability resulting from reliance on such information.*

1. Threshold Limit Values of the American Conference of Governmental Industrial Hygienists. 2016.
2. Maximum Exposure Limit of the Health and Safety Executive in the U.K. in EH40/2005.
3. Describes possible health hazards of the product supplied. If user operations change it to other chemical forms, whether as end products, intermediates or fugitive emissions, the possible health hazards of such forms must be determined by the user.






**ANNEX 1 – Exposure Scenarios**

Exposure Scenarios can be obtained by clicking on the following link:

http://www.vale.com/canada/EN/business/mining/product-safety-information/reach-scenarios-metals-powder/Pages/default.aspx

If you are unable to retrieve the document or have difficulties, please use the following email address for assistance: msds@vale.com

ES1 - Formulation or re-packing; Use of nickel metal in the production of stainless, special steels and special alloys
ES2 - Formulation or re-packing; Use of nickel metal in the production of integrated steel and iron
ES3 - Formulation or re-packing; Use of nickel metal in electric arc furnace carbon steel manufacturing
ES4 - Formulation or re-packing; Use of nickel metal in the production of brazing alloys
ES6 - Formulation or re-packing; Use of nickel metal and nickel containing alloys for the production of steel and other alloy powders by atomisation
ES8 - Use at industrial sites; Use of nickel-containing stainless, special steels and special alloys
ES9 - Use at industrial sites; Use of nickel-containing integrated steel and iron
ES10 - Use at industrial sites; Use of nickel-containing carbon steel

