# EXHIBIT 17

EX-8.1 3 exhibit8-1subsidiaries.htm EXHIBIT 8.1

Exhibit 8.1

## List of subsidiary companies
### At 31 December 2019

The principal operating subsidiary companies of the Rio Tinto Group are listed in Note 33 to the *2019 Financial statements*. The principal intermediate holding companies and group finance companies are as follows:

| Company and country of incorporation | Principal activities | Class of shares held | Proportion of class held | Group interest |
|---|---|---|---|---|
| | | | % | % |
| **Australia** | | | | |
| Australian Coal Holdings Pty. Limited | Holding company | AUD A shares | 100 | 100 |
| Hamersley Holdings Limited | Holding company | AUD Ordinary shares | 100 | 100 |
| North IOC Holdings Pty Ltd | Holding company | AUD Ordinary shares | 100 | 100 |
| North Limited | Holding company | AUD Ordinary shares | 100 | 100 |
| Pacific Aluminium Pty. Limited | Holding company | AUD Ordinary shares | 100 | 100 |
| Peko-Wallsend Pty Ltd | Holding company | AUD Ordinary shares | 100 | 100 |
| Rio Tinto Finance Limited | Finance company | AUD Ordinary shares | 100 | 100 |
| Rio Tinto Finance (USA) Limited | Finance company | AUD Ordinary shares | 100 | 100 |
| Rio Tinto Investments One Pty Limited | Holding company | AUD Ordinary shares | 100 | 100 |
| Rio Tinto Investments Two Pty Limited | Holding company | AUD Ordinary shares | 100 | 100 |
| Robe River Limited | Holding company | AUD Ordinary shares | 100 | 100 |
| **Bermuda** | | | | |
| North IOC (Bermuda) Holdings Limited | Holding company | US$1.00 Ordinary shares | 100 | 100 |
| North IOC (Bermuda) Limited | Holding company | US$1.00 Ordinary shares | 100 | 100 |
| | | US$100,000.00 Preferred shares | 100 | 100 |
| | | US$143.64 Class A Ordinary shares (US$143.64126903) | 100 | 100 |
| QIT Madagascar Minerals Ltd. | Holding company | US$1.00 Ordinary shares | 100 | 100 |
| **Canada** | | | | |
| 46117 Yukon Inc. | Holding company | CAD Common shares | 100 | 100 |
| | | CAD Preferred shares | 100 | 100 |
| 535630 Yukon Inc. | Holding company | CAD Common shares | 100 | 100 |
| | | CAD Preferred shares | 100 | 100 |
| 7999674 Canada Inc. | Holding company | CAD Common shares | 100 | 100 |
| Rio Tinto Canada Inc | Holding company | CAD Class B shares | 100 | 100 |
| | | CAD Class C shares | 100 | 100 |
| | | CAD Class D shares | 100 | 100 |
| | | CAD Class J shares | 100 | 100 |
| | | CAD Class K shares | 100 | 100 |
| Rio Tinto Diamonds and Minerals Canada Holdings Inc. | Holding company | CAD Class A shares | 100 | 100 |
| | | CAD Class B shares | 100 | 100 |
| | | CAD Class C shares | 100 | 100 |
| | | CAD Class P1 Preferred shares | 100 | 100 |
| **Netherlands** | | | | |
| Rio Tinto Eastern Investments B.V. | Holding company | €453.78 Ordinary shares | 100 | 100 |
| **South Africa** | | | | |
| Richards Bay Mining Holdings (Proprietary) Limited | Holding company | ZAR1.00 A Ordinary shares | 100 | 100 |
| | | ZAR1.00 B Ordinary shares | 100 | 100 |
| Richards Bay Titanium Holdings (Proprietary) Limited | Holding company | ZAR1.00 A Ordinary shares | 100 | 100 |

|  |  | ZAR1.00 B Ordinary shares | 100 | 100 |
|---|---|---|---|---|
| **United Kingdom** |  |  |  |  |
| Rio Tinto European Holdings Limited | Holding company | £1.00 Ordinary shares | 100 | 100 |

Exhibit 8.1

| | | | | |
|---|---|---|---|---|
| Rio Tinto Finance plc | Finance company | £1.00 Ordinary shares | 100 | 100 |
| | | US$1.00 Ordinary shares | 100 | 100 |
| Rio Tinto Finance (USA) plc | Finance company | £1.00 Ordinary shares | 100 | 100 |
| Rio Tinto International Holdings Limited | Holding company | £1.00 Ordinary shares | 100 | 100 |
| Rio Tinto Simfer UK Limited | Holding company | US$1.00 Ordinary shares | 100 | 100 |
| Rio Tinto Western Holdings Limited | Holding company | £1.00 Ordinary shares | 100 | 100 |
| | | US$1.00 Ordinary shares | 100 | 100 |
| **United States of America** | | | | |
| Rio Tinto America Holdings Inc. | Holding company | US$0.01 Class A Common shares | 100 | 100 |
| | | US$100.00 Series A Preferred Stock | 100 | 100 |
| Rio Tinto America Inc. | Holding company | US$100.00 Common shares | 100 | 100 |
| Rio Tinto Minerals Inc. | Holding company | US$0.01 Common shares | 100 | 100 |
| Kennecott Holdings Corporation | Holding company | US$0.01 Common shares | 100 | 100 |