# EXHIBIT 19

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 18, 2020.

Selected Entity Name: RIO TINTO AMERICA HOLDINGS INC.
Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | RIO TINTO AMERICA HOLDINGS INC. |
| **DOS ID #:** | 1363157 |
| **Initial DOS Filing Date:** | JUNE 22, 1989 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**

PAUL HEDLEY
4700 DAYBREAK PKWY
SOUTH JORDAN, UTAH, 84009

**Principal Executive Office**

RIO TINTO AMERICA HOLDINGS INC.
4700 DAYBREAK PKWY
SOUTH JORDAN, UTAH, 84009

**Registered Agent**

CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include the
name(s) and address(es) of the initial officers, directors,
and shareholders in the initial certificate of
incorporation, however this information is not recorded
and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 30, 1997 | Actual | RIO TINTO AMERICA HOLDINGS INC. |
| OCT 03, 1996 | Actual | RTZ AMERICA HOLDINGS INC. |
| SEP 04, 1990 | Actual | RTZ AMERICA INC. |
| JUN 22, 1989 | Actual | MINERAL INVESTMENTS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us