# EXHIBIT 21

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 18, 2020.

Selected Entity Name: RIO TINTO SERVICES INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | RIO TINTO SERVICES INC. |
| **DOS ID #:** | 1364036 |
| **Initial DOS Filing Date:** | JUNE 26, 1989 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**
BRIAN OLDHAM
4700 DAYBREAK PARKWAY
SOUTH JORDAN, UTAH, 84009

**Principal Executive Office**
RIO TINTO SERVICES INC.
4700 DAYBREAK PARKWAY
SOUTH JORDAN, UTAH, 84009

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| FEB 05, 1998 | Actual | RIO TINTO SERVICES INC. |
| JUN 26, 1989 | Actual | TINTO SERVICES INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us