# EXHIBIT 22

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CASTRO and JOYCE CASTRO, | CIVIL ACTION |
| Plaintiffs, | No.: 1:19-cv-00279 |
| - against - | |
| COLGATE-PALMOLIVE *et al.*, | |
| Defendants, | |

**RIO TINTO AMERICA INC.'S DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**

Defendant Rio Tinto America Inc., submits the following disclosure in accordance with Fed. R. Civ. P. 7.1:

Rio Tinto America Inc., is a wholly-owned subsidiary of Rio Tinto America Holdings Inc., which is a wholly-owned subsidiary of Rio Tinto Western Holdings Limited, which is a wholly-owned subsidiary of Rio Tinto European Holdings Limited, which is a wholly-owned subsidiary of Rio Tinto plc, which is a publicly held corporation. Rio Tinto plc has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       May 6, 2019

                              LEWIS BRISBOIS BISGAARD & SMITH LLP
                              Attorneys for Defendant Rio Tinto America Inc.

                              By: /s/ Berj K. Parseghian
                                    BERJ K. PARSEGHIAN, ESQ.
                                    77 Water Street, Suite 2100
                                    New York, New York 10005
                                    212.232.1300