# EXHIBIT 23

| | |
|---|---|
| 1 | Elizabeth L. Deeley (SBN 230798) |
| | KIRKLAND & ELLIS LLP |
| 2 | 555 California Street |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 4 | E-mail: elizabeth.deeley@kirkland.com |
| 5 | Andrew A. Kassof, P.C. (*pro hac vice* forthcoming) |
| | Brenton Rogers (*pro hac vice* forthcoming) |
| 6 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| 7 | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| 8 | Facsimile: (312) 862-2200 |
| | E-mail: andrew.kassof@kirkland.com |
| 9 | E-mail: brenton.rogers@kirkland.com |
| 10 | *Attorneys for Defendants Rio Tinto Minerals Inc.* |
| | *and Rio Tinto Services Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE CITY OF IMPERIAL BEACH, INDIVIDUALLY AND ON BEHALF OF THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.<br><br>Defendants. | CASE NO. 4:17-cv-04934-PJH<br><br>**DEFENDANTS RIO TINTO MINERALS INC. AND RIO TINTO SERVICES INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>[Removal from the Superior Court of the State of California, County of Contra Costa, Case No. C17-01227]<br><br>Action Filed: July 17, 2017 |

TO THE COURT CLERK AND ALL PARTIES OF RECORD[1]:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rio Tinto Minerals Inc. ("Rio Tinto Minerals") states the following:

1. Rio Tinto Minerals is a wholly-owned subsidiary of Rio Tinto America Inc.

2. Rio Tinto America, Inc. is a wholly-owned subsidiary of Rio Tinto America Holdings Inc.

3. Rio Tinto America Holdings Inc. is a wholly-owned subsidiary of Rio Tinto Western Holdings Limited.

4. Rio Tinto Western Holdings Limited is a wholly-owned subsidiary of Rio Tinto European Holdings Limited.

5. Rio Tinto European Holdings Limited is a wholly-owned subsidiary of Rio Tinto plc.

6. Rio Tinto plc is a publicly held corporation that indirectly holds more than 10% of Rio Tinto Minerals.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rio Tinto Services Inc. ("Rio Tinto Services") states the following:

1. Rio Tinto Services is a wholly-owned subsidiary of Rio Tinto America Inc.

2. Rio Tinto America Inc. is a wholly-owned subsidiary of Rio Tinto America Holdings Inc.

3. Rio Tinto America Holdings Inc. is a wholly-owned subsidiary of Rio Tinto Western Holdings Limited.

4. Rio Tinto Western Holdings Limited is a wholly-owned subsidiary of Rio Tinto European Holdings Limited.

5. Rio Tinto European Holdings Limited is a wholly-owned subsidiary of Rio Tinto plc.

---

[1] This disclosure statement is filed solely for purposes of complying with the Federal Rules of Civil Procedure, and is not intended to operate as an admission of any factual allegation or legal conclusion, and is further submitted subject to, and without waiver of, any defense, affirmative defense, or objection, including personal jurisdiction.

RIO TINTO DEFENDANTS' RULE 7.1     1     CASE NO. 4:17-CV-04934-PJH
DISCLOSURE STATEMENT

6. Rio Tinto plc is a publicly held corporation that indirectly holds more than 10% of Rio Tinto Services.

DATED: September 6, 2017

/s/ Elizabeth L. Deeley
Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: elizabeth.deeley@kirkland.com

Andrew A. Kassof, P.C. (*pro hac vice* forthcoming)
Brenton Rogers (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.kassof@kirkland.com
E-mail: brenton.rogers@kirkland.com

*Attorneys for Defendants Rio Tinto Minerals Inc., and Rio Tinto Services Inc.*

# CERTIFICATE OF SERVICE

On September 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

        */s/ Elizabeth L. Deeley*
        Elizabeth L. Deeley (SBN 230798)
        KIRKLAND & ELLIS LLP
        555 California Street
        San Francisco, California 94104
        Telephone: (415) 439-1400
        Facsimile: (415) 439-1500
        E-mail: elizabeth.deeley@kirkland.com