UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF BENJAMIN STEINMETZ FOR AN ORDER TO TAKE DISCOVERY FROM VALE S.A., VALE AMERICAS, INC., RIO TINTO PLC, AND RIO TINTO LIMITED PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:20-mc-00212<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

      PURSUANT TO RULE 1.3(c) of the Local Rules of The United States District Courts for the Southern and Eastern Districts of New York, I, Victoria R. Morris, hereby move this Court for an Order for admission *pro hac vice* to appear as counsel for Benjamin Steinmetz in the above captioned application. I am a member in good standing of the bars of the state of Florida and the District of Columbia, and there are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:      New York, New York
               May 22, 2020

                                                                            Respectfully submitted,

                                                                         **KOBRE & KIM LLP**

                                                                         /s/ Victoria R. Morris
                                                                         Victoria R. Morris
                                                                         Victoria.Morris@kobrekim.com
                                                                         Kobre & Kim LLP
                                                                         201 South Biscayne Boulevard
                                                                         Suite 1900
                                                                         Miami, Florida 33131
                                                                         Telephone: (305) 967 6100
                                                                         Facsimile: (305) 967 6120

## **CERTIFICATE OF SERVICE**

      I, Victoria R. Morris, certify that on May 22, 2020, I electronically filed the foregoing motion and accompanying affidavit, Certificates of Good Standing, and proposed Order for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF system. Service of this filing shall be made to the entities subject to the discovery application filed on May 21, 2020.

                          /s/ Victoria R. Morris
                          Victoria R. Morris