**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF BENJAMIN STEINMETZ FOR AN ORDER TO TAKE DISCOVERY FROM VALE S.A., VALE AMERICAS, INC., RIO TINTO PLC, AND RIO TINTO LIMITED PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:20-mc-00212 (AJN)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, James H. Mutchnik, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Rio Tinto PLC and Rio Tinto Limited in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: New York, New York
       May 26, 2020

Respectfully submitted,

*/s/ James H. Mutchnik*
James H. Mutchnik
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:    jmutchnik@kirkland.com