


### Affidavit of James Mutchnik in Support of Motion for Admission Pro Hac Vice SDNY.pdf

| | |
|---|---|
| DocVerify ID: | 6B2F9C7E-B8AE-42D5-AB2F-E80EDE657B08 |
| Created: | May 26, 2020 14:02:44 -8:00 |
| Pages: | 2 |
| Remote Notary: | Yes / State: WI |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: James H. Mutchnik (JHM)**
May 26, 2020 15:10:00 -8:00 [32EE97BD867C] [50.105.195.252]
james.mutchnik@kirkland.com (Principal) (ID Verified)

**E-Signature Notary: Paula A.Soderman (PAS)**
May 26, 2020 15:10:00 -8:00 [EFF6A1CB0E0D] [65.28.50.172]
pashomesllc@gmail.com
I, Paula A.Soderman, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF BENJAMIN STEINMETZ FOR AN ORDER TO TAKE DISCOVERY FROM VALE S.A., VALE AMERICAS, INC., RIO TINTO PLC, AND RIO TINTO LIMITED PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:20-mc-00212 (AJN)<br><br>**AFFIDAVIT OF JAMES H. MUTCHNIK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF WISCONSIN         )
                           ) ss.:
COUNTY OF Kenosha          )

James H. Mutchnik, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with the law firm of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

2.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

3.  I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.  There are no pending disciplinary proceedings presently against me in any state or federal court.

Dated:  May 26, 2020                           Respectfully submitted,

*James H. Mutchnik*
Signed on 2020/05/26 15:10:00 -8:00

James H. Mutchnik
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

Sworn to before me this
26th day of May, 2020

**Paula A Soderman**
Notary Public - State of Wisconsin
My Commission Expires Jul 17, 2020

Notary Stamp 2020/05/26 15:10:00 PST                    EFF6A1CB0E0D

*Paula A. Soderman* blic
Signed on 2020/05/26 15:10:00 -8:00
Paula A. Soderman

PAULA A. SODERMAN
NOTARY PUBLIC
State of Wisconsin
My Commission Expires:
July 17, 2020

2