UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF BENJAMIN STEINMETZ FOR AN ORDER TO TAKE DISCOVERY FROM VALE S.A., VALE AMERICAS, INC., RIO TINTO PLC, AND RIO TINTO LIMITED PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:20-mc-00212<br><br>**AFFIDAVIT OF<br>VICTORIA R. MORRIS** |

Pursuant to Local Rule 1.3(c), I, Victoria R. Morris, certify as follows:

1. I am an associate of the law firm of Kobre & Kim LLP.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bars of the state of Florida and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this application for Applicant Benjamin Steinmetz.

Dated: May 28, 2020

                                                  Respectfully submitted,

                                                  /s/ Victoria R. Morris

                                                  Victoria R. Morris
                                                  Victoria.Morris@kobrekim.com
                                                  Kobre & Kim LLP
                                                  201 South Biscayne Boulevard
                                                  Suite 1900
                                                  Miami, Florida 33131
                                                  Telephone: (305) 967 6100
                                                  Facsimile: (305) 967 6120

                                                  *Counsel for Applicant*

Sworn to before me this
28th day of May, 2020



Notary Public
Lisa M. Tucker

Notary Public State of Florida
Lisa M Tucker
My Commission GG 263390
Expires 09/30/2022