# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: +1 212-225-2086
jrosenthal@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W. S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

June 26, 2020

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In re Application of Benjamin Steinmetz for an Order to Take Discovery
from Vale S.A., Vale Americas Inc., Rio Tinto plc, and Rio Tinto Limited
Pursuant to 28 U.S.C. § 1782*, Case No. 20-mc-00212-AJN (S.D.N.Y.)

Dear Judge Nathan:

We write on behalf of Vale S.A. and Vale Americas Inc. (collectively, "<u>Vale</u>") in connection with the above-referenced application of Benjamin Steinmetz ("<u>Steinmetz</u>") to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "<u>Application</u>") to request permission to file a redacted version of Vale's Memorandum of Law in Opposition to the Application of Benjamin Steinmetz for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 (the "<u>Vale MOL</u>") and to file under seal the Declaration of Samuel L. Levander in Support of the Vale MOL (the "<u>Levander Declaration</u>"). Vale respectfully seeks entry of an order substantially in the format attached hereto as Exhibit A (the "<u>Proposed Order</u>"). As described below, Steinmetz has consented to Vale's filing these documents under seal.

## I.   Background

In the above-captioned action, petitioner Benjamin Steinmetz ("<u>Steinmetz</u>" or "<u>Petitioner</u>") seeks an order pursuant to 28 U.S.C. § 1782 for discovery in aid of a foreign judicial proceeding (the "<u>Application</u>"). The Application is filed in connection with an action in

Hon. Alison J. Nathan, p. 2

the High Court of England and Wales (the "High Court"), captioned Vale S.A. v. Steinmetz, No. CL-2019-000723 (the "English Proceedings"), in which Vale S.A. is a plaintiff and Steinmetz is a defendant.

On December 3, 2019, the High Court granted a worldwide freezing order (the "WFO") against Steinmetz, Dag Lars Cramer, Marcus Struik, Asher Avidan, Joseph Tchelet, David Clark, the Balda Foundation, and Nysco Management Corp. (together, the "Defendants"), finding that there was a real risk that the Defendants would dissipate their assets so that a judgment against them would go unsatisfied.  Under the WFO, Steinmetz was obligated to disclose in writing all of his assets worldwide exceeding £25,000 in value, as well as information regarding the traceable proceeds of Vale's $500 million payment to BSG Resources Limited. See Declaration of Jeffrey A. Rosenthal in Support of Vale S.A. and Vale Americas Inc.'s Memorandum of Law in Opposition to the Application of Benjamin Steinmetz for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 and Vale S.A.'s Conditional Cross-Application to Compel Reciprocal Discovery Pursuant to 28 U.S.C. § 1782 (the "Rosenthal Declaration"), Ex. 8, Vale S.A. & Ors v. Steinmetz & Ors, No. CL-2019-000723, Freezing Order ¶ 11(1)-(3) (Dec. 3, 2019).

In his Application, Steinmetz claims that the discovery he seeks pursuant to 28 U.S.C. § 1782 is "urgent" because of the "substantial harm" caused by the WFO.  See Memorandum of Law in Support of the Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto plc, and Rio Tinto Limited Pursuant to 28 U.S.C. § 1782, ECF No. 3, at 24 (the "Steinmetz MOL").

## II.    Legal Grounds for Sealing

As explained in the Vale MOL, Vale believes that Steinmetz has mischaracterized the status and procedural history of the English Proceedings, and the effect on him of the WFO. To correct Steinmetz's mischaracterizations, Vale has sought, and the High Court has granted, permission to use Steinmetz's Statement of Assets dated December 30, 2019, enclosed as the sole exhibit to the Levander Declaration, provided, however, that such filing is made under seal. See Vale S.A. v. Steinmetz, No. CL-2019-000723, Consent Order (June 22, 2020).[1]  So as to comply with the High Court's Order, Vale seeks leave to file publicly a redacted version of the Vale MOL (in which just one paragraph discussing the Statement of Assets is redacted) and to file the unredacted Vale MOL and the Levander Declaration under seal.

For the reasons stated above, Vale respectfully requests that the Court authorize it to file a redacted version of the Vale MOL and to file Exhibit A to the Levander Declaration under seal and any further relief deemed just, proper and equitable.  Given than only Steinmetz and Vale are parties to the English Proceedings, Vale respectfully requests that the unredacted version of the Vale MOL and the Levander Declaration be made available only to Vale,

---

[1]    Schedule B(9) of the WFO provides that the Claimants "undertake not to use without the permission of the Court any information obtained as a result of the [freezing order] for the purpose of any civil or criminal proceedings, either in England and Wales or in any other jurisdiction other than [for the purposes of the English Proceedings]."  See Rosenthal Decl., Ex. 35, Vale S.A. v. Steinmetz, No. CL-2019-000723, Consent Order (June 22, 2020).

Hon. Alison J. Nathan, p. 3


Steinmetz, their respective counsel, and the Court.  We are available at the Court's convenience to address any questions.

Respectfully submitted,

*/s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal

cc:     Josef M. Klazen, Esq.
        Michael S. Kim, Esq.
        Robin Rathmell, Esq.
        Victoria R. Morris, Esq.
        Carolina Leung, Esq.