# Exhibit 13

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2 London Wall Place | ROME |
| WASHINGTON, D.C. | London EC2Y 5AU | MILAN |
| PARIS | T: +44 20 7614 2200 | HONG KONG |
| BRUSSELS | F: +44 20 7600 1698 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | D: +44 20 7614 2364 | ABU DHABI |
| | jbrady@cgsh.com | SEOUL |

Our ref: JK/JB/NT/28205-202

15 January 2020

Asserson Law Offices
38 Wigmore Street
London W1U 2RU

**By hand**
**Copy by email**

Dear Sir or Madam,

**Vale S.A. and others v (1) Benjamin Steinmetz, (2) Dag Lars Cramer, (3) Marcus Struik, (4) Asher Avidan, (5) Joseph Tchelet, (6) David Clark, (7) Balda Foundation and (8) NYSCO Management Corporation (Claim No. CL-2019-000723)**

Please find enclosed by way of service our clients' Particulars of Claim dated 15 January 2020, as filed with the Court by CE-File earlier today.

We also enclose our clients' Initial Disclosure List of Documents which has also been filed with the Court by CE-File today. In accordance with paragraph 5.4(3)(a) and (b) of Practice Direction 51U, copies of the documents referred to in the Initial Disclosure List of Documents have not been reproduced since these have already been provided to your client.

In addition, we confirm that steps have been taken to preserve relevant documents in accordance with the duties under paragraphs 3.1(1) and 3.2(1), and as required by paragraphs 4.1 to 4.4 of Practice Direction 51U.

Yours faithfully,

*Cleary Gottlieb Steen & Hamilton LLP*

Cleary Gottlieb Steen & Hamilton LLP

Encs.

Cleary Gottlieb Steen & Hamilton LLP is a Limited Liability Partnership registered in England and Wales Number OC310280. It is authorised and regulated by the Solicitors Regulation Authority. A list of the members and their professional qualifications is open to inspection at the registered office, 2 London Wall Place, London EC2Y 5AU. Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.