# Exhibit 23

**Coronavirus**

| See Coronavirus legislation on legislation.gov.uk | Get Coronavirus guidance from **GOV.UK** Additional advice for **Scotland | Wales | Northern Ireland** |



delivered by

| THE | NATIONAL | ARCHIVES |

**Cymraeg**

| Home | Understanding Legislation | EU Legislation and UK Law | Browse Legislation | Changes To Legislation | | Search Legislation |

Title: [_____]   Year: [____]   Number: [____]   Type: [ All UK Legislation (excluding originating from the EU) ▼ ]   [ Search ]

**Advanced Search ▶**

# Fraud Act 2006

UK Public General Acts ▶ 2006 c. 35 ▶ Fraud ▶ Section 2

| Table of Contents | Content | Explanatory Notes ? | More Resources ? |

◀ Previous: Provision     Next: Provision ▶          Plain View     Print Options



**Changes over time for: Section 2**

15/01/2007

**Changes to legislation:** There are currently no known outstanding effects for the Fraud Act 2006, Section 2. ?

2          **Fraud by false representation**

(1)        A person is in breach of this section if he—

(a)        dishonestly makes a false representation, and

(b)    intends, by making the representation—

    (i)    to make a gain for himself or another, or

    (ii)    to cause loss to another or to expose another to a risk of loss.

(2)    A representation is false if—

    (a)    it is untrue or misleading, and

    (b)    the person making it knows that it is, or might be, untrue or misleading.

(3)    "Representation" means any representation as to fact or law, including a representation as to the state of mind of—

    (a)    the person making the representation, or

    (b)    any other person.

(4)    A representation may be express or implied.

(5)    For the purposes of this section a representation may be regarded as made if it (or anything implying it) is submitted in any form to any system or device designed to receive, convey or respond to communications (with or without human intervention).



OGL   All content is available under the Open Government Licence v3.0 except where otherwise stated. This site additionally contains content derived from EUR-Lex, reused under the terms of the Commission Decision 2011/833/EU on the reuse of documents from the EU institutions. For more information see the EUR-Lex public statement on re-use.    © Crown and database right