# Exhibit 24

Case 1:20-mc-00212-AJN   Document 31-24   Filed 06/26/20   Page 2 of 4

6/24/2020          Act No. 68-678 of July 26, 1968 relating to the communication of documents and information of an economic, commercial, industrial...



**FRENCH REPUBLIC**

*Liberty*
*Equality*
*Brotherhood*



A public communication service dedicated to the legal field

**Act No. 68-678 of July 26, 1968 relating to the communication of documents and information of an economic, commercial, industrial, financial or technical nature to foreign natural persons or legal entities**
Consolidated version as of June 24, 2020

### Article 1
▸ Amended by Act 80-538 1980-07-16, Art. 2 I JORF, July 17, 1980

Subject to international treaties or agreements, it is prohibited for any natural person who is a French national or usually reside on French territory, as well as for any officer, representative, agent or employee of a legal entity whose registered office is located in France or who has an establishment in France, to communicate, whether in writing, orally or in any other fashion, regardless of the location where such communication takes place, to any foreign public authorities any documents or information of an economic, commercial, industrial, financial or technical nature the disclosure of which is likely to undermine France's sovereignty, security, essential economic interests or public order, and which has been specified by administrative authorities as a need.

### Article 1a
▸ Created by Act 80-538 1980-07-16, Art. 2 II JORF, July 17, 1980

Subject to international treaties or agreements and to the laws and regulations in effect, it shall be prohibited for any person to request, seek or communicate, whether in writing, orally or in any other form, any documents or information of an economic, commercial, industrial, financial or technical nature intended for the production of evidence for, or in connection with, any foreign judicial or administrative proceedings.

### Article 2
▸ Amended by Act 80-538 1980-07-16, Art. 3 JORF, July 17, 1980

The persons referred to in Articles 1 and 1a shall inform the relevant ministry without delay whenever they are presented with any request for such communications.

### Article 3
▸ Amended by Order No. 2000-916 of September 19, 2000 - Art. 3 (V) JORF, September 22, 2000, in effect since January 1, 2002

Without prejudice to the heavier penalties provided for by law, any violation of the provisions in Articles 1 and 1a of this law shall be punishable by six months of imprisonment and a fine of 18,000 euros, or by either of these two penalties only.

# LIONBRIDGE

STATE OF NEW YORK       )
                        )
                        )   ss
                        )
COUNTY OF NEW YORK      )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached Act No. 68-678 of July 26, 1968.

Ethan Ly, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 25ᵀᴴ day of June, 20 20.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Case 1:20-mc-00212-AJN   Document 31-24   Filed 06/26/20   Page 4 of 4



**Légifrance**

Le service public de la diffusion du droit

# Loi n° 68-678 du 26 juillet 1968 relative à la communication de documents et renseignements d'ordre économique, commercial, industriel, financier ou technique à des personnes physiques ou morales étrangères

Version consolidée au 24 juin 2020

## Article 1

Modifié par Loi 80-538 1980-07-16 art. 2 I JORF 17 juillet 1980

Sous réserve des traités ou accords internationaux, il est interdit à toute personne physique de nationalité française ou résidant habituellement sur le territoire français et à tout dirigeant, représentant, agent ou préposé d'une personne morale y ayant son siège ou un établissement de communiquer par écrit, oralement ou sous toute autre forme, en quelque lieu que ce soit, à des autorités publiques étrangères, les documents ou les renseignements d'ordre économique, commercial, industriel, financier ou technique dont la communication est de nature à porter atteinte à la souveraineté, à la sécurité, aux intérêts économiques essentiels de la France ou à l'ordre public, précisés par l'autorité administrative en tant que de besoin.

## Article 1 bis

Créé par Loi 80-538 1980-07-16 art. 2 II JORF 17 juillet 1980

Sous réserve des traités ou accords internationaux et des lois et règlements en vigueur, il est interdit à toute personne de demander, de rechercher ou de communiquer, par écrit, oralement ou sous toute autre forme, des documents ou renseignements d'ordre économique, commercial, industriel, financier ou technique tendant à la constitution de preuves en vue de procédures judiciaires ou administratives étrangères ou dans le cadre de celles-ci.

## Article 2

Modifié par Loi 80-538 1980-07-16 art. 3 JORF 17 juillet 1980

Les personnes visées aux articles 1er et 1er bis sont tenues d'informer sans délai le ministre compétent lorsqu'elles se trouvent saisies de toute demande concernant de telles communications.

## Article 3

Modifié par Ordonnance n°2000-916 du 19 septembre 2000 - art. 3 (V) JORF 22 septembre 2000 en vigueur le 1er janvier 2002

Sans préjudice des peines plus lourdes prévues par la loi, toute infraction aux dispositions des articles 1er et 1er bis de la présente loi sera punie d'un emprisonnement de six mois et d'une amende de 18000 euros ou de l'une de ces deux peines seulement.