# Exhibit 25

6/24/2020   Criminal Code / Legifrance

 

**FRENCH REPUBLIC**

*Liberty*
*Equality*
*Brotherhood*

A public communication service dedicated to the legal field

**Path:**

Criminal Code
> Legislative Section
>> Volume II: Crimes and offenses
>>> Title II: Personal Injury
>>>> Chapter VI: Personality Damage

Section 1: Invasion of Privacy

### Article 226-1
Amended by Order No. 2000-916 of September 19, 2000 - Art. 3 (V) JORF
September 22, 2000, effective January 1, 2002

Is punishable by one year imprisonment and a fine of 45,000 euros the act, by any means, of voluntarily invading the intimacy of the private life of others:

1 ° By capturing, recording, or transmitting, without the consent of their author, words spoken in a private capacity or that are confidential;

2 ° By fixing, recording, or transmitting the image of a person in a private place without that person's consent.

Whenever the acts mentioned in this article have been carried out in full view of the relevant parties without their objection while they were able to do so, their consent is presumed.

### Article 226-2

The same penalties shall be imposed for keeping, bringing or allowing to be brought to the knowledge of the public or a third party, or for using in any way whatsoever, any recording or document obtained through one of the actions provided for by Article 226-1.

Whenever the offense provided for in the preceding paragraph is committed by using the written or audiovisual press, the specific provisions of the laws governing these matters are applicable as regards the determination of which persons are liable.

# LIONBRIDGE

|                     |    |    |
|---------------------|----|----|
| STATE OF NEW YORK   | )  |    |
|                     | )  | ss |
|                     | )  |    |
| COUNTY OF NEW YORK  | )  |    |

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached Criminal Code Articles 226-1 and 226-2.

_signature_

Ethan Ly, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 25TH day of June, 20 20.

_signature_

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432



**Chemin :**

Code pénal
▸ Partie législative
  ▸ Livre II : Des crimes et délits contre les personnes
    ▸ Titre II : Des atteintes à la personne humaine
      ▸ Chapitre VI : Des atteintes à la personnalité

## Section 1 : De l'atteinte à la vie privée

### Article 226-1
Modifié par Ordonnance n°2000-916 du 19 septembre 2000 - art. 3 (V) JORF 22 septembre 2000 en vigueur le 1er janvier 2002

Est puni d'un an d'emprisonnement et de 45 000 euros d'amende le fait, au moyen d'un procédé quelconque, volontairement de porter atteinte à l'intimité de la vie privée d'autrui :

1° En captant, enregistrant ou transmettant, sans le consentement de leur auteur, des paroles prononcées à titre privé ou confidentiel ;

2° En fixant, enregistrant ou transmettant, sans le consentement de celle-ci, l'image d'une personne se trouvant dans un lieu privé.

Lorsque les actes mentionnés au présent article ont été accomplis au vu et au su des intéressés sans qu'ils s'y soient opposés, alors qu'ils étaient en mesure de le faire, le consentement de ceux-ci est présumé.

### Article 226-2

Est puni des mêmes peines le fait de conserver, porter ou laisser porter à la connaissance du public ou d'un tiers ou d'utiliser de quelque manière que ce soit tout enregistrement ou document obtenu à l'aide de l'un des actes prévus par l'article 226-1.

Lorsque le délit prévu par l'alinéa précédent est commis par la voie de la presse écrite ou audiovisuelle, les dispositions particulières des lois qui régissent ces matières sont applicables en ce qui concerne la détermination des personnes responsables.