# Exhibit 31

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
    RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

D: +1-212-225-2086
jrosenthal@cgsh.com

May 22, 2020

Michael S. Kim, Esq.
Josef M. Klazen, Esq.
Robin Rathmell, Esq.
Victoria R. Morris, Esq.
Carolina Leung, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York  10022

> Re:  Application of Benjamin Steinmetz for an order to take discovery from Vale S.A., Vale Americas Inc., Rio Tinto PLC, and Rio Tinto Limited pursuant to 28 U.S.C. § 1782

Ladies and Gentlemen:

Vale S.A. and Vale Americas Inc. (collectively "Vale") are aware of your Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto plc and Rio Tinto Limited Pursuant to 28 U.S.C. § 1782 (the "Application").  While the Application relies on the Declaration of Dr. Avi Yanus (the "Yanus Declaration"), it is indisputable that Dr. Yanus has no first-hand knowledge of virtually any of the matters discussed in his declaration, including particularly the conversations he purports to quote throughout the Yanus Declaration.  He does not identify who recorded or informed him of the alleged conversations, but appears to base his sworn declaration exclusively on listening to secret recordings.  Given that the Yanus Declaration is plainly incompetent evidence, Vale hereby demands full and complete copies of all recordings made by Black Cube or any other representative of Mr. Steinmetz of conversations with any present or former Vale employee, officer or director, including without limitation the recordings referenced in paragraph 21-23 and footnote 1 of the Yanus Declaration, no later than the close of business on Tuesday, May 26.

Michael S. Kim, Esq.
Josef M. Klazen, Esq.
Robin Rathmell, Esq.
Victoria R. Morris, Esq.
Carolina Leung, Esq., p. 2

      Moreover, notwithstanding his declaration that "[t]he information contained in this statement is based upon my own knowledge and/or belief.  When information is not based upon my own knowledge, I will explain the source of the information and/or belief," Dr. Yanus never discloses either the source of or basis for his information and/or belief with respect to his assertion that the recordings were made in "one-party consent states."  The Yanus Declaration does not even reveal material facts in the analysis of the legality of those recordings, including without limitation where Black Cube's deceived counterparty was at the time of each of the recorded telephonic or Skype sessions and how Mr. Yanus knows such location.  Given the materiality of this information to question of the admissibility of these recordings, please provide us with complete details no later than the close of business on Tuesday, May 26.

      Vale reserves all rights.

                                         Very truly yours,

                                         Jeffrey A. Rosenthal