# Exhibit 33

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1-212-225-2086
jrosenthal@cgsh.com

May 27, 2020

Josef M. Klazen, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York  10022


Re:  *In re Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto PLC, and Rio Tinto Limited pursuant to 28 U.S.C. § 1782*, 20-mc-212-AJN (S.D.N.Y.)

Dear Mr. Klazen:

I write on behalf of Vale S.A. and Vale Americas Inc. (collectively "Vale") in response to your May 26, 2020 letter.

Vale reiterates its willingness to accept a bilateral agreement whereby this firm accepts service on behalf of Vale and Kobre & Kim accepts service on behalf of Benjamin Steinmetz with respect to any proceedings in the Southern District of New York related to or arising from Vale's and BSGR's Guinean joint venture.  For obvious reasons, your suggestion that we accept service on behalf of Vale before Mr. Steinmetz decides whether he is interested in a bilateral arrangement is unappealing.  Please advise us when your client has made a decision.

Separately, thank you for furnishing us with the transcripts yesterday.  As I noted in my initial request to you, Dr. Yanus' Declaration expressly references recorded conversations with "a number of individuals who are familiar with the case and the relevant parties" during "in-person meetings [] to obtain information relevant to the case through conversations with the individuals" and "conversations [that] took place in person during meetings in public places or through video conference calls or telephone calls."  Dr. Yanus notes that "[e]ach [aforementioned] conversation is recorded from start to finish" and that "Black Cube preserves each of the audio recordings in its entirety."

Josef M. Klazen, Esq., p. 2

   Since you represented to us in your letter (and to the Court, given that you elected to file it) that you have produced all of the "materials referenced in Dr. Yanus' Declaration," please confirm that neither you, Mr. Steinmetz nor Black Cube has any other memorialization of the conversations referenced by Dr. Yanus in paragraphs 21-23. For the avoidance of doubt, we ask you to confirm that the transcripts and recordings that you provided to us yesterday constitute the entire universe of transcripts and recordings referenced by Dr. Yanus in his description of the work Black Cube performed in its investigation of the events surrounding the dispute arising from Vale's and BSGR's Guinean joint venture. If there are any other such recordings or transcriptions notwithstanding your letter to us, we demand their production no later than the close of business tomorrow.

   Moreover, your representation that you have produced "[t]he materials referenced in Dr. Yanus' Declaration" appears to have overlooked the "comprehensive research" referenced in paragraph 20 of Dr. Yanus' Declaration. We note that Mr. Steinmetz has reported to the media that he engaged a team of 20 Black Cube agents and, therefore, it appears unlikely that the transcripts and recordings you provided to us were truly all of "[t]he materials referenced in Dr. Yanus' Declaration." In light of your representation to us and the Court, please produce the remainder of such materials no later than the close of business tomorrow.

   Vale reserves all rights.

                  Very truly yours,

                  Jeffrey A. Rosenthal