# Exhibit 34

# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

May 28, 2020

**BY EMAIL**

Jeffrey A. Rosenthal, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, New York 10006-1470

   Re: *In Re Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto plc, and Rio Tinto Limited pursuant to 28 U.S.C. Section 1782*, **Case No. 20-mc-212-AJN (S.D.N.Y.)**

Dear Counsel:

  We write on behalf of Applicant Benjamin Steinmetz ("Mr. Steinmetz") in response to your letter of May 27, 2020, in relation to the above-referenced proceeding.

  At your request we previously provided you with transcripts and audio recordings of the six conversations that Dr. Avi Yanus describes and excerpts in his declaration, even though our client was and is under no obligation to provide you with any such materials. Our client does not intend to share other recordings/materials from the investigation at this time but might choose to do so later.

  In our letter of May 26, 2020, we requested that you and your clients, Vale S.A. and Vale Americas Inc., preserve certain categories of documents. Please confirm by close of business tomorrow, May 29, 2020, that you and your clients will comply with our request.

          Sincerely,

          /s/ Josef M. Klazen
          Josef M. Klazen
          +1 212 488 1216

          Michael S. Kim
          +1 212 488 1201

          Robin Rathmell
          +1 202 664 1941

Americas (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
Asia-Pacific (Hong Kong, Seoul, Shanghai), EMEA (London, Tel Aviv), Offshore (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.