UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto Plc, and Rio Tinto Limited pursuant to 28 U.S.C. § 1782 | Case No.  20-mc-212-AJN |

### FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Vale S.A. is a publicly traded corporation existing under the laws of Brazil with no parent corporation.  No publicly held corporation owns 10% or more of its stock.  As of May 30, 2020, approximately 18% of the outstanding common stock of Vale S.A. was directly or indirectly owned by Caixa de Previdência dos Funcionários do Banco do Brasil – Previ, a privately held pension fund organized under the laws of Brazil.  Vale Americas Inc. is a wholly owned subsidiary of Vale S.A.

Dated: June 26, 2020
New York, NY

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Lisa M. Schweitzer
Lisa Vicens
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

*Attorneys for Vale S.A. and Vale Americas Inc.*