# EXHIBIT 7

# Companies House

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

RIO TINTO PLC

Company number **00719885**

Registered office address
6 St James's Square, London, United Kingdom, SW1Y 4AD

Company status
Active

Company type
Public limited Company

Incorporated on
30 March 1962

# Accounts

Next accounts made up to **31 December 2020**
due by **30 June 2021**

Last accounts made up to **31 December 2019**

# Confirmation statement

Next statement date **11 May 2021**
due by **25 May 2021**

Last statement dated **11 May 2020**

# Nature of business (SIC)

- 70100 - Activities of head offices

# Previous company names

| Name | Period |
| --- | --- |
| THE RTZ CORPORATION PLC | 01 Aug 1987 - 02 Jun 1997 |
| RIO TINTO-ZINC CORPORATION P L C | 30 Mar 1962 - 01 Aug 1987 |

Tell us what you think of this service(link opens a new window) (https://www.research.net/r/S78XJMV) Is there

anything wrong with this page?(link opens a new window) (https://beta.companieshouse.gov.uk/help/feedback?sourceurl=https://beta.companieshouse.gov.uk/company/00719885)