# EXHIBIT 8



# Companies Act 2006

### CHAPTER 46

## CONTENTS

### PART 1

GENERAL INTRODUCTORY PROVISIONS

*Companies and Companies Acts*

1. Companies
2. The Companies Acts

*Types of company*

3. Limited and unlimited companies
4. Private and public companies
5. Companies limited by guarantee and having share capital
6. Community interest companies

### PART 2

COMPANY FORMATION

*General*

7. Method of forming company
8. Memorandum of association

*Requirements for registration*

9. Registration documents
10. Statement of capital and initial shareholdings
11. Statement of guarantee
12. Statement of proposed officers
13. Statement of compliance

*Companies Act 2006 (c. 46)*  
*Part 5 — A company's name*  
*Chapter 6 — Trading disclosures*  
37

        (i)  the company, and  
        (ii)  every officer of the company who is in default;  
    (b)  that a person guilty of such an offence is liable on summary conviction to a fine not exceeding level 3 on the standard scale and, for continued contravention, a daily default fine not exceeding one-tenth of level 3 on the standard scale.

(2)  The regulations may provide that, for the purposes of any provision made under subsection (1), a shadow director of the company is to be treated as an officer of the company.

(3)  In subsection (1)(a) "specified" means specified in the regulations.

**85  Minor variations in form of name to be left out of account**

(1)  For the purposes of this Chapter, in considering a company's name no account is to be taken of—  
    (a)  whether upper or lower case characters (or a combination of the two) are used,  
    (b)  whether diacritical marks or punctuation are present or absent,  
    (c)  whether the name is in the same format or style as is specified under section 57(1)(b) for the purposes of registration,  
provided there is no real likelihood of names differing only in those respects being taken to be different names.

(2)  This does not affect the operation of regulations under section 57(1)(a) permitting only specified characters, diacritical marks or punctuation.

### PART 6

A COMPANY'S REGISTERED OFFICE

*General*

**86  A company's registered office**

A company must at all times have a registered office to which all communications and notices may be addressed.

**87  Change of address of registered office**

(1)  A company may change the address of its registered office by giving notice to the registrar.

(2)  The change takes effect upon the notice being registered by the registrar, but until the end of the period of 14 days beginning with the date on which it is registered a person may validly serve any document on the company at the address previously registered.

(3)  For the purposes of any duty of a company—  
    (a)  to keep available for inspection at its registered office any register, index or other document, or  
    (b)  to mention the address of its registered office in any document,