# EXHIBIT 9



**Search ASIC**

**Within:** Select
**For:** Name or Number

- Search company and other registers
- Search business names register
- Search SMSF auditor register
- Check Name Availability
- Professional Registers
- Information Brokers

## View Details

 

### RIO TINTO LIMITED ACN 004 458 404

#### Company Summary

| | |
|---:|---|
| **Name:** | RIO TINTO LIMITED |
| **ACN:** | 004 458 404 |
| **ABN:** | 96 004 458 404 |
| **Previous state number:** | C0045537A |
| **Previous state of registration:** | Victoria |
| **Registration date:** | 17/12/1959 |
| **Next review date:** | 30/09/2020 |
| **Former name(s):** | CRA LIMITED, CONZINC RIOTINTO OF AUSTRALIA LIMITED, THE RIO TINTO MINING COMPANY OF AUSTRALIA LIMITED, THE RIO TINTO MINING COMPANY OF AUSTRALIA LIMITED |
| **Status:** | Registered |
| **Type:** | Australian Public Company, Limited By Shares |
| **Locality of registered office:** | MELBOURNE VIC 3000 |
| **Regulator:** | Australian Securities & Investments Commission |

 View Summary

#### Information for purchase 

Purchased information is delivered online unless specified. Payment by credit card only. 

For more information about ASIC search products, please visit our website.

| Company extract | Price |
|---|---:|
| Current company information | $9.00 |
| Current and historical company information | $17.00 |

| Satisfied charges | Price |
|---|---:|