# EXHIBIT 17

| CASE NAME: | **United States v. Cilins et al.** |
|---|---|
| EXHIBIT NUMBER(S): | _____. Audio file name: 20120508 185003.m4a (duration: 0:17:43). |
| RECORDING DATE: | May 8, 2012 |
| PARTICIPANTS: | FRÉDÉRIC CILINS<br>Person #2<br>Person #1 |
| Key: | Unintelligible [U/I]<br>Inaudible (1 or 2 words) [I/A]<br>Inaudible (2+ words in less than 5 sec.) [I/A…]<br>Phonetic spelling [PH]<br>Voice overlap begins //<br>Voice overlap ends \\<br>Translator's note: TN |

**TN:** Words spoken in English in the original conversation are italicized. All utterances in all languages have been transcribed as is, including any apparently erroneous or non-standard forms of expression, and all translations herein reflect any such usage of the original language. In the case of any utterances that are inaudible or unintelligible for five seconds or longer, the duration in seconds is indicated inside brackets after the abbreviation "I/A" or "U/I".

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| **0:00:00** | | | |
| **CILINS** | | What does she want to see written on that piece of paper? That the name of the, the, the, the, of the group is on it. That's impossible! Why is it impossible? Because, well, it's exactly the opposite of everything they're saying on the street nowadays. On the street, there are all these documents circulating that everyone is fighting over. And he's supposed to create another one? That's, that's nonsense! That can't be. So, the document. If I write it, then I'd say "I, Frédéric Cilins, promise | Qu'est-ce qu'elle voudrait voir écrit sur ce bout de papier ? Qu'il est marqué le nom de, de, de, de, du groupe. C'est impossible ! Pourquoi c'est impossible ? Parce que, si tu veux, c'est exactement le contraire de tout ce qu'il y a dans la rue aujourd'hui. Dans la rue, il y a tous ces papiers qui circulent sur lesquels tout le monde se bat. Et lui, il va refaire encore un ? C'est, c'est n'importe quoi ! Ça peut pas exister. Donc, le papier. Si moi je fais un papier, alors, je vais dire « Frédéric Cilins, je |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | to give" what? On, on what basis? I promise to give what? I'm perfectly willing to write something, but it would be Frédéric Cilins. What do you want her to… to do with Frédéric Cilins? Maybe that doesn't even interest her. | m'engage à donner » quoi ? Sur, sur la base de quoi ? Je m'engage à donner quoi ? Je veux bien faire un papier, mais c'est Frédéric Cilins. Qu'est-ce que tu veux qu'elle di-… qu'elle fasse avec Frédéric Cilins ? Ça l'intéresse peut-être même pas. |
| 0:00:39 | | | |
| | Person #2 | [I/A…]. | [I/A…]. |
| | CILINS | You understand what I'm trying to say? // But I… | Tu comprends ce que je veux dire ? // Mais moi… |
| | Person #2 | It's, it's, it's, it's… | C'est, c'est, c'est, c'est… |
| | CILINS | …the only thing I can tell you is that… | … la seule chose que je peux te dire, c'est que… |
| | Person #2 | I think \\ this time she can have the courage… | Moi, je crois \\ cette fois-ci elle peut avoir le courage… |
| | Person #1 | To actually sign. | De signer quand même. |
| | Person #2 | To sign her letter of commitment. | De signer sa lettre d'engagement. |
| | CILINS | But what commitment? All right. But what commitment? | Mais quel engagement ? D'accord. Mais quel engagement ? |
| | Person #2 | // Right… | // Voilà… |
| | Person #1 | That there said she wants an offer. Then it's that she should get and then // how it's going to be given to her. | Ça là a dit qu'elle veut une proposition. Après c'est qu'elle doit avoir et puis // comment on va lui donner. |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| Person #2 | [I/A...] | [I/A...] \\ |
| Person #1 | And then, you see?! // You see? | Et puis, tu vois ?! // Tu vois ? |
| 0:01:00 | | |
| Person #2 | She wants an offer and... what they are going to give her in the future // everything, everything, everything, everything. | Elle veut une proposition et... au futur ce qu'ils vont la remettre // tout, tout, tout, tout. |
| CILINS | Now... now... \\ now, the future... there's two and half that should be com-... that should be coming. That should be coming uh... soon. I mean... hey, OK. The issue is whether the dossier will be concluded or not. Normally // you... | Là... là... \\ là, le futur... il y a deux fois deux et demi qui doivent ar-... qui doivent arriver. C'est sur une période euh... prochaine-là. C'est-à-dire... hé, bon. Toute la question, c'est est-ce que le dossier va se terminer ou pas. Normalement // vous... |
| Person #1 | It's, it's fine. He \\ won't have any problems [I/A]. | Ça, ça va. Il \\ aura pas des problèmes. [I/A]. |
| Person #2 | But // he won't have any problems [I/A...]. | Mais // il aura pas des problèmes [I/A...]. |
| Person #1 | [I/A]. CC-1 will never have \\ problems in Guinea. | [I/A]. CC-1 ne va jamais avoir \\ des problèmes en Guinée. |
| CILINS | So... // [I/A...] | Alors... // [I/A...] |
| Person #1 | They are going to make him suffer \\ but he will never have problems over there. | On va lui faire souffrir \\ mais il va jamais avoir des problèmes là-bas. |
| CILINS | After that, after that, the minute this nonsense with that guy is over... | Après ça, après ça, à la minute où il a terminé ces histoires avec l'autre... |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| Person #1 | Mm-hm. | Mm-hm. |
| **0:01:31** | | |
| **CILINS** | Right away she'll get another five from... the, the, the, the five I was talking about earlier. That's a sure thing. But how do you want that written on a piece of paper? Explain it to me. Explain it to me. I don't know. I don't know how to put that on a piece of paper. CC-1 will never write "I promise da, da, da, da, CC-1, CC-1, ou, Mining Company" or what have you. He won't do it! That's the... this is exactly what, exactly the, it's exactly what he's in the middle of, of, of fighting right now, it's these documents. He's not going to write up another document. But me, I'm quite willing to write up a document. What would I write? I'd, I'd say "I, Frédéric, promise to give the sum of five million dollars on the, the, the, on, with regard to whatever." But that's Frédéric Cilins. It's not CC-1 who's going to make the commitment. I'm telling you that, that a verbal commitment, I'm su-, su-, <u>sure</u> of it one hundred percent. I can understand that that's not enough. She wants it on paper. But, aside from me, what, what paper can there be? | C'est tout de suite qu'elle reçoit encore cinq de... les, les, les, les cinq que je disais tout à l'heure. Ça, c'est sûr. Mais comment tu veux mettre ça sur un bout de papier ? Explique-moi. Explique-moi. Je sais pas. Je sais pas comment on peut mettre sur un bout de papier. CC-1 ne marquera jamais « Je m'engage ta, ta, ta, ta, CC-1, CC-1, ou, Mining Company » ou tout ce que tu veux. Il le fera pas ! C'est le... c'est tout ce, tout le, c'est tout ce qu'il est en train de, de, de combattre en ce moment, c'est ces papiers-là. Il va pas refaire encore un papier. Mais moi, je veux bien faire un papier. Je marque quoi ? Je, je dis « Frédéric, je m'engage à donner la somme de cinq millions de dollars sur le, le, le, sur, par rapport à truc. » Mais c'est Frédéric Cilins. C'est pas CC-1 qui va s'engager. Moi, je te dis que, que l'engagement verbal, la, la, la <u>certitude</u>, je l'ai à cent pour cent. Je peux comprendre que ça suffise pas. Elle veut un papier. Mais, à part moi, quel, quel papier il peut y avoir ? |
| Person #2 | Hm. But, Frédéric. Frédéric. You and I... | Hm. Mais, Frédéric. Frédéric. Toi et moi... |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| CILINS | Mm. | Mm. |
| **0:02:28** | | |
| Person #2 | We know those people. | On connaît ces gens-là. |
| CILINS | Uh-huh. | Ahan. |
| Person #2 | Him, he knows those people | Lui, il connaît ces gens-là |
| CILINS | Yeah. | Ouais. |
| Person #2 | CW, she knows those, // those people. | CW, elle connaît ces gens, // ces gens-là. |
| CILINS | No, no, \\ she doesn't. Me, I know those, those people. You don't know them. And you, maybe you know them a little // bit… | Non, non, \\ elle connaît pas. Moi, je connais ces, ces gens-là. Toi, tu connais pas. Et toi, peut-être tu connais un petit // peu… |
| Person #1 | I, \\ know CC-1 very well. | Moi, \\ je connais CC-1 très bien. |
| CILINS | // CC-1 ? | // CC-1 ? |
| Person #1 | And I \\ know Person #4 very well. | Et je \\ connais Person #4 très bien. |
| CILINS | CC-1 is CC-1. | CC-1 c'est CC-1. |
| Person #1 | Ha! | Ha ! |
| CILINS | Person #4 is Person #4. | Person #4, c'est Person #4. |
| Person #1 | Huh! // I've never… | Heuh ! // Je n'ai jamais… |
| CILINS | Today… \\ | Aujourd'hui… \\ |
| Person #1 | … seen a billionaire as simple, | …vu un milliardaire simple, |

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|
| CILINS | And very.. \\ | Et très.. \\ |
| Person #1 | Ah... | Ah... |
| CILINS | Which I guarantee you... | Que je te garantis... |
| Person #1 | If it isn't bad guys surrounding him, it's not... | Si c'est pas les mauvais types qui l'entourent là, c'est pas... |
| 0:03:21 | | |
| CILINS | Absolutely. | Absolument. |
| Person #1 | [Makes a spitting sound.] | [Makes a spitting sound.] |
| CILINS | Absolutely. | Absolument. |
| Person #1 | Po, po, po, // po, po, po. | Po, po, po, // po, po, po. |
| CILINS | But you know, \\ before, we... when we started all this, at the very beginning, we didn't have uh... $^{Person\ \#4}$. We didn't have... $^{CC-1}$ even. This was happening with $^{Person\ \#5}$. | Mais tu sais, \\ avant, on... quand on a commencé tout ça, au tout début, on avait pas, euh... $^{Person\ \#4}$. On n'avait pas... même pas $^{CC-1}$. C'est avec $^{Person\ \#5}$ que ça se passait. |
| Person #1 | // Yes. | // Oui. |
| Person #2 | $^{Person\ \#5}$. \\ | $^{Person\ \#5}$. \\ |
| CILINS | Right. And it was completely different with $^{Person\ \#5}$. That's how life is. What do you want me to tell you? But I... what you said was right. That... she's suspicious. I understand that. But I can, I can, I'm telling you, that's the, that's the only solution. If it were my own | Voilà. Et avec $^{Person\ \#5}$, c'était complètement différent. C'est comme ça la vie. Qu'est-ce que tu veux que je te dise ? Mais je... tu as raison dans ce que tu dis. Que... elle a pas confiance. Moi, je comprends ça. Mais je peux lui, je peux, je te dis... c'est la, c'est la seule solution. |

Page 7 of 24

| | | ENGLISH TRANSLATION | | ORIGINAL LANGUAGE(S) |
|---|---|---|---|---|
| | | sister… If it were my own… If it was me, I'd do it this way. I promise you. But it's, but I assure you. // I assure you. | | Si c'est ma propre sœur… Si c'est ma propre… Si c'est moi, je fais comme ça. Je te promets. Mais c'est, mais je t'assure. // Je t'assure. |
| 0:03:59 | | | | |
| | Person #1 | Boss, \\ we've… I've tried every which way. But I'm scared, too. If she signs that document, and then tomorrow she starts making calls, that go unanswered, I'm screwed, huh? | | Patron, \\ nous on a… Moi j'ai essayé sur tous les quatre côtés. Mais c'est que j'ai peur moi aussi. Si elle va signer ce papier, et que demain elle commence à appeler, sans réponse, moi je suis foutu, hein ? |
| | CILINS | // No, no, no. | | // Non, non, non. |
| | Person #1 | I could disappear \\ from the planet. | | Je peux disparaître \\ de la planète. |
| | CILINS | No, no, no, no, no. You're not screwed. | | Non, non, non, non, non. Toi t'es pas foutu. |
| | Person #1 | Yeah. | | Ouais. |
| | CILINS | You, you're not screwed. | | Toi, tu es pas foutu. |
| | Person #1 | Yes. | | Oui. |
| | CILINS | You, you're not screwed. | | Toi, tu es pas foutu. |
| | Person #2 | Yes. | | Oui. |
| | CILINS | Because… who will she start calling? She's not going to call CC-1. If she calls, it will be me. | | Parce que… elle commence à appeler qui ? Elle va pas appeler CC-1. Si elle appelle, c'est moi. |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| Person #1 | Yeah... | Ouais... |
| 0:04:23 | | |
| CILINS | I've... I've always been there. | Moi, je suis... j'ai toujours été présent. |
| Person #1 | Yeah, always. | Toujours, ouais. |
| CILINS | I've never... through the good and through the bad... | J'ai jamais... dans le bon et dans le mauvais... |
| Person #1 | Yeah. | Ouais. |
| CILINS | There's hasn't been one time... | Il y a pas une fois... |
| Person #1 | Yeah. | Ouais. |
| CILINS | ...when she, and she picked up the telephone and I sai-... I said " CW , I'm not taking it." | ... où elle, et elle a pris le téléphone et j'ai d-... j'ai dis « CW , je ne prends pas. » |
| Person #1 | Yeah. | Ouais. |
| CILINS | Not one time! She called me... she... she asked me for some kind of nonsense. I've always been there. So, don't, don't, you can't say if tomorrow, uh, we, we advise her to do this and that... and, and that it didn't go well. I can leave the, the, the, the, the, the, the country. No! Because that won't happen. And I, I, when I tell you that that's how it is, that's how it is. There hasn't been a single time when I've... | Pas une fois ! Elle m'a appelé, elle m'a... n'importe quoi elle m'a demandé. J'ai toujours été présent. Donc, ne, ne, tu peux pas dire si demain, euh, on, on lui conseille de faire ça, et que... et, et que ça se passe pas bien. Je peux quitter la, la, la, la, la, la, le pays. Non ! Parce que ça n'arrivera pas. Et moi, je, quand je te dis que c'est comme ça, c'est comme ça. Il n'y a pas une fois où je vous ai... |
| 0:05:00 | | |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| Person #1 | | No, no, no, // no, no. Never, never, [I/A…] | Non, non, non, // non, non. Ça jamais, ça jamais, [I/A…] |
| CILINS | | … told you the slightest… \\ I've never told you the, // the, the, the tiniest bit of nonsense. | …raconté la moindre… \\ le, le, le, un // millimètre d'histoire, je vous ai pas raconté. |
| Person #1 | | No, never. \\ If, if all that… all, all that is aboveboard, those fifteen, or you'll give sometimes so that we can increase a little, too. | Ça jamais. \\ Si, si tout ça… tout, tout cela est carré, les quinze-là, ou vous allez fournir des fois qu'on augmente un peu aussi. |
| CILINS | | That, I'll… Listen, // I assure you. | Ça, je vais… Écoute, // je t'assure. |
| Person #1 | | Mmm. \\ | Mmm. \\ |
| CILINS | | That, I know that… | Ça, je sais que… |
| Person #1 | | Because I, // I know morally… | Parce que moi, // je sais moralement… |
| CILINS | | … I know that I… | …je sais que je ne… \\ |
| Person #1 | | …that there, that doesn't, that can't // make her… | …ça là, ça ne fait pas, ça ne peut // pas la faire… |
| CILINS | | I understand that. | J'ai compris ça. |
| Person #1 | | budge, \\ and then, she doesn't even want… | bouger, \\ et puis elle veut même pas… |
| CILINS | | // I understand. I understand. | // J'ai compris. J'ai compris. |
| Person #1 | | You see? I know \\ what's in her head. | Tu vois ? Je connais \\ ce qui est dans sa tête. |
| CILINS | | I understand all that. // I | J'ai compris tout ça. // J'ai |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| Person #1 | Person #4 is no good. [Makes a spitting noise.] | Person #4 n'est pas bon. [Makes a spitting noise.] |
| CILINS | I said so \\ though, a'right? | Je l'avais \\ dit quand même, hein ? |
| Person #1 | Him, well... If I see that guy in Conakry, I'm not showing him any respect. So help me God. He's a bad guy. He's no good! He's no good. He's no good at all. | Lui, ben... Si moi je vois ce gars-là à Conakry, je vais lui manquer de respect. Au nom de Dieu. C'est un mauvais gars. Il n'est pas bon ! Il n'est pas bon. Il n'est pas du tout bon. |
| CILINS | You know, that... I, I, I know what I'm saying and... and... and I explained all that really well. I had explained all, all of those things really well. | Tu sais, ça... moi je, je, je sais ce que je dis et... et... et je l'avais très bien expliqué tout ça. J'avais très bien expliqué toutes, toutes ces choses-là. |
| Person #1 | [Sighs loudly.] *Oh my God.* | [Sighs loudly.] *Oh my God.* |
| CILINS | I'm telling you, a document... I, I... No, but... all that... all that we... [People seem to be arriving. There is animated dialog in the background.] I don't know. I don't know, what... I don't know what I can tell you. I, I don't know. I, I've said everything. I've said everything. I've said everything. You know... look. Even just, just, just increasing by five... that document in itself that she has to sign, that's already worth five. Because, in any case, she's going to get the five. As it is, with that, it's worth five. And after, we just have to increase. We can't decrease. So. What's the problem? You see what I mean? What is the... wh-, wh-, | Je te dis, moi, un papier... Je, je... Non, mais... tout ce que... tout ce qu'on... [People seem to be arriving. There is animated dialog in the background.] Je sais pas. Je sais pas, qu'est-ce que... Je sais pas ce que je peux te dire. Je, je sais pas. Moi, je t'ai tout dit, quoi. Je t'ai tout dit. Je t'ai tout dit. Tu sais... regarde déjà. Rien que le, le, le fait d'augmenter de cinq... déjà rien que ce papier là qu'elle doit signer, déjà, ça vaut cinq. Parce que de toute façon les, les cinq, elle va les avoir. Déjà avec ça vaut cinq. Et après, on n'a plus qu'à augmenter. On peut pas diminuer. Donc. Quel |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| | what's getting in the way ? There's nothing, there's nothing in the way. | est le problème ? Tu vois ce que je veux dire ? Quel est le… qu', qu', qu'est-ce qui gêne ? Il y a, il y a rien qui gêne. |
| **0:07:27** | | |
| Person #1 | That's all. There's nothing in the way. But the things is… what's said there… that's where she's calculating, that made her think in her head: "Does that there…? Even if someone tells me tomorrow, 'You're going to get twenty, or you're going to get five, or you're going to get sixteen…' All that is to motivate me to sign the document. Once I sign the document, I'll be sidelined." It's all those ideas in her head, // business. | C'est tout. Il y a rien qui gêne. Mais ce qu'y a… ce qui est dit là… c'est là-bas qu'elle calcule, qui a fait penser dans sa tête : « Est-ce que ça là… ? Même si on me dit demain "Tu vas avoir vingt, ou bien tu vas avoir cinq, ou bien tu vas avoir seize…" Tout ça c'est pour me motiver pour signer le papier. Une fois que je signe le papier, je serai mis à la touche. » C'est toutes ces idées-là qui sont dans la tête, // des affaires. |
| CILINS | You know… | Tu sais… |
| Person #1 | My, my, my. | Oh là là. |
| CILINS | You know, you know, uh… \\ when I left here… | Tu sais, tu sais, euh… \\ quand je suis parti d'ici… |
| Person #1 | Mhm. | Mhm. |
| **0:07:53** | | |
| CILINS | Uh… I received a message from CC-1 | Euh… j'ai reçu un message de CC-1 … |
| Person #1 | Mhm. | Mhm. |
| CILINS | … saying – CC-1 himself, y'know! I'm telling you, I, there's | …en disant – CC-1 directement, hein ! Je te dis, je, |

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|
| | no Person #4, [I/A] CC-1 himself. – He says to me uh, "Frédéric, I know you went to see CW. What's... what's going on?" "Oh", I say, "Listen, uh... the... right now she's... closed, y'know. She's... a little angry about the situation and all. And she doesn't want..." He says, "OK." Uh, he didn't say, uh... "We have to convince her or [I/A]" and that's it. She doesn't want to, she doesn't want to. What, what can I do? She doesn't want to, she doesn't want to. He tries... in his head tries to say uh, from what angle, what angle it's happening. But this document won't change <u>anything</u> in a bad way. I don't know how to explain that to you. It's not... it's not to use it <u>against</u>. Let's imagine... right. [Telephone rings.] What's she thinking? Because... because she signed it that she's going... she's going to be able to do what? That's what I'd like to understand. // [I/A] | il y a pas d'Person #4, [I/A] CC-1 directement. – Il me dit euh, « Frédéric, je sais que tu es allé voir CW. Qu'est-ce que... qu'est-ce qui se passe ? » « Oh », je dis, « Écoute euh... le, pour l'instant elle est... fermée quoi. Elle est... fâchée un petit peu devant la situation et tout. Et elle veut pas... » Il dit, « Bon ». Ben, il a pas dit , euh... « Il faut la convaincre ou [I/A...] » et voilà. Elle veut pas, elle veut pas. Qu'est-ce, qu'est-ce que je peux faire ? Elle veut pas, elle veut pas. Il essaie... dans sa tête, lui, essaie de dire, euh... de quel côté, quel côté ça se passe quoi. Mais ce papier ne changera <u>rien</u> dans le mauvais sens. Je sais pas comment t'expliquer ça. C'est pas... c'est pas pour l'utiliser ça <u>contre</u>. Imaginons... voilà. [Telephone rings.] Qu'est-ce qu'elle pense ? Parce que... parce qu'elle a signé ça, qu'elle va... elle va pouvoir faire quoi ? C'est ça que je voudrais comprendre. // [I/A] |
| **0:08:55** | | |
| Person #1 | Meaning... \\ Meaning for example, [I/A: Children making noise in background.] after all the activities, that's [U/I], you have ten or fifteen. Afterwards. But for the time being, if it's not paid... to cover us. To cover everyone with, with, with regard | C'est-à-dire... \\ C'est-à-dire par exemple, [I/A: Children making noise in background.] après tous les activités... c'est [U/I], vous avez dix ou bien quinze. Après. Mais pour le moment, si ce n'est pas payé... pour nous couvrir. Pour couvrir |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| | to the problems surrounding the dossier. | tout le monde à, à, à propos des problèmes qui sont autour du dossier. |
| CILINS | Absolutely. | Tout à fait. |
| Person #1 | Eh, if you understand me. | Hein, si vous comprenez. |
| CILINS | Yes. | Oui. |
| Person #1 | She says all that, there's no problem. But… the… the contents of the document, that's well understood. It pays her off, it completely frees her from her commitment. And it, it, it puts an end to all the activities. | Elle dit tout cela, il y a pas de problème. Mais… les… le contenu du papier, c'est bel et bien compris. Ça la désintéresse, ça la désengage totalement. Et ça, ça, ça stoppe tous les activités… |
| CILINS | All right. | D'accord. |
| Person #1 | Those who are saying // stuff about… about her. | Les uns qui racontent // des choses sur… sur elle. |
| CILINS | All right. \\ Let's imagine that she… that she… Le- Le- Let's imagine… | D'accord. \\ Imaginons qu'elle… qu'elle… I- I- Imaginons… |
| Person #1 | Mm. | Mm. |
| 0:09:39 | | |
| CILINS | … that there is no document. | …qu'y a pas ce papier. |
| Person #1 | Mm. | Mm. |
| CILINS | What would she do? What would she do? What is that going to change? What would she do with ph-… or documents or photocopies or I don't know | Qu'est-ce qu'elle ferait ? Qu'est-ce qu'elle ferait ? Qu'est-ce que ça va changer ? Elle ferait quoi avec des ph-… ou des papiers ou des |

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|
| | over. There's no more [Person #4]. [Person #4] is <u>around</u>. He's around, he takes care of, of, of business and all that. But in the discussions being had now about the money for the commitments with respect to [CW], [CC-1] uh... [CC-1] has [I/A]. He doesn't want to have anything to do with [Person #4]. <u>Nothing</u> to do with him. Nothing. | dehors. Tout ça, c'est fini. Il n'y a plus [Person #4]. [Person #4] <u>existe</u>. Il existe, il s'occupe de, de, des affaires et tout ça. Mais dans les discussions qu'il y a maintenant autour de l'argent pour les engagements par rapport à [CW], [CC-1] euh... [CC-1] il a plus [I/A]. Il veut rien à voir avec [Person #4]. <u>Rien</u> à voir. Rien. |
| Person #1 | [Speaking intermittently while Cilins speaks above, starting at 0:12:47] Yes, well I... Ah, we talked about that... Humph. \\ | [Speaking intermittently while Cilins speaks above, starting at 0:12:47] Oui, ben moi... Ah, on a parlé de ça... Heuh. \\ |
| 0:13:10 | | |
| Person #1 | [Seems to be speaking an African language.] | [Seems to be speaking an African language.] |
| 0:13:14 | | |
| CILINS | So... you see? When [CC-1] says something, he does it. That's... I guarantee you. | Donc... tu vois ? Quand [CC-1] dit quelque chose, il le fait. Ça c'est... je te garantis. |
| Person #1 | No, no, come on! Him, I trust. Even if he, he promises a thousand years I'll sit down and go to sleep, he's got to... He, he's a... No, no, no, // he's... He's a good guy! | Non, non, là quand même ! Lui, j'ai confiance. Même si lui, il promet mille ans je vais m'asseoir dormir, il doit... Lui, c'est un... Non, non, non, // c'est... Il est bien ! |
| CILINS | So what do you... so, what do you [I/A]? | Alors qu'est-ce que tu... alors, qu'est-ce que tu [I/A] ? |
| Person #1 | | Il est bien ! \\ C'est pas de ma faute, patron ! Moi, j'ai parlé de // mon mieux. |

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|
| CILINS | Yes, yes, yes. No, I know. I know. I know. | Oui, oui, oui. Non, je sais. Je sais. Je sais. |
| Person #1 | It's not my fault. \\ And CW says // that he… | C'est pas de ma faute. \\ Et CW dit // qu'il… |
| CILINS | But she doesn't think… Yes. | Mais elle ne pense… Oui. |
| Person #1 | … that he understands… \\ quite well. Do you understand? I explained to her but she says " Person #1 … what I've been through… I can't commit. I can't." | …qu'il comprend… \\ très bien. Est-ce que vous comprenez ? Je lui ai expliqué mais elle dit « Person #1 … ce que j'ai subi… je ne peux pas m'engager. Je ne peux pas. » |
| 0:13:44 | | |
| CILINS | So, what do we do? For, for now, we have to thi… you know, eh, well, we can talk about this for three days, but eventually a decision has to be made. [The two other men laugh.] | Alors, qu'est-ce qu'on fait ? Pour, pour maintenant, il faut pens… tu sais, hein, bon, on peut parler pendant trois jours, mais à un moment il faut prendre une décision. [The two other men laugh.] |
| Person #1 | Oh yeah. Oh yes. | Ah ouais. Ah oui. |
| CILINS | You see what I mean? Eventually, we have to… | Tu vois ce que je veux dire ? À un moment, il faut… |
| Person #1 | Wait. I'm going to call her. | Attends. Je vais l'appeler. |
| CILINS | Eventually, we have to decide, right? Because I, I… I have to tell you… uh… pfff… we can talk, talk, but… [In the background: Singing accompanied by rhythmic clapping.] Are there people in | À un moment, il faut décider, hein ? Parce que moi, je… je vais te dire… euh… pfff… on peut parler, parler, mais… [In the background: Singing accompanied by rhythmic clapping.] Il y a des gens là- |

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|
| | there? | dedans ? |
| 0:14:07 | | |
| Person #1 | I hope so, yes. | J'espère, oui. |
| CILINS | Or is it the TV? | Ou c'est la télé ? |
| Person #1 | No, there are people in there. | Non, il y a des gens dedans. |
| CILINS | Guys, I'm tired. | Moi, je suis fatigué, les amis. |
| Person #2 | Oh yes. | Ah oui. |
| CILINS | Hey... how's Person #6 ? | Dis-moi... et Person #6 ? |
| Person #1 | [Appears to be on a phone call.] Hello? | [Appears to be on a phone call.] Allô ? |
| Person #2 | She's doing very well. [I/A] | Elle va très bien. [I/A] |
| CILINS | Where is Person #6 ? | Elle est où, Person #6 ? |
| Person #1 | Hello. [Seems to be speaking an African language.] | Allô. // [Seems to be speaking an African language.] |
| Person #2 | She's... eh... [I/A...]. | Elle est... hein... [I/A...]. |
| CILINS | She's \\ still over there? | Elle est \\ toujours là-bas ? |
| Person #2 | [I/A...] | [I/A...] |
| 0:14:36 | | |
| CILINS | Ah. | Ah. |
| Person #1 | CW . [He appears to be handing the phone to Mr. Cilins.] | CW . [He appears to be handing the phone to Mr. Cilins.] |

Page 21 of 24

| | | **ENGLISH TRANSLATION** | | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|---|
| CILINS | | Ah. How are you? I, what did you say? Ah... OK... What the hell, that's how it is. That's normal. Babies are like that. That's how babies are. You'll.. you'll see... You'll have a few more yet. | | Ah. Comment ça va? Je, comment, tu dis ? Ah... Bon... Mais putain, c'est comma ça. C'est normal. Les bébés, c'est comme ça... C'est comme ça les bébés. Tu vas... tu vas voir... Tu vas en avoir encore plusieurs. |
| Person #1 | | Oh yes. | | Ah oui. |
| 0:15:02 | | | | |
| CILINS | | Me, I had four, so I, I, I've been through crying, crying, crying, crying. And it lasts a long time, but that's how it is. Now they're big! [The men laugh.] No but, now they still annoy me, but not in the same way. Now they annoy me every... every month when I have to give them money to go away... Well, listen, uh... Well, I'm happy to have seen Person #2 in any case. Ah? Because I thought he was mad at me since he didn't even come to see me the last time. I was... shocked by that. So I'm happy to have seen him. I wanted, I wanted to smack him around a little but he's too well-built. [One of the men laughs. Mr. Cilins chuckles.] He's big, yes. He's too big. So, listen. You know, well, we talked yet again about all those things. I don't know what else to say. I don't, I don't have any more saliva [Chuckles.] to speak with. And... that's it. I, I, I, I don't | | Moi, j'en ai eu quatre, alors je, je, je, j'ai entendu pleurer, pleurer, pleurer, pleurer. Et ça a duré longtemps, mais c'est comme ça. Maintenant, ils sont grands ! [The men laugh.] Non mais, maintenant ils m'embêtent toujours, mais c'est pas de la même manière. Maintenant ils m'embêtent tous les... tous les mois quand il faut leur donner l'argent pour aller partir... Bon, écoute, euh... Ben, déjà ça m'a fait plaisir de voir Person #2. Ah ? Parce que je croyais qu'il me faisait la tête de, de même pas être venu me voir la dernière fois. Ça m'avait... choqué. Donc déjà je suis content d'avoir vu, déjà. J'ai voulu, j'ai voulu le taper un peu mais il est trop costaud. [One of the men laughs. Mr. Cilins chuckles.] Il est costaud, oui. Il est trop costaud. Bon, écoute. Tu sais, bon, on a encore parlé de toutes ces histoires-là. Je sais |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| | know. Make your decision. It's your decision. But…you should… well, you should know that… well, I don't know if we'll see each other afterward. I don't know what you want to do. But… you have to think about… about the situation. You have to really, really think. I've looked at it from every angle. It's, it's like I was telling you earlier. I, I have time because I'm all alone in a hotel room. So I have time to think about all that. I really put myself in your place. In, in, in your place one hundred percent. And… and I think that it's, it's… it's, it's not even "I think". I know one hundred percent that it's like that. And uh… that's it. Well listen, we'll talk about it. I don't know. What do you want to do? Do we… Are, are you going to come afterward? Or… What do you want to do? [No party speaks for 10 seconds.] Ah no. But I, tomorrow, I'm taking the plane, eh? Tomorrow I'm going back. Yes. | plus quoi dire. J'ai, j'ai plus de salive là de [Chuckles.] pour parler. Et…voilà. Moi, je, je, je sais pas. Prends ta décision. C'est ta décision. Mais… il faut, il faut savoir que… bon, je sais pas si on va se voir après. Je sais pas ce que tu veux faire. Mais… il faut bien réfléchir à… à la situation. Il faut bien, bien réfléchir. Moi je l'ai tournée dans tous les sens. C'est, c'est comme je te disais tout à l'heure. J'ai, j'ai du temps parce que je suis tout seul dans une chambre d'hôtel. Donc j'ai le temps de réfléchir à tout ça. Je me suis bien mis à ta place. À, à, à ta place à cent pour cent. Et… et je crois que c'est, c'est… c'est, c'est même pas « Je crois ». Je sais à cent pour cent que c'est comme ça. Et euh… voilà. Bon écoute, on en parlera. Je sais pas. Qu'est-ce que tu veux faire ? On se… Tu, tu vas venir après ? Ou… Qu'est-ce que tu veux faire ? [No party speaks for 10 seconds.] Ah non. Mais moi, demain, je prends l'avion, hein ? Moi demain, je rentre. Oui. |
| Person #1 | [African language for 2 seconds.] | [African language for 2 seconds.] |
| CILINS | Huh. Well, listen. So, so that means you're not coming then? … Oh yeah. Uh, listen, there's no problem… Oh yeah… I see. But you know, uh… I… all right. | Han. Bon, écoute. Donc, donc ça veut dire que tu viens pas, alors ? … Ah bon. Euh, écoute, il y a pas de problème… Ah ouais… Moi, je vois bien. Mais |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | I'm saying… you have, you have appointments, you have your stuff. I'm going to leave here. All right? When I leave here, I'll uh, uh… report on, on, on our discussions. And I'm going… I [I/A], I, you know, I'm not playing around… | tu sais, euh… je… d'accord. Je dis… tu as, t'as tes rendez-vous, t'as tes choses. Moi, je vais quitter ici. D'accord ? Quand je vais quitter ici, je vais euh, euh… rendre compte de, de, de nos discussions. Et je vais… je [I/A], moi, tu sais, je, je ne joue pas… |
| | | | |
| 0:17:43 | | [END OF RECORDING] | [END OF RECORDING] |