**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE APPLICATION OF BENJAMIN STEINMETZ FOR AN ORDER TO TAKE DISCOVERY FROM VALE S.A., VALE AMERICAS, INC., RIO TINTO PLC, AND RIO TINTO LIMITED PURSUANT TO 28 U.S.C. § 1782 | No. 20 Misc. 212 (AJN) |

**RULE 7.1 STATEMENT OF**
**RIO TINTO PLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Rio Tinto plc certifies that Rio Tinto plc, which uses a dual-listed-company structure with Rio Tinto Limited, does not have a parent corporation and that Shining Prospect Pte. Ltd, a subsidiary of Aluminum Corporation of China Limited, owns more than 10% of its stock.

Dated: June 26, 2020

Kirkland & Ellis LLP

/s/ James H. Mutchnik
James H. Mutchnik, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200

Joseph Myer Sanderson
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

*Attorneys for Respondents Rio Tinto plc and Rio Tinto Limited*