# EXHIBIT 12

| CASE NAME: | **United States v. Cilins et al.** |
|---|---|
| EXHIBIT NUMBER(S): | _____. Audio file names: 0372_002.wav (duration: 1:19:07) and 1_0001.wav (duration: 1:21:30). |
| RECORDING DATE: | April 11, 2013 (the second of two meetings held on this date) |
| PARTICIPANTS: | SPECIAL AGENT (S.A.) STELLY |
| | <sup>CW</sup> |
| | FREDERIC CILINS |

| Key: | Unintelligible | [U/I] |
|---|---|---|
| | Inaudible (1 or 2 words) | [I/A] |
| | Inaudible (2+ words in less than 5 sec.) | [I/A…] |
| | Phonetic spelling | [PH] |
| | Voice overlap begins | // |
| | Voice overlap ends | \\ |
| | Translator's note: | TN |

**TN:** Words spoken in English in the original conversation are italicized. All utterances in all languages have been transcribed as is, including any apparently erroneous or non-standard forms of expression, and all translations herein reflect any such usage of the original language. In the case of any utterances that are inaudible or unintelligible for five seconds or longer, the duration in seconds is indicated inside brackets after the abbreviation "I/A" or "U/I".

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| | [The transcription is of the audio file named 0372_002.wav until 0:43:13.] | [The transcription is of the audio file named 0372_002.wav until 0:43:13.] |
| **0:00:08** | | |
| **S.A. STELLI** | *This is Special Agent Vanessa St… Stelly. This is April 11th, 2013. We're about to make a consensually monitored conversation with Frédéric Cilins.* | *This is Special Agent Vanessa St… Stelly. This is April 11th, 2013. We're about to make a consensually monitored conversation with Frédéric Cilins.* |
| **0:00:37** | | |
| CW | *Thank you.* | *Thank you.* |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | CW | Yeah, just fine. | Ouais, c'est bon. |
| **CILINS** | | [I/A], I'm getting a drink. | [I/A], je prends un verre. |
| | CW | That's fine! | C'est bon ! |
| **CILINS** | | [I/A…]. Did you run? | [I/A…]. T'as couru ? |
| | CW | I ran, [U/I…]. | J'ai couru, [U/I…]. |
| **CILINS** | | You know that… yeah. So, like I told you, they attacked the, uh… the, the, legally with… It's what I was in the middle of looking at here. [I/A] everything is in English, but… Weren't you, you interested in leaving a little while for a few days, uh, somewhere? No, it it's better to stay here. Your visa, such as you have it, it's, it stays until when here? | Tu sais que… ouais. Donc, comme je t'ai dit, ils ont attaqué la, euh… à la, le, à la justice avec… C'est ce que j'étais en train de regarder là. [I/A] tout est en anglais, mais... Tu, tu avais pas intérêt de partir un peu quelques jours, euh, quelque part ? Non, c'- c'est mieux de rester ici. Ton visa, tel que tu l'as, il est, il reste jusqu'à quand là ? |
| | CW | [I/A…] | [I/A…] |
| **0:45:02** | | | |
| **CILINS** | | That's, if you will, uh… [Reading to himself.] attacking [Person #7] for uh, all those… everything they did, because the document you saw there, it was prepared at the request of, of [Person #7]. You see? [Reading to himself.] | Ça c'est, si tu veux, euh… [Reading to himself.] qui attaque [Person #7] pour euh, tous ces… tout ce qu'ils ont fait, parce que le document que tu as vu là, ça a été fait à la demande de, de [Person #7]. Tu vois ? [Reading to himself.] |
| | CW | But Frédéric, \\ me it's kind of chaos. You're telling me to lie to, to the FBI. But… what guarantee that you're giving me | Mais Frédéric, \\ moi c'est un peu un chaos. Vous me dîtes de mentir à, à la FBI. Mais… quelle garantie que vous me donnez |

| | **ENGLISH TRANSLATION** | | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | here? That's the thing. | | là ? C'est ça. |
| **CILINS** | But! What else do you want to say? What else do you want to say? If you, you… if you tell them… | | Mais ! Qu'est-ce que tu veux dire d'autre ? Qu'est-ce que tu veux dire d'autre ? Si tu, tu le… si tu leur dis… |
| CW | Because I need something here now. I have… Can I have something here? | | Parce que j'ai besoin de quelque chose maintenant ici. J'ai… Est-ce que je peux avoir quelque chose ici ? |
| **CILINS** | Wow. // Here it's complicated, eh? | | Waouh. // Ici c'est compliqué, hein ? |
| CW | The money, some money. \\ | | L'argent, de l'argent. \\ |
| **CILINS** | Here it's complicated. Later, yes. But here it's complicated. [Loud announcement over the airport PA for the next 30 seconds.] Ah, I have to, I have to see about that. I have to, I can't answer you right away, right away, but I'll have to see what I can do. | | Ici c'est compliqué. Plus tard, oui. Mais ici c'est compliqué. [Loud announcement over the airport PA for the next 30 seconds.] Ah, il faut que je, faut que je regarde. Il faut, je peux pas te répondre tout de suite, tout de suite, mais il faut que je regarde ce que je peux faire. |
| CW | I want a guarantee. Can I talk to… to CC-2 ? | | Moi, je veux une garantie. Est-ce que je peux parler à… à CC-2 ? |
| 0:46:14 | | | |
| **CILINS** | The, he won't change anything. It's not him. What do you want to see about with CC-2 ? In any case, that won't change anything. It's not him. | | Le, il va rien changer. C'est pas lui. Tu veux voir quoi avec CC-2 ? De toute façon, ça va rien changer. C'est pas lui. |
| CW | I want him to, to guarantee to me if… | | Je veux que il me, il me garantit si… |

Page 5 of 35

| | **ENGLISH TRANSLATION** | | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| **CILINS** | If what? What… Explain to me what you want, so I understand. | | Si quoi ? Qu'est-ce que… Explique-moi ce que tu veux, que je comprenne. |
| CW | If he can guarantee to me that I can get something here. And he, he guarantees that to me for the // rest… | | S'il peut me garantir que je peux avoir quelque chose ici. Et il, il me garantit pour le // reste… |
| **CILINS** | But, \\ something here, what is that? | | Mais, \\ quelque chose ici, c'est quoi ? |
| CW | It was a bother to come here. I… I told you that. | | C'était gênant venir ici. Je te… je t'avais dit ça. |
| **CILINS** | Some, some, some money here, you mean? | | De, de, de l'argent ici, tu veux dire ? |
| CW | Yes. | | Oui. |
| **0:46:44** | | | |
| **CILINS** | Listen. What I can try to see about, is having fifty, getting fifty here. I'm… I'm not sure that it can be done. I can't guar… guarantee you that. And nobody will be able to guarantee you that. If it's not… If I could be one hundred percent sure, I have to, I have to talk to… There's only one who decides. You have to understand that all the people who are in the middle, there's nobody who decides. There's only one. It's the one who's at the top. And it's h-… it's alone. When I tell you something, what I tell you is one hundred percent, it's because I know it's | | Écoute. Moi, ce que je peux essayer de voir, c'est d'avoir cinquante, de récupérer cinquante ici. Mais je s… je suis pas sûr que ça va pouvoir se faire. Je peux pas t'a… t'assurer. Et personne pourra t'assurer. Si c'est pas… Si je pourrais être sûr à cent pour cent, il faut que je, il faut que je parle à… Il n'y en a qu'un qui décide. Tu dois comprendre que toutes les personnes qui sont au milieu, il y a personne qui décide. Il n'y en a qu'un. C'est celui qui est en haut. Et c'est l-… c'est seul. Quand moi je te dis quelque chose, que je |

Page 6 of 35

| | | | |
|---|---|---|---|
| | at one hundred percent. There's nobody who can tell you one hundred percent if it's, if it's not him up there. Like that, I can't lie to you. I always tell you the truth. So that's why it's pointless to talk with uh… with Tom, Dick or Harry. It's pointless. Now, what you… what I'm able to understand is that… you here, you need [I/A] a little because you need a little oxygen. Is that it? And if I manage to come up with fifty, are we good? I'll give you the answer tomorrow. I'll tell you, I'll tell you. I won't go into details. I'll say "yes". I'll say "no". And I… that's all I'll say. All right? If it's OK, I'll see how we can do it. I'll see how we can do it. | | te dis c'est à cent pour cent, c'est parce que je sais que c'est à cent pour cent. Il y a personne qui peut te dire à cent pour cent si c'est, si c'est pas lui là-haut. Comme ça, je veux pas te mentir. Je te dis toujours la vérité. Donc c'est pour ça que ça sert à rien de parler avec euh… avec Pierre, avec Paul, avec Jacques. Ça sert à rien. Maintenant, ce que tu me… ce que je peux comprendre, c'est… toi ici, tu as besoin de [I/A] un peu parce que t'as besoin d'un peu d'oxygène. C'est ça ? Et si j'arrive à trouver cinquante, ça va ? Je vais te donner la réponse demain. Je te dirai, je te dirai. Je rentre pas dans les détails. Je te dis « oui ». Je te dis « non ». Et je te… c'est tout ce que je vais dire. D'accord ? Si c'est bon, je vais voir comment on peut faire. Je vais voir comment on peut faire. |
| CW | I was thinking, I thought that if <sup>CC-2</sup> guaranteed it to me, that would work. | | Dans ma pensée, j'ai pensé que si Michael me garantit, ça allait. |
| 0:48:02 | | | |
| CILINS | No, no! But… I [I/A]… Listen. I'm going to… But, but… How can I explain to you ? <sup>CC-2</sup>, he's not the one who's going to guarantee you anything. He can't guarantee you anything. Nobody can guarantee you anything except for him, the one | | Non, non ! Mais… Je [I/A]… Écoute. Je vais t'… Mais, mais… Comment je peux t'expliquer ? <sup>CC-2</sup>, c'est pas lui qui va te garantir. Il peut rien te garantir. Personne peut te garantir, si ce n'est pas lui, l'autre là-haut. Moi je suis… Je |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | up top. I'm… I'll tell you what I'm feeling deep down. I think there's a… sixty, seventy percent chance that it will be "yes". That I'll manage to organize that. But I can't gua-… guarantee you. The only thing I can guarantee, in any case, considering what time it is, is you won't be able to talk to anyone now. I have to speak with just one… just one person. It's the, the other one over there. OK? So that, I'm going to uh… I'm going to see [I/A]. Afterwards, for, for over there in… in… What's it called? In Freetown, that's not a problem. I know that that's good. | te donne mon sentiment profond. Je pense que à… soixante, soixante-dix pour cent, je pense que ça va être « oui ». Que je vais arriver à organiser ça. Mais je peux pas te ga-… assurer. La seule chose que je peux assurer, de toute façon, vu l'heure qu'il est, tu peux parler avec personne maintenant. Il faut que je parle avec une seule… une seule personne. C'est le, c'est l'autre là-bas. OK ? Donc ça, je vais euh… je vais voir [I/A]. Après, pour, pour là-bas à… à… Comment ça s'appelle ? À Freetown ça, il n'y a pas de problème. Je sais que ça, c'est bon. |
| CW | | But now I need // something… | Mais maintenant j'ai besoin de // quelque chose… |
| CILINS | | Yes! \\ | Oui ! \\ |
| CILINS | | But I'm telling you. I'm going, I'm going to take care of that. I'll, I'll give you the answer uh… I'll give you the answer tomorrow or the day after… Yes. Tomorrow should work out. | Mais je te dis. Je vais, je vais m'occuper de ça. Je te, je te donne la réponse euh… je te donne la réponse demain ou après demain… Oui. Demain normalement, c'est bon. |
| CW | | OK. | OK. |
| 0:49:08 | | | |
| CILINS | | Unless… I don't know… there's someone who's traveling somewhere. But tomorrow I should, I'll manage by | À moins que… je sais pas… il y en a un qui soit en voyage quelque part. Mais demain, normalement, j'arrive par |

| | ENGLISH TRANSLATION | | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | messaging, I'll manage to get the answer. OK? | | message, j'arrive à avoir la réponse. OK ? |
| CW | Mm-hm. | | Mm-hm. |
| CILINS | Right. I… In any case… Listen. I've always told you I wouldn't let you down. I won't let you down. Now, let's get back to our conversation of a short while ago when you told me, you told me you've got to lie. Well of course you've to lie. You can't tell them… If you tell them, I guarantee you… You need to understand that. If you tell them "Yes, I got paid…" anything from anyone, from [I/A] not just that especially, but from anyone, you've got a very big problem! Not a little problem. A very, very big problem! You can say goodbye to the… to the United States. You can say goodbye to the United States. And, and, it's serious. | | Voilà. Je… De toute façon… Écoute. Je t'ai toujours dit je te laisserais pas tomber. Je te laisserai pas tomber. Maintenant, on reprend la conversation qu'on avait tout à l'heure quand tu me dis, tu me dis qu'il faut mentir. Mais bien sûr qu'il faut mentir. Tu peux pas leur dire… Si tu leur dis, je t'assure… Tu dois comprendre ça. Si tu leur dis « Oui, j'ai touché… » n'importe quoi de n'importe qui, de [I/A] pas spécialement que ça, mais de n'importe qui, tu as un très gros problème ! Mais pas un petit problème. Un très, très gros problème ! Tu peux faire une croix sur les… sur les États-Unis. Tu peux faire une croix sur les États-Unis. Et, et, c'est grave. |
| CW | Yeah. | | Ouais. |
| CILINS | So. The only thing you can say, it's like what you told them there… because… at the end of the other meeting there, they didn't say anything to you? "OK, you can go home." Is that all? | | Donc. La seule chose que tu peux dire, c'est comme tu leur as dit là… parce que… à la fin de l'autre entretien là, ils t'ont dit rien ? « Bon, alors rentrez chez vous. » C'est tout ? |
| 0:50:10 | | | |
| CW | Yeah. [I/A…] | | Ouais. [I/A…] |

Page **9** of 35

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|
| **CILINS** | The only thing you can tell them, you say "Listen…" [I/A…] You're not going to see them again in any case? Or then, why go back to see them about your visa? Your visa, it, it expires when? On your thing there? | La seule chose que tu peux leur dire, tu dis « Écoutez… » [I/A…] Tu vas pas les revoir de toute façon ? Ou alors, pourquoi aller les revoir pour ton visa ? Ton visa, il se, il se termine quand ? Sur ton truc-là ? |
| CW | It's August. | C'est août. |
| **CILINS** | You have your passp… your, your, your… | Tu as ton passep… ton, ton, ton… |
| CW | Yes. It's… [Loud noises can be heard close to microphone.] It's August. | Oui. C'est… [Loud noises can be heard close to microphone.] C'est août. |
| **CILINS** | August. OK, until August you shouldn't have to worry about that. | Août. Bon, déjà, jusqu'en août, t'es tranquille normalement par rapport à ça. |
| **0:50:43** | | |
| CW | It's until August 27th. | C'est jusqu'à le vingt-sept août. |
| **CILINS** | August 27th, 2013? | Vingt-sept août deux mille treize ? |
| CW | Yeah. | Ouais. |
| **CILINS** | So, after that… when you requested to continue on uh… you requested to do an investor's visa? | Donc, après ça… quand tu leur avais demandé de continuer sur euh… tu avais demandé de faire un visa investisseur ? |
| CW | If I…? | Si j'ai… ? |
| **CILINS** | You requested to, to, to, to, to | T'avais demandé de, de, de, |