# EXHIBIT 15

# Exhibit No. 1

1. My name is Mamadie Touré. I was born in 1982 in Dubréka, Guinea. I normally reside in Jacksonville (Florida), United States of America. I have attached my ID to this statement, in Exhibit 1. (The ID has been edited to hide my address.)

2. I had this statement drawn up in accordance with the obligations arising from my cooperation with the Government of the United States. I sign this statement voluntarily and conscientiously, and I certify the truth and the accuracy of every detail included herein, to the best of my recollection. With the exception of the contracts I have signed with BSGR and Pentler Holdings, and my own bank statements related to the bank accounts that I hold in the United States, I did not have access to any document relating to the events discussed below. In particular, this includes the documents that I left in Sierra Leone and all of the statements of my foreign bank accounts, among other things. Once I receive them, I could add more details and check some things. I understand that this statement may be used in legal proceedings in the Republic of Guinea ("Guinea"), and I authorize such use.

3. I have provided this information in response to specific questions that I was asked. I have recounted below some of the meetings that took place. While other meetings, events and conversations also took place, I have focused on the meetings and events addressed in the questions asked. In addition, as regards the meetings recounted, I have only described parts of these meetings and conversations, in response to the specific questions asked.

4. I met Lansana Conté in 2000, when he was president of Guinea. My father and President Conté had known each other since their service in the army. My older sister used to cook for President Conté, and I met President Conté on one occasion when my sister cooked for him. At the time, I was still living in Dubréka, where the President owned several properties.

5. Shortly after my meeting with the President, the latter asked my father to get me married. In 2000, I became the fourth wife of the President.

6. Following my marriage to the President, I received my own home in Dubréka. I did not live in the same house as the President, but we spent time together at my house in Dubréka and in the President's villa. The President supported me financially. The President and I used to discuss political issues, and I shared with him my thoughts on these topics.

7. I dealt with Beny Steinmetz Group Resources ("BSGR") after Fodé Soumah, who was back then Minister of Youth and Sports, had called me to tell me that an investor wanted to meet me. It was the first time I met Fodé Soumah, although I knew who he was because he knew my family. The next day, Fodé Soumah and other individuals visited me in Dubréka together with Frédéric Cilins. Soumah introduced those present, including Frédéric Cilins, who used to work for Beny Steinmetz and BSGR. Cilins told me BSGR absolutelywanted to operate iron mines.

[initials]

p. 36

215

8.  Cilins and Soumah said that BSGR wanted to invest in mines in Guinea and asked me to put them in touch with my husband. Cilins and Soumah said that if BSGR were to obtain the mining permits, 12 million dollars would be distributed to Guineans, including ministers and officials, myself included, that would be necessary, if the meeting with my husband were successful.

9.  I signed several contracts with BSGR. For example, in 2006, BSGR asked me to sign a document titled *Memorandum of Understanding* (the "Memorandum of 2006"), which I signed at home, in Dubréka. Cilins brought me the papers to sign and explained to me what it was. I do not recognize the signatures of the other persons on the Memorandum of 2006 because it was not signed in my presence. The Memorandum of 2006 did not have the stamp of Pentler Holdings affixed at the time I signed it. Cilins read to me the contract and I asked him why Pentler Holdings appeared there. Cilins told me that Pentler Holdings was acting on behalf of BSGR. I consulted with a lawyer about the contract, which I then signed. After my signing of the Memorandum of 2006, a lawyer later returned to give me a copy thereof; the document had a signature for Pentler Holdings and the clerk's stamp affixed. A true and accurate copy of the original memorandum is attached hereto in Exhibit 2.

10. The President and Cilins met for the first time in a presidential palace in Conakry. I spoke with the President so that he agreed with the meeting, and I spoke with the presidential guard so that Cilins and the others could enter the office. I personally introduced Cilins to the President, and I explained that Cilins represented BSGR and that BSGR was interested in operating mines in Guinea.

11. During the meeting, the President called the Minister of Mines, Ahmed Tidiane Souaré, introduced Cilins to Souaré, and ordered Souaré to examine how he could help Cilins and BSGR.

12. After the meeting, BSGR filed a permit application, but the mining permits were not granted immediately. Cilins asked me to find out why the permits of BSGR were delayed. I called Souaré to talk about it, and BSGR obtained two mining blocks shortly after, and I knew it was the "Simandou North and South" blocks.

13. Once BSGR has received the mining rights for Simandou North and South, Cilins and my brother, Ibrahima Sory II Touré ("Ibrahima Touré"), both told me that Beny Steinmetz would shortly come to Guinea with the money. When Steinmetz arrived, I organized a meeting with the President. Steinmetz, Cilins, Michael Noy, Ibrahima Touré, Marc Struik, and Patrick Saada attended the meeting. This meeting took place in the courtyard of a palace. The meeting went awry after Cilins told the President that BSGR also wanted to buy all the diamonds that the President held personally.

14. At the end of the meeting that went wrong, Steinmetz, Noy, Cilins, Ibrahima Touré, Asher Avidan, Saada, Issiaga Bangoura, and Struik went to Dubréka, where they found me at the residence of President Conté. Steinmetz asked to see me, and so I met Steinmetz and others. Steinmetz said he was glad I had helped BSGR to obtain the permits for Simandou North and South. Steinmetz said he needed further assistance with the President to obtain the blocks 1 and 2 of Simandou. Steinmetz has offered to give me five percent of the turnover of BSGR in Guinea. He told me that I had to discuss the blocks 1 and 2 of Simandou with the President.

2

[initials]

p. 37

15. At the end of the meeting with Steinmetz, Ibrahima Touré gave me USD 200,000. I spoke to President Conté about the 200,000 dollars, and he told me it was my good luck.

16. In September 2006, I attended a reception hosted by BSGR in Guinea to present BSGR to the Guinean officials. Asher Avidan invited me to the reception because if we were seen together, BSGR would be given credibility.

17. On June 20, 2007, I signed another contract titled *Memorandum of Understanding* (the "Memorandum of 2007"). This contract was concluded between BSGR Guinea and my company, Matinda. We signed the contract after BSGR Guinea received the mining rights for the uranium mines. The contract was supposed to transfer five percent of BSGR Guinea to my account. Beny Steinmetz, Marc Struik, Asher Avidan, Patrick Saada, Isiagga [sic] Bangoura and Ibrahima Touré were present when I signed the contract. Marc Struik signed for BSGR Guinea. A lawyer took the document to authenticate it and then gave me a copy. A true and accurate copy of the original Memorandum is attached hereto in Exhibit 3.

18. BSGR still wanted the blocks 1 and 2 of Simandou. At the beginning of 2008, Asher Avidan and Issiaga Bangoura came to meet me at the President's house in Dubréka. Avidan really wanted my help to secure blocks 1 and 2, and he told me that BSGR needed new contracts because Struik was no longer manager of BSGR in Guinea (although he subsequently came back). At this meeting, Avidan called Beny Steinmetz and put the phone on speaker so that I could hear the voice of Steinmetz. I recognized his voice, and Steinmetz told them to give me what I wanted. I continued to refuse to sign the contracts and I dismissed Avidan and Bangoura.

19. The next day, Issiaga Bangoura brought two draft contracts to my house in Dubréka. I told him to leave them. I read them carefully, and I made some changes. The following day, I called Bangoura asking him to come by and take the amended contracts. He did. He returned the next day with two typed contracts, none of which had been signed by Asher Avidan. I told him they should be signed and bear the stamp of BSGR, otherwise I would not sign them. When he returned with the contracts signed and stamped, I signed them both.

20. The contracts were titled *Commission Contract* and *Memorandum of Understanding*. The *Commission Contract* between BSGR and my company, Matinda, stipulated that I was going to be paid two million dollars if BSGR received the blocks 1 and 2. Under the *Memorandum of Understanding,* I was entitled to five percent of the proceeds of the mines of blocks 1 and 2. A true and accurate copy of the *Commission Contract* is attached hereto in Exhibit 4, and a true of the *Memorandum of Understanding* is attached hereto in Exhibit 5.

3

[initials]

p. 38

21. BSGR asked me to tell the President that Rio Tinto was supposed to give two blocks to the Guinean government. The President told me to have BSGR meet with him when I was ready.

22. Thereafter, Beny Steinmetz, Marc Struik, and Frédéric Cilins came to Dubréka because they wanted to meet with President Conté. We went to Brameya to meet the President. The President was very busy, but he accepted the meeting because I had asked him. I remained next to the President during the meeting. Steinmetz gave the President a small car encrusted with diamonds to "greet the president." (Around the same date, I also received one of these cars, and the Minister Souaré received one as well.)

23. Beny Steinmetz told the President that he wanted to develop blocks 1 and 2, and he offered money to the President. The President refused. The President explained to Steinmetz his relationship with my father. The President told Steinmetz that he entrusted me to Steinmetz, meaning that I was there to help BSGR.

24. Later on, I brought Asher Avidan and Ibrahima Touré to a meeting with the President, which I also attended. During this meeting, I asked the President to give the blocks 1 and 2 to BSGR. The President called Mamady Sam Soumah, Secretary-General to the President, and told him to investigate the contract of Rio Tinto and determine whether the two blocks of Rio Tinto should be taken over. Sam Soumah said he would do so.

25. Asher Avidan contacted me later, once the blocks 1 and 2 had not been immediately granted to BSGR. Avidan, the President, and myself met in a presidential palace. During this meeting, the President summoned Sam Soumah. Sam Soumah came with the proposal to share the four blocks among four companies, but the President told Sam Soumah to distribute them between BSGR and Rio Tinto. The President told Sam Soumah to prepare a decree by which blocks 1 and 2 would be confiscated from Rio Tinto.

26. While the decree was pending, before it was signed, I also received two Land Cruisers. The Land Cruisers was delivered by Avidan and another man, and Avidan told me that the Land Cruisers came from Steinmetz. The President told me to keep one Land Cruiser and give the other to his children so they could use it during vacations.

27. Over time, I had received several presents from BSGR. Asher Avidan gave me a necklace which Avidan claimed to have received when he visited Beny Steinmetz in Israel. Later, Avidan gave me a white gold chain adorned with seven diamonds.

28. Around the time of the decree taking away the blocks 1 and 2 from Rio Tinto, Asher Avidan asked me to come to the offices of BSGR. During this meeting, Avidan showed me a bed on which U.S. currency was spread. Avidan told me that there were 1,000,000 U.S. dollars there and they were for me. Avidan then placed the money in a bag and gave it to me.

29. Once the decree confiscating the blocks 1 and 2 from Rio Tinto had taken effect, BSGR and several other companies filed applications for the mining rights for the blocks 1 and 2. BSGR was concerned with the competition with other companies for these blocks. Asher Avidan called me again and asked

4

[initials]

p. 39

218

me to meet with him and the President. I called the President and asked him if we could meet and if Lounceny Nabe, the new Minister of Mines, could attend the meeting. The next day, Avidan, myself and others went to the small palace for a meeting with the President. In the presence of Avidan, the President said that one day I would be expelled from BSGR. Avidan promised the President that this would not happen. The President then called Nabe into the room. The President told Nabe to give the blocks 1 and 2 to BSGR. Nabe said he understood. In early December 2008, the blocks 1 and 2 were granted to BSGR.

30. In December 2008, my husband died and was replaced by a military government. After 40 days of mourning, I was forced to flee to Sierra Leone.

31. After I had spent several months in Freetown, Avidan sent a representative of BSGR to Sierra Leone to give me $50,000 in new money on a beach near Freetown.

32. During the summer of 2009, Issiaga Bangoura came to Freetown in a BSGR company car with a statement which I signed on August 2, 2009. He told me that BSGR no longer wanted me in the company and that I had to sign the document. The statement provided that I would receive $4 million in four installments to finalize my payments with BSGR.

33. Later in 2009 I received an electronic transfer of $998,000 at Rokel Commercial Bank, from an account belonging to Ghassan Boutrous, a Lebanese. Boutrous sold equipment in Guinea and worked for Avidan for the transfer of money in this transaction. I received $2,000 separately, resulting in a total payment of one million dollars.

34. I went to Jacksonville and I used part of the money to buy a house for myself and my family. I then returned to Freetown. While I was there, I received an additional payment of $998,000, which I understood as coming from BSGR.

35. BSGR finally stopped paying me as per the contracts that we had signed. I tried to obtain the payments from BSGR, and I eventually turned to the new Guinean government for their help. I called the Chief of Staff of the army for assistance. He said he would help me if I sent him copies of the contracts I had with BSGR. He also told me that the new Minister of Mines, Mahmoud Thiam, advocated for BSGR in their dispute with me.

36. The Chief of Staff eventually talked to President Konaté about my contracts with BSGR, saying that he had seen them personally. According to the Chief of Staff, President Konaté said that this should not happen to the widow of a president. President Konaté told Thiam that BSGR had to pay what it owed me.

37. After my discussion with the Chief of Staff, Michael Noy and Patrick Saada visited Freetown several times. During a meeting with Noy, he asked me to sign undated documents that put an end to my previous agreements with BSGR, the new documents entering into force instead. Noy told me to

5

[initials]

p. 40

keep these documents secret. The documents stipulated that I had received $2.4 million and that I was to receive $3.1 million more. I signed them. A true and accurate copy of these documents is attached hereto in Exhibit 6.

38. Later on, in July 2010, Michael Noy returned with a new contract according to which I was supposed to receive $5 million in two installments; I signed this contract, too. Finally, in August 2010 he returned with another contract stipulating I would be paid $5 million in two installments over the next four years. Each time he returned, he told me that Beny Steinmetz wanted an amendment in the form or substance of the contract. A true and accurate copy of these documents is attached hereto in Exhibit 7.

39. Over the years, after the signature of these contracts, BSGR transferred money to my accounts in Guinea and Jacksonville (Florida). I understood that the total amount of this money replaced the five percent of the mining rights that I was supposed to hold.

I declare that the above information is true and correct to the best of my recollection.

[hw:] *02/12/2013*                         [signature]

Date                                        Mamadie Touré

STATE OF FLORIDA

COUNTY OF [hw:] *Duval*

Certified (or stated) under oath and signed in my presence today, [hw:] *December 2*, 2013 by Mamadie Touré.

> [stamp:] THOMAS L. DI VITA, II
> Commission # DD 996126
> Expires May 27, 2014
> Bonded Thru Trey [illegible] Insurance 800-385-7019
> [AUTHENTICATION STAMP]                    [signature]

Personal knowledge _____ OR ID presented *X*

Identity card presented [handwritten:] *Florida Learner License # T600-540-82-501-O*

✧

[initials]

**p. 41**

1

p. 42



[blank page]

2

[illegible stamp]

## **MEMORANDUM OF UNDERSTANDING**

### **By and between the undersigned**

Mrs. Mamadie TOURE, business woman, national of Guinea, residing in Dubreka

party of the first part

And

PENTLER HOLDINGS LTD, with its head office in Akara Building, 24 Castro Street, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands, represented by Mr. Avraham LEV RAN

party of the second part

### **Whereas**

The Company named BSGR Guinea approached the Guinean authorities with a view to establishing a partnership for the development and mining of part of the iron deposits of SIMANDOU.

As part of this project, BSGR Guinea submitted to the Guinean authorities a proposal for the grant of a shareholding of 15% to the Republic of Guinea and a shareholding of 5% to Mrs. Mamadie TOURE, as local partner. To this effect, BSGR Guinea will found, together with the Republic of Guinea, a public corporation named Compagnie Minière de SIMANDOU.

In order to integrate the shareholding of Mrs. Mamadie TOURE, BSGR Guinea will transfer 17.65% of its capital to Pentler Holdings Ltd, of which 33.30% of the capital will be allocated to Mrs. Mamadie TOURE.

### **It is hereby agreed as follows**

### **Article 1:**

Pentler Holdings Ltd undertakes to transfer to Mrs. Mamadie TOURE, for free, a shareholding of 33.30% of its capital, as soon as the Compagnie Minière de SIMANDOU is established and obtains the mining rights for the operation of the mining area of SIMANDOU, which will be granted to it by the Republic of Guinea.

Page 1 of 2

p. 46

[stamp:] Court of 1ˢᵗ Instance of Konakry 2
Republic of Guinea
Chief Clerk
[duty stamp]

## Article 2

Pentler Holdings Ltd will pay Mrs. Mamadie TOURE dividends for her shareholding of 33.30%, as it does for the other shareholders, after the debts contracted by the Compagnie Minière de SIMANDOU for the operation of the mining area by said company have been repaid and the first dividends have been paid to Pentler Holdings Ltd.

## Article 3

This Memorandum, which is binding on the parties, enters into force on the date of its signature.

**Signed in Conakry on February 20, 2006**

Drawn up in 2 original copies

Mrs. Mamadie TOURE

[signature]

Pentler Holdings Ltd, represented by Mr. Avraham LEV RAN

[stamp:] **PENTLER HOLDINGS Ltd.**
Akara Building, 24 De Castro Street,
Wickhams Cay 1, Road Town,
Tortola, B.V.I.
reg. no. 682814

[signature]

[stamp:] SEEN FOR THE PHYSICAL
AUTHENTICATION OF THE SIGNATURES
CONAKRY, [hw:] *03/01/06*
CHIEF CLERK

[Stamp:] Court of 1ˢᵗ Instance of Konakry 2
Republic of Guinea
Chief Clerk
[Signature]

Page 2 of 2

p. 47

226

[blank page]

3

228

[illegible stamp]
[duty stamp:] REPUBLIC OF GUINEA
DUTY STAMP
1,000 FRANCS
[illegible]

## MEMORANDUM OF UNDERSTANDING

### BY AND BETWEEN THE UNDERSIGNED

**MATINDA AND CO.LIMITED-SARL,** single-member company, hereinafter abbreviated "MACO", with its head office in Dubréka, Republic of Guinea.

*Party of the first part*

And

**BSGR Ressources Guinée SARL**, company governed by the Guinean law, with its head office in Conakry

*Party of the second part*

### Whereas

The Company named BSGR Guinea has approached the Guinean authorities to establish a partnership for the development and mining of part of the iron deposits of SIMANDOU on the one hand, and the Company named MATINDA AND CO-LIMITED –SARL so that the latter assists it in the process of obtaining the mining exploration permits.

Thereupon, as a result of joint efforts, by the Order No. A2007/582/MMG/SGG of February 28, 2007 of the Ministry of Mines and Geology, four mining exploration permits for uranium mining covering a total area of 1,413 $km^2$ were granted to BSGR Ressources Guinea in the Prefectures of Lola and N'zérékoré;

Thus, the parties freely agree to the following:

In order to reward the efforts provided, BSGR Guinea agrees to transfer 5% of all its shares to MATINDA AND CO-LIMITED-SARL which accepts the transfer.

This Memorandum, which is binding on the parties, enters into force on the date of its signature.

Signed in Conakry on [hw:] *JUNE 20*, 2007

Drawn up in 2 original copies

**BSGR Ressources Guinée**     **MATINDA AND CO LIMITED Sarl**
[signature]            **Manager**
[hw:] *MANAGING DIRECTOR*     **Mrs. Mamadie TOURE**
                [signature]

[square stamp:] SEEN FOR THE PHYSICAL
AUTHENTICATION OF THE SIGNATURES
CONAKRY, [hw:] *07/20/07*
CHIEF CLERK

[round stamp:] Court of 1st Instance of Konakry 2
Republic of Guinea
Chief Clerk
[Signature]

p. 50

[blank page]

Case 1-20-me-00242-AJR Document 42 Filed 06/29/20 Page 19 of 155

4

**COMMISSION CONTRACT**

By and between the undersigned:

**BSG Resources**, represented by Mr. ASHER AVIDAN, Operations Manager authorized for the purposes hereof,

And,

**MATINDA AND CO LIMITED,** represented by Mrs. MAMADIE TOURE, business woman in DUBREKA.

**It was agreed as follows:**

**UNDERTAKING**

**BSG Resources** undertakes to give a total amount of four million dollars as commission for obtaining the Simandou blocks 1 and 2 , located in the Republic of Guinea and covering the prefectures of KEREOUANE and BEYLA.

**MATINDA AND CO LIMITED** undertakes, on its part, to take all necessary steps to obtain the signature of the authorities for the said blocks in favor of **BSG RESOURCES GUINEA**.
**BSG Resources** intends to divide the commission above as follows:
An amount of two (2) million for **MATINDA AND CO LIMITED** with USD one hundred (100) already paid in advance.

The remainder of the amount will be distributed among the people of goodwill who would have contributed to the facilitation of the granting of said blocks, **BSG Resources Guinea** deciding on the distribution depending on the quality of the contribution of each party.
The full amount will be paid immediately after the signature of said document.
In addition, **BSG Resources undertakes** to complete, in a reasonable time, the educational infrastructures, property of Matinda and co limited in the Republic of Guinea.

**Drawn up in duplicate**

Conakry, February 27, 2008

On behalf of BSG Resources Guinea
[signature]
Mr. AVIDAN ASHER
[stamp:] B.S.G.R. Resources Guinea
Operations Manager

On behalf of MATINDA AND CO LIMITED
[signature]
Mrs. MAMADIE TOURE

p. 53

232

5

## MEMORANDUM OF UNDERSTANDING

By and between the undersigned

**BSG Resources Guinea**, represented by Mr. AVIDAN ASHER, Operations Manager,

And,

**MATINDA AND CO. LIMITED,** represented by Mrs. MAMADIE TOURE, business woman in DUBREKA.

It was agreed as follows:

**BSG Resources undertakes** to give 5% of its shares of Simandou blocks 1 and 2 , located in the Republic of Guinea and covering the prefectures of kerouané and beyla.

Drawn up in duplicate

Conakry, February 28, 2008

On Behalf of BSG Resources Guinea
[signature]
Mr. AVIDAN ASHER
[stamp:] B.S.G.R Resources Guinea
Operations Manager

On behalf of MATINDA AND CO LIMITED
[signature]
Mrs. MAMADIE TOURE

p. 55

234

[blank page]

# 6

## Agreement between:

**Pentler Holdings Ltd.**                    **Matinda & Co. Ltd and**

**Mamadie Touré**

Our collaboration agreement signed in 2005 expired.
Our role as advisor and business provider for all our projects in Guinea in the commercial, mining and medical fields was successfully and professionally fulfilled.

The role of Matinda & Co. Ltd. has contributed to the great success of our mutual business.
Following your decision to cease your activities in Guinea, we have reached an agreement as follows:

Matinda & Co. Ltd. will receive the amount of $3.1 million for its contribution to all the activities carried out in Guinea.

The two companies Pentler Holdings Ltd. and Matinda & Co. Ltd., Mrs. Mamadie Toure, her partners and advisers irrevocably undertake to guarantee absolute confidentiality on all our common business conducted in Guinea and not to disclose, directly or indirectly, any common business.

Matinda & Co. Ltd., Mrs. Mamadie Toure, her partners and advisers hereby undertake not to publish, directly or indirectly, any of the contracts signed with a third party, to respect full responsibility for our activities in Guinea and not to use, directly or indirectly, any document, contract or agreement signed or not signed, written or oral.

Matinda & Co Ltd hereby undertakes not to contact, directly or indirectly, orally or in writing, any of the Guinean companies with which we have had collaborations, contracts, verbal or written agreements; not to resort, directly or indirectly, to legal proceedings without the prior written consent of Pentler and its associates.

[Initialed:]     *MT*                         *M - LV*

p. 58

237

Matinda & Co. Ltd., Mrs. Mamadie Toure, her partners and advisers hereby withdraw, irrevocably and definitively, without reservations and conditions, any kind of undertaking or obligation contracted with Pentler Holdings Ltd and its business partners.

By signing these documents, Matinda & Co. Ltd. and Mrs. Mamadie Toure certify their irrevocable consent and they irrevocably undertake not to use these documents in relation with a third party.

Matinda & Co. Ltd., Mrs. Mamadie Toure, her partners and advisers undertake to take responsibility for all the complaints, actions, concerns or any other requests filed by Guinean institutions, companies, and individuals against Pentler Holdings Ltd and / or its partners.

Pentler Holding Ltd wants to thank you for this collaboration since 2005 and for all the support that Matinda & Co. Ltd. has given us.

This contract irrevocably supersedes and cancels any written or verbal agreement signed between Matinda & Co. Ltd, Mrs. Mamadie Toure, her partners and advisers, and Pentler Holdings Ltd and/ or its partners or any other entities with which Pentler Holdings Ltd and Matinda & co Ltd were in a business relationship in Guinea during the period 2005-2010.

Signed in Freetown on ,………………………………

Mrs. Mamadie Toure          Matinda & Co. ltd          Pentler Holdings Ltd.
                                                        [stamp] PENTLER HOLDINGS LTD
[signature]                                             [signature]

Witness[signature] [illegible stamp]

Witness………………..……………

p. 59

238

## **Statement**

I, Mrs. Mamadie Toure, legal representative of the company named Matinda & Co. Ltd, hereby declare that I received the amount of USD 2,400,000 (two million four hundred thousand dollars) from Pentler Holdings Ltd., according to our collaboration agreement signed in 2005.

Signed in Freetown on ...................................

Mrs. Mamadie
Toure

Matinda & Co. Ltd

[signature]

Witness [signature]

Witness ...................................

p. 60

239

Case 1:20-mc-00242-AJN   Document 42   Filed 06/26/20   Page 28 of 155

# 7

Subject to the proper implementation and functioning and the next stages of the operation
conducted by our partners on the Simandou project in Guinea, the company Pentler
Holdings Ltd undertakes to pay an extra sum of 5 million USD to Mrs. Mamadie Touré,
payable in two instalments (each instalment of 2.5 million USD).
The definitive dates of these payments shall be communicated a maximum of 48 hours after
the date of signature of this document.

Signed in Freetown on [handwritten:] 07/08/2010

Mrs. Mamadie Touré                                      Pentler Holdings Ltd

[signature]                                             [signature]

Subject to the proper implementation and functioning, and the proper execution of the next stages of the operations conducted by Pentler and its partners in all of its activities in Guinea (commercial, medical, mining, etc.), the company Pentler Holdings Ltd undertakes to pay an extra sum of 5 million USD to Mrs. Mamadie Touré, payable in two instalments (each instalment of 2.5 million USD). The first payment shall be made 24 months after signature of this document. The second payment of 2.5 million shall be made 24 months after the first payment.

The company Matinda & Co. Ltd and Mrs. Mamadie Touré hereby undertake to refrain from making use of this document in any manner, directly or indirectly, and using this document against the company Pentler and/or its partners and/or its associates in Guinea and elsewhere.

Mrs. Mamadie Touré hereby undertakes to take full responsibility for all actions taken in Guinea by any third party against Pentler and/or its associates.

Signed in Freetown on [handwritten:] 08/03/2010

On behalf of Matinda & Co. Ltd
Mrs. Mamadie Touré

[signature]
Pentler Holdings Ltd

ENTTAYD PARS-GARNIN

p. 63

242

# Exhibit No. 2

[blank page]

## Testimony

I, Frédéric Cilins, born on December 15, 1962 in Antibes, of French nationality, certify the accuracy of the following.

BSGR informed me of the allegations made by the Guinean authorities against it and in which my name is mentioned and questioned me about these allegations.

I have worked for years in the field of import-export and international trade. I am constantly looking for business opportunities wherever they arise. In the course of my career, I have done business in many different countries and I have acquired a strong mobility and adaptation capability.

I have been in Africa since the early 2000s, first in Kenya and Uganda, then in Congo, Angola, and finally in West Africa. In Guinea, my work focused in particular on the purchase and resale of pharmaceuticals. In 2005, I learned about the existence of BSGR and I understood the interest it might take in developing mining projects in Guinea.

Having there a possibility to access the BSGR group, I put a lot into analyzing the mining aspects in Guinea and, given my strong local presence, I offered my assistance and cooperation to BSGR.

I quickly realized the importance of the Simandou mountains and the outrage of all Guineans I had met caused by the total inertia of the mining companies present in the country for several years, whose exploration activity had been very limited. Being able to appreciate the responsiveness and dynamism of BSGR due to its smaller size and private nature, I thought that there was an opportunity for both Guinea and BSGR. An advantage in my relationship with BSGR was the fact that I was familiar with the environment, which they were not, as well as being a French speaker, a requirement in Guinea.

Outside Guinea, I worked with BSGR in Liberia, Mali and Sierra Leone on projects that were not always successful.

During the numerous meetings with the Ministry of Mines and the Centre for Mining Promotion and Development (CPDM), I thus presented BSGR and the projects carried out by this group. In particular, I presented the Koidu diamond mine in Sierra Leone, the copper and cobalt mines in the Democratic Republic of Congo (KOV, Kananga and Tilwezembe mines, the Kolwezi processing plant, the electrical refinery in New Luili), the copper and cobalt mines in Zambia (Baluba mines, Muliashi deposit, Chambishi foundry). I also presented the ferronickel mine and plant in Macedonia and Kosovo, and the steelworks in Baku. The group had also been the majority shareholder of AngloVaal Mining in South Africa. I insisted on the technical capabilities of the group, in particular in engineering, where their company named Bateman is one of the leaders in the field and has a strong presence in Africa.

[initials]
000039

2

I have never tried to hide my cooperation with BSGR. However, I have always specified that I was not an employee of BSGR but an independent agent. But the essential part of my work was to present the company and to promote its strike force.

At my initiative, BSGR thus filed applications for iron ore exploration permits, which it obtained in February 2006 for the areas north and south of Simandou which had never been the subject of exploration nor permit application before. A few months later, it also filed applications and obtained exploration permits for bauxite in the prefectures of Dinghiri, Mali and Koubia. I subsequently assisted BSGR in setting up base in the country which was perhaps secondary but essential and critical. On this occasion I have seen the importance and rapidity of the efforts made by the group to start the operations.

I was obviously taken to meet with President Conté, probably two or three times. I talked to him about BSGR and the work performed by it. During one of our meetings, I brought him a watch as a present. I do not remember the exact value of that watch, but I can certify that it was less than USD 5,000. I had not informed BSGR of my initiative, as it was a local custom seen in Guinea as simple good manners. Guineans call this custom the "kola". In addition, I purchased this watch myself and I also covered all the other costs, and I have never asked BSGR for reimbursement.

The president was not a mining specialist. He was a military man, with a special liking of agriculture. He nevertheless insisted on the importance of Simandou to the country and repeated to me during a meeting that "the Guineans are watching us" and that BSGR had to make every effort.

In general, my contacts within the Guinean administration were very sensitive to the commitment, the reliability and the results of BSGR on field and that in a context where Guinea, whose subsoil contains iron reserves among the most important of all Africa, had never yet been able to extract the least significant amount.

In the early days of my presence in Guinea, i.e. several months before I met BSGR, I had met Mrs. Henriette Conté, wife of the President of the Republic Lansana Conté.

Like other wives of African heads of state, she ran a charity.

For my part, I have never donated pharmaceuticals to this charity or any other organization run by Mrs. Conté or to Mrs. Conté personally. I know, however, that pharmaceutical companies that distributed their products in Guinea might have donated goods to Mrs. Conté's organization. I have never been involved in any capacity whatsoever in these operations, which I believe to have occurred prior to my meeting with her.

During this period I also met Mr. Ibrahim Touré, well-known Guinean journalist who clearly stands out from the others. He told me everything about his country. He introduced me to his half-sister Miss Mamadie Touré, who carried out some import and resale activities in the agro-food sector he thought might

[initials]
000040

p. 67

246

[page repeats]

3

interest me given my other activities. I met with her several times at her house in Dubréka and I did some business in this sector with her. As far as I remember, she carried out her activity in a personal capacity and not as a company. I have never known her to have any business, let alone accounts outside Guinea. On the occasion of our contacts, Mrs. Touré told me she had a potentially diamantiferous property in the zone of Forecariah and asked if it would be of interest to BSGR. I shared this information with the company, whose geologist, after performing a soil analysis, prepared a mission report unfavorable to the development of the project. BSGR has thus declined Mrs. Touré's offer.

To my knowledge, the relations between BSGR and Mrs. Touré were limited to this possible business opportunity. I have never asked Mrs. Touré to speak in favor of BSGR to anyone and especially not to the president, to whom, as far as I know, she has never been married.

My knowledge of Mrs. Touré, who spoke French badly and seemed not to have any connections to the business community, led me to doubt that she could have any links with the Guinean administration or any influence over it. It seems to me in particular excluded that she ever decided to organize meetings within the Ministry of Mines. In any case, I have never known her to participate in these meetings or in their organization. As far as I understood, it seemed to me that Mrs. Touré was attributed some supernatural powers, products of the African culture, the nature or effects of which remain unknown to me, and which gave her a certain social status. I can confirm that Mrs. Touré has never been present at our meetings with the president or has never even been kept informed of these meetings by me or, to my knowledge, by BSGR, including during the project stage and during the setting up of the appointments.

I am not aware of any gifts or payments made by BSGR to Mrs. Touré. As for myself, whenever I brought her presents, such as for example, a bottle of perfume, it happened of course without informing or reporting to BSGR, because it was part of the "local courtesy" and I wanted to maintain good relations with someone who was part of the local community.

Finally, I certify that I have never made any payments, even more so hidden, to anyone in or outside of Guinea on behalf of BSGR, nor have I taken any payment obligation on its behalf in this regard. During a meeting at the Ministry of Mines in February 2006, in the presence of the press and many officials, Mr. Roy Oron, then CEO of BSGR, officially gave to the Minister a miniature "formula 1" race car. Given the circumstances, I did not consider it was an object of value.

I stopped assisting BSGR Guinea and I left the country in 2006, as I had no pending business there. BSGR had recruited at the time a "Country Manager" in the person of Mr. Asher Avidan.

[signature]                              [handwritten:] *Drawn up in Antibes*
                                                      *on 11/26/2012*

000041

4

p. 69

# Exhibit No. 3

Professional Civil Partnership
Yann JEZEQUEL
Christine PINHEIRO
And Anne-Sophie GRUEL
Associated Bailiffs
44 rue Poliveau
75005 PARIS

**SENT LETTER**

[logo] BAILIFF

# CERTIFIED REPORT

## YEAR TWO THOUSAND THIRTEEN, NOVEMBER TWENTY-NINTH

### AT THE REQUEST OF:

**THE GOVERNMENT OF THE REPUBLIC OF GUINEA**, represented by the President of the Republic in office
Address for service located at the law-firm DLA PIPER UK LLP
17 rue Scribe 75009 PARIS

### WHICH STATES:

That it takes high interest in transcribing the phone records and the conversations between Mamadie Touré and Frédéric Cilins.

Which asks me, as a consequence, in order to ensure the protection of its rights, to note all relevant findings and to prepare a report.

### THEREFORE, COMPLYING WITH THIS REQUISITION:

I the undersigned, **Christine PINHEIRO**, bailiff at the Tribunal de Grande Instance of PARIS [Superior Court], residing at 44, rue Poliveau 75005 PARIS,

Hereby certified that I received today, at my office and to my attention, a closed envelope,

### I SAW, RECOGNIZED AND FOUND THE FOLLOWING:

**p. 71**

Professional Civil Partnership
Yann JEZEQUEL
Christine PINHEIRO
And Anne-Sophie GRUEL
Associated Bailiffs
44 rye Poliveau
75005 PARIS

I opened the envelope and I found an USB stick inside it.

I found that this USB stick contains:

- the following folders:



- a draft transcript.

I found that the folders contain audio records.

I have listened to each of the audio files.

I subsequently took note that the transcript on the USB stick is the exact transcript of said recordings and it is reproduced below:

## RECORDING OF A PHONE CALL OF MARCH 15, 2013

Transcript of a phone call between Frédéric Cilins ("FC") and Mamadie Touré ("MT").

### REFERENCES:

**Folder:  3.15.2013 Call 1 / Device 1**

**File:    2_Out_mama1634_03-15-2013_070354PM.wav**

**0:00:00     BEGINNING OF RECORDING**

FC:  Hello.

MT:  Hello yes Frédéric, good evening.

FC:  Oh, Mamadie.

MT:  [Laughs]

FC:  So you. Incredible. What have you done to me?

MT:  I was upset.

FC:  I have been looking for you - but everything is well, I am well and you, how are you? That's what worries me. How are things going for you?

MT:  I'm fine, I'm fine, I'm fine.

FC:  Everything all right? Oh la la la la. You've disappeared like that. You've disappeared. Everything okay? Is the little one all right? Everyone okay?

MT:  Yes, she's fine.

FC:  Good, all the better. That's good.

MT:  Yes.

FC:  Well, that's good. Well, bah listen, as Cény told you, I'm, I'm here in the United States.

MT:  Mmm mmm.

FC:  So I don't know, sometime next week, whenever you want. You tell me the day that suits you.

MT:  Mmm mmm.

FC:  And then that's it. We'll meet and chat a bit.

MT:  Ok.

1

p. 73

CONFIDENTIAL

FC: Ok? I don't know, what day is best for you? because I have some stuff to do here and there,
this way I know how to organize my time and leave that day free.

MT: But first, what do you offer me? Before we meet. What have you got for me?

FC: What do I have for you? You already know what I have for you, I want to see you and talk to
you and you - you know, when we left the last time we talked and you told me: "Listen, look
into it and see if you can get something right away," and then here we are. It is you who
called me on Saturday or Sunday. On Monday I tried to call you because I had a positive
response. I tried to call you to tell you that and since then I have not managed to reach you.
That's what. Just that - you know, since then I wanted to tell you that. So uh... it was already
good news, you know? that you already have something - the thing which you had asked me
for in fact. You had told me: "Can we get - if we can get something right away, that's fine,
because like that, it allows me to do that, and that, and that." So that's what.

MT: Ok. So everything is settled now?

FC: Everything has been settled for a while now, because right after I obtained - I don't
remember who I had on the telephone  - but after that I could not reach you, so I left a
message. I - well, you know what. You know well. So I don't know how you want to do this,
but well we cannot do this over the phone.

MT: Mmm mmm. [inaudible - sounds of television/radio]

FC: Ok?

MT: [inaudible]

FC: So uh that's all, and then, listen, otherwise nothing more. As for that thing - well I think that
anyway, but I learned that the old man is very sick. I did not know that.

MT: Who - who is very ill?

FC: The old man there, the boss. He has - I think he has cancer and it's pretty serious.

MT: Really?

FC: It's pretty serious. Yeah.

MT: Really?

FC: Yeah, yeah. Apparently he has - he has a bad cancer. He has a bad cancer and he's very
concerned because he won't last as far as I know.

MT: [inaudible]

FC: Ah. Well that's the news - it's something I found out not so long ago. And when I spoke with
Cény about it, Cény told me he knew, but I didn't. I thought you also knew. I don't know, or
maybe Cény misunderstood, I wouldn't know. In any case, what I'm telling you, that's for
sure. What I'm telling you, that's for sure.

MT: [Inaudible] He is still kicking.

2

**CONFIDENTIAL**

FC:   Yes, he is - well, until now at least, he is. So far, anyway he is still there. What do you want to do? He is still there. Ok?

MT:   Ok.

FC:   Um... So, look. Do you want me to call you back to set a day? Should I call back - you will think about it and tell me tomorrow what day would be good for you?

MT:   Ok.

FC:   Eh? Will you think about it?

MT:   Ok. Ok.

FC   All right then.

MT:   Do you want me to bring the files or [inaudible]?

FC:   That's up to you. Whatever. If you want to - we must first meet and clarify the details and then we do it. But first we must meet and talk about it.

MT:   Ok.

FC:   So if you want me to uh I can fly in to meet you. As you wish, it is your decision.

MT:   Ok.

FC:   Just decide what is easiest for you and we do it like that.

MT:   Ok. Ok.

FC:   Ok?

MT:   Ok.

FC:   All right then.

MT:   Yeah.

FC:   Good well listen. I wish you a good evening and I'm glad - I'm glad you called me, that we talked and that we are going to see each other. But most of all, what is important is that you tell me the day, because if you want, on Monday that doesn't work for me, but Tuesday is fine with me if you want, I can - we can do that.

MT:   Okay. Tuesday?

FC:   Tuesday if you want, yes.

MT:   Ok.

FC:   That's because I have to look for tickets. I must look for plane tickets and all that. So if you want we'll talk tomorrow morning.

3

**CONFIDENTIAL**

MT: Okay, I'll think about it.

FC: Think about it and if you want, we'll talk tomorrow morning, not too late, so I can still buy plane tickets.

MT: Ok. what time in the morning?

FC: Ok it works. I don't know, I don't know. I must check the flight schedules and check all that.

MT: Ok. ok

FC: I don't know the schedules there.

MT: Ok.

FC: But I'll check.

MT: Ok.

FC: Ok?

MT: Ok.

FC: All right then. We'll talk tomorrow morning right?

MT: Ok. Thank you.

FC: Well, thank you, good night.

MT: Good night.

FC: Thanks. Ciao ciao. Bye.

**0:06:40    END OF RECORDING**

4

p. 76

CONFIDENTIAL

## RECORDING OF A PHONE CALL OF MARCH 16, 2013

Transcript of a phone call between Frédéric Cilins ("FC") and Mamadie Touré ("MT").

**REFERENCES:**

    **Folder:** **3.16.2013 Call 2 / Device 1**

    **File:**     **4_Out_mama1634_03-16-2013_050315PM.wav**

**0:00:00**    **BEGINNING OF RECORDING**

    FC:  Hello?

    MT:  Hello, hello, Frédéric.

    FC:  Yes, how are you Mamadie?

    MT:  Fine, how are you?

    FC:  Fine. Yes, I'm fine, just fine. Okay. Have you received my text message?

    MT:  I received it, yes.

    FC:  That's it. I can arrive at nine o'clock and I leave at half past three, something like that.

    MT:  But unfortunately, Tuesday I don't have the time - I said unfortunately I can't on Tuesday because I have a doctor appointment.

    FC:  No, it's fine, we can push it for Wednesday if you want. It's up to you. I was suggesting Tuesday because I can't come on Monday but afterwards, on Tuesday, Wednesday, the day you want.

    MT:  I'll call you later to tell you on what day we can meet next week because -

    FC:  Ahhh next week, hold on! Next week I'm leaving. I'm leaving on Tuesday the 26th. So uh next week it's going to be complicated.

    MT:  You know why? Because [inaudible], I have an appointment with them because I also have to sign the papers with them.

    FC:  With what? What market?

    MT:  [Panera] market.

    FC:  What's that?

5

MT: [Panera]. I'll see the fish and then the fruits.

FC: Ah okay. And you'll do that in the United States?

MT: Yes. [inaudible] so they should start [inaudible] so if I'm not there to sign, that's not good.

FC: Yes, but what day do you have that? You don't know yet?

MT: That's because I have an appointment with them, too. After the hospital, I have an appointment with them, too. But I don't have an appointment with them on Tuesday anyway.

FC: Do you know yet on what day that will be?

MT: No, I know, but that - it'll take me a while. Because - I'd rather meet with you next week because -

FC: Well yeah. Yeah.

MT: They sent me letters about what to do and there is a lot to be done.

FC: I understand.

MT: Then they have to install something—there's something they install—settle things with the bank and then a lot of stuff. And where to install - which means contracts. For example, contracts with the bank, contracts for payment of the TV and then with the bank, they want to determine where we'll put it and then sign everything.

FC: Okay, okay. But this project, where are you doing it?

MT: I'm doing it in Jacksonville. I told you.

FC: Oh okay. Okay, okay. Well listen, that's good. That's good. And the financing for it, have you found the financing, it's all good?

MT: No, but I told you that. With the little I had, I told you I had to do it. I told you, remember, with the fish and the fruit?

FC: Yes, yes. That's good. And well listen, if you want, otherwise we can push it for the end of the week. If you want, I can come. Because we could - we only have to meet for an hour, an hour and a half or so - it won't take longer than that. So, if you want, if I arrive at nine o'clock in the morning, I can take a cab and then I can meet you somewhere in town, this way you don't have to come to the airport if you want.

MT: Yes, but when you're there, when you're in a meeting, you are focused. Everyone is focused because if you do not focus, the thing [inaudible], it's over. Because even with the people there [inaudible] they will come, sit down, they will cook and

6

Case 1:20-mc-00247-AJN    Document 10-42    Filed 06/26/20    Page 46 of 155

**CONFIDENTIAL**

they will see [inaudible]. So he will ask for me to be there. And everyone eats [inaudible then the call is dropped].

**0:04:38       END OF RECORDING**

7

p. 79

258

**CONFIDENTIAL**

## RECORDING OF A PHONE CALL OF MARCH 16, 2013

Transcript of a phone call between Frédéric Cilins ("FC") and Mamadie Touré ("MT").

### REFERENCES:

**Folder:  3.16.2013 Call 2 / Device 1**

**File:      8_Out_mama1634_03-16-2013_051039PM.wav**

**0:00:00      BEGINNING OF RECORDING**

FC:   Hello?

MT:   Hello yes.

FC:   Yes ah I don't know, the phone wasn't working.

MT:   Yes, I had no [inaudible].

FC:   Yes, look, I don't know. You do what you can. As for me, it's that I cannot stay later than Tuesday because I have meetings scheduled later in Europe and I absolutely have to go back. So if you want, I can come on Saturday, Sunday, I don't know. As you wish. Listen, that's all I can say. I'm free on those days. It is up to you to choose the day that suits you, okay? Hello?

MT:   You want me to tell you when it's more convenient for me. When it's more convenient for me is what I'm telling you.

FC:   So what day? Monday then? Next week, on Monday?

MT:   I cannot tell you exactly if it will be on Monday. Let me check my schedule with the girl who is helping me and I'll call you back. Next week.

FC:   Ok. Ah, if you call me back next week, it's too late well because I'm telling you - Tuesday, Tuesday night, I'll be on the plane, I cannot change that.

MT:   Why am I telling you this? It's because of my meetings. Like I told you. It's because of my meetings.

FC:   I understand. Yes, go ahead.

MT:   If I'm not at the meetings, here it's not like in Guinea. If you don't go to a meeting, everything will be lost.

FC:   Yes, yes, yes I understand what you mean. But afterwards if you want, even if you have your meeting and all that, you can escape for an hour. If I come - I come to see you, for an hour we can talk, it won't be a problem. Right?

8

p. 80

259

MT:  How will I escape the meeting? I can't escape. How am I going to escape. No.

FC:  No, but I mean - it's not escaping. I mean, if you're there in Jacksonville, I come to see you for an hour. Even if you have things to do, you can free yourself for an hour anyway. That's what I'm saying. Do you understand?

MT:  That's what I was telling you. Did you or didn't you come to see me Frédéric? Let's tell the truth. You came to find me, I was [inaudible].

FC:  No, but I - that's what I'm saying Mamadie. Listen carefully. What I'm saying is that I understand you have a lot of meetings and everything. But you cannot tell me that during a whole week, you cannot give me an hour if I come to see you. You tell me any day, from what time to what time. I'll plan my time to come. I'm not saying you should go anywhere, I'm not telling you to do anything. I'm just saying one hour - you make yourself available for one hour somewhere and you tell me: "This day, you can make yourself free for an hour?" and I'll leave and I come to see you. In an entire week, you can certainly find one hour when I can come see you where you are even if you do not come to the airport and so on. Do you understand?

MT:  Frédéric, if I tell you I have meetings, you must believe me. It's just like when you have meetings and you can't - [inaudible]. When you have a meeting, do you usually say -  that someone they can come tell you [inaudible]. They will take me for someone who is not responsible.

FC:  No, but you're right. Of course you're right. But I'm telling you, you're not - there are 24 hours in a day and there are seven days in a week. You are not in meetings the whole day. There has to be one hour when you can be free so we can talk. Do you agree? That's what I'm saying.

MT:  Can you understand that I have meetings, I will be tired, I have the child. This is not easy. I need to think of myself. There is no one who will take care of my child.

FC:  Well listen, you know. There is no problem. I'll let you do as you want. Mamadie, me, I'll tell you, I will not get on my knees.

MT:  Even my sister who helps me, she has her child who is sick, [inaudible]. He is five months old. The child is sick today.

FC:  I understand.

MT:  Each time, the child falls ill. You see? She cannot come help me. She has two children. There is no one to help her. The meetings, [inaudible], it's true sometimes we leave in the morning and we return at night.

FC:  I understand. Look, I'll let you do as you want, as you can. In any case, if you want to, I think it will be good for you if we meet. I will not get on my - I can't tell you more than that. I think it would be a good thing for us to meet, a very good thing for you because there are good things to do in relation to what I told you. Now, if you can, you can, if you can't, you can't.

9

**p. 81**

**CONFIDENTIAL**

What do you want? I cannot tell you more. I will not get on my knees to tell you -

MT: I did not tell you to get on your knees. The reason I tell you [inaudible]. I cannot ignore the people who want to help me here. They do it for me. I'm not paying them.

FC: You know that me too - the reason I want to see you is also to help you. You know that. And we are talking about a lot of money here. Now, as I said, this is not about the week -

[Inaudible - FC MT and talk at the same time]

I'm here until - I'm telling you I'm leaving on Tuesday the 26th in the evening. If we manage to meet before that, it's fine. If we don't, what can I do? I don't know what to tell you.

MT: It's the meetings that did this. It is the secretary [inaudible]. Everyone wants to do their job. [Inaudible] Now, what do you have for me? How much do you have to give me?

FC: No, but it's not how much you have to give me. We talked about it last time. You told me: "For one, can you get a part of it upfront?" The answer is yes. And when - I want us to meet and discuss it, that's all. Do you understand? You told me: "Can you get two, three - can do something upfront and the rest as you say?" So I told you yes. Now, we need to meet. We cannot do this over the phone, it is impossible. So uh if you can, you can. If you can't, you can't. I don't know what to tell you. In any case I can't - my problem is that my flight is on the 26th, I cannot change it. Unfortunately, I cannot really change it because people are waiting for me in Europe and I absolutely have to return to Europe. I cannot change that. So I am free in the morning, afternoon, night, day, whenever you want.

MT: [Inaudible]

FC: I didn't understand what you -

MT: I'm saying I am honest, you will not hang me out to dry and then you're going to [inaudible].

FC: No, no, it's not that this meeting is more important. It's just that the problem is I absolutely have to return on the 26th. I have family matters, I cannot change that. I'm not going to wander around or anything. And besides, Easter is coming, I have family in Italy, I have a lot of stuff going on. If I do not return on the 26th, it will be a big problem for me. So I'm telling you, between now as I'm speaking to you and the 26th, at any moment you tell me: "Frédéric, come on this day at 3am," I'm coming on that day at 3am. I am free all day, every day, even Monday - I told you I had some stuff - even that I can change if it is good for you. But the problem is, I cannot do it after the 26th. That's for sure, sure, I cannot go pass the 26th. But the rest of the time, I tell you, I am free 24/7 for you. You are the main reason for my visit and I have no problem to free myself for that. But after the 26th, I'll be in a lot of trouble, a whole lot of trouble. And I am even ready to come and stay for two days if you want me to wait for you there. The day you tell me:

11

"Listen, come on Monday and leave on Tuesday," I can even spend a night there. I have no problem with that because I think it's very important that we meet. But I cannot come later, I assure you - it's not that I don't want to, it's that I really can't go beyond the 26th because I absolutely have to return. That's it.

MT: Ok. ok. I will call you back, as I told you; I'll call you next week. (...) you're worried about yourself but you do not understand. So, anyway, I'll call you next week as I told you.

FC: Okay, look, next week, if you call me on Tuesday, I'll be - I told you Tuesday night I'll be on the plane huh, I cannot change that.

MT: Frédéric, you must help me. I've always told you to help me.

FC: Mamadie, you know, "you must help me." I am the first to help you.

MT: You do not help me. You do not help me. You do not help me. When I've I always told you, when I have problems, help me. It is you alone that I can count on.

FC: Mamadie, Mamadie, Mamadie; listen to me, listen to me, listen to me carefully, listen to me carefully. The last time - you know I'm not a billionaire - the last time when I came to see you, myself, from my own money, I gave you an envelope with 5,000 dollars in it. Are there many people who come to you and bring you 5,000 dollars every day to see you? Do you have a lot of people like that? You know, you cannot tell me that I am not helping you. It's not possible.

MT: When I told you Tuesday, I'm sick and I have other meetings, you should not get angry for that.

FC: I'm not angry. I am not angry. I'm telling you, I'm telling you, I have to take everything into consideration. I'm telling you I am here for 12 days and I had informed Cény about it, I told him: "Look, I arrive on the 14th. Between the 14th and the 26th I'm free every day to see Mamadie." I am free every day. So you cannot tell me that I am not making an effort. I came, I stayed here for 12 days, I only came for you, Mamadie. I only came for you. Any day you tell me to come, I come. Of course, I have other meetings scheduled but I am free -

MT: When I tell you about my meetings, you must wait [inaudible]. I'm not a liar. You have to accept that.

FC: I am not saying you are a liar. I'm just saying that in a whole week, you cannot tell me: "Frédéric, look, I don't have an hour to talk to you." You cannot tell me that, it's not possible. In a week, even a President of the Republic will receive me to see me for an hour if he wants to see me.

MT: I cannot make you wait in a corner like that. I cannot do that.

FC: You can make me wait, it's no problem. You can say: "Frédéric, come on Monday, Tuesday, come on Tuesday, Wednesday, come on any day you want" and I'll come

12

p. 84

263

**CONFIDENTIAL**

and I'll wait in a hotel and I'll wait for you to be available. There is no problem, I'm ready to do that.

MT:  Frédéric, I tell you sometimes we leave in the morning, even in order to eat, I must stop at McDonald's or something like that to buy food. I do not even have time to eat so [inaudible]. You cannot even understand. Because it is not your job [inaudible]. You cannot understand. It is too busy, much too busy. Sometimes in a meeting, people stay there overnight. You cannot understand. [inaudible] But even when I tell you, you cannot understand because you've never done this, it's not your job.

FC:  I don't know. I don't know, but listen, I don't know. Try to - I don't know - think about it calmly and if you want we'll talk on the phone next week and you'll tell me. Me, the entire next week - look, next week, but you cannot call me the week after that. Because I'm free the whole next week but after that I'm not.

MT:  Okay, I have to feed... As I said, next week I'll call you.

FC:  Ok, great. Next week you call me then, - that's it, next week, you call me whenever you want. I am available, ready to come. But it is not this Tuesday huh that I'm leaving, it's the one after that. Next week I'm free ok. Agree?

MT:  I told you I'll call you.

FC:  That's great. Ok? But then I'm telling you, the next week I am completely free for you. You call me whenever you want.

MT:  Ok.

FC:  Agree?

MT:  Yes.

FC:  All right then. Well, in any case, I see you have projects. That is good. That is good. That's a good thing. At the same time, if you want, those things could help you so it's good.

MT:  Ok.

FC:  Ok?

MT:  Yes.

FC:  All right then. Ok, I'll be waiting for your call. Thank you. Thanks.

MT:  Yes.

FC:  Thank you. Ciao ciao.

**0:14:33     END OF RECORDING**

13

**CONFIDENTIAL**

## RECORDING OF A PHONE CALL OF MARCH 20, 2013

Transcript of a phone call between Frédéric Cilins ("FC") and Mamadie Touré ("MT").

### REFERENCES:

**Folder: 3.20.2013 Call 3**

**File: Out_mama1634_03-20-2013_070750PM.wav**

**0:00:00** **BEGINNING OF RECORDING**

FC: Hello?

MT: Hello Frédéric, good evening.

FC: How are you, Mamadie?

MT: Fine, how are you?

FC: Are you all right? Yes, I'm fine, I'm fine, I'm fine. It has been raining here for the last two days there, but it's okay. And there? It is also raining, right?

MT: It is a little, yes.

FC: So tell me, what do we do?

MT: I would prefer we met on Monday.

FC: Monday? Ok, that's good. Ok, if you tell me Monday I will organize my schedule for Monday. I'll check, the flight schedule should be as I told you. I have a morning flight and then from nine in the morning until three o'clock in the afternoon.

**1:05** MT: I would like, when I arrive, for everything to be in order. [Inaudible]

FC: Uh, meaning?

MT: Meaning...

FC: Arrive uh...

MT: As we talked, there [inaudible] that is to say, I don't know if you understand me, that is to say Beny had asked...

FC: Yes, to have the documents and all that? But well, is it arranged or not because we have never spoken about it again since. So as I cannot speak on the phone, anyway on Monday I will not have everything ready ok. It is impossible. I must talk to the

14

**CONFIDENTIAL**

lawyer and all that. So I mainly want to see you and talk to you about everything. We must discuss

exactly how it will be done and how because the last time when we wanted to put everything in place, you told me "anyway we cannot do it now because I do not have the documents with me etc." So I didn't know whether to do it, where to do it, in what country and all that. So well, that is why I want to come see you. To consider exactly what we have to do and how we must do it, as soon as we reach an agreement on what we do and how we do it, I must come back to do it, we must do it right. Do you understand?

MT: Frédéric, does Beny want us to meet and does he agree with you giving me the money?

FC: Of course. Of course, of course. No but me what is, what is, what is important is that we meet and talk and we see exactly what... you know, you disappeared suddenly, we haven't talked more about it, nothing was done here or there. It is important that we meet, we talk about it and agree on what we will do. That's it, that's what's important. Afterwards, once we meet and talk, we're not going to talk about it on the phone.

MT: I know, but I am going ahead with it only because I do not want to go, to move around, to go to see you at the airport, I have the child you see and for you to tell me that Beny does not agree.

FC: No, no, but I did not tell you I disagree. I said if you want, I have enough time to take a cab and we meet somewhere in town if you do not want to waste time by moving around. If you're busy with the little one. Just tell me where you want us to meet and we will meet there where you want. If it helps you save time, for me there is no problem.

MT: That's right, but if we only meet to talk and Beny does not approve it you see, that's tiring. I, for the time being, I'll be tired.

FC: Look - no no you're not going to tire me and I do not want to talk about it on the phone. I'm telling you simply I do not want to talk about it on the phone, it is... nor anything else. I just want us to meet and talk but not on the phone.

MT: Ok. Ok.

FC: Ok? So this way we can exactly clarify the situation, what we do, what we don't do and after that, when we leave, I can put it all in place properly. Ok?

MT: Ok.

FC: Well, then I'll check the flight schedule again. On Monday, I can come and you just tell me - so, if you want, if I arrive at the airport at nine, I can, I can take a cab and meet you at ten o'clock wherever you want. At ten o'clock, half past ten. I'll meet you wherever you want. You just give me the address where you want us to meet, that way you do not need to come to the airport and then - and then, after, when we finish, we drink something, after I leave for the airport and that's it.

15

**p. 87**

**CONFIDENTIAL**

MT:  Ok

16

**CONFIDENTIAL**

FC:   Is this ok?

MT:   Yes, yes.

FC:   All right then. So listen, I'll check all the flight schedules and I'll call you tomorrow morning?

MT:   Ok.

FC:   In any case, I can buy the ticket for Monday right?

MT:   Ok.

FC:   Okay. Ok, fine. All right then.

MT:   Yes.

FC:   Well, good evening. I'll call you tomorrow.

MT:   Ok. [inaudible]

FC:   Good evening. Bye bye. Thank you. Bye.

**0:05:32    END OF RECORDING**

17

p. 89

**CONFIDENTIAL**

## RECORDING OF A MEETING OF MARCH 25, 2013

Transcript of recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

---

**REFERENCES:**

**Case: 3.25.2013 CW Meeting with Cilins**
**File: FBIJK_001.wav**

---

**0:00:00 am     START OF RECORDING**

| | | |
|---|---|---|
| FBI agent: | | This is special agent Angela Hill. It is March 25th 2013 at 8:41 am. This is going to be a consensually monitored conversation between... Names? |
| | MT: | Mamadie Touré. |
| | AH: | And who's the target? |
| | MT: | Frédéric Cilins |
| | | [Inaudible up to 0:15:28] |
| | FC: | How is the little one? |
| | MT: | She's fine. |
| | FC: | You have someone watching her? |
| | FC: | Okay. So what's your fruit and vegetable project? |
| | MT: | What? |
| | FC: | Your project? What is it? What are you going to do? |
| | MT: | Here? |
| | FC: | Yes |
| | MT: | I'm going to open a restaurant and then fruits, sell fruits. |
| | FC: | Fruits and vegetables? |
| | MT: | Yes. All that is banana, all that is tomato [inaudible]. |
| | FC: | Okay. |
| | MT: | I also want to sell uhm - open a restaurant where there is [inaudible]. |
| | FC: | And fruits and all that, you will retail or wholesale to the public - how do you sell - like a store or what? |

18

p. 90

MT:   Like that.

FC:   Like a store. Ok.

MT:   Like that. Everybody comes to the store.

FC:   Yes yes yes. And is it a chain? Like the fresh markets. Is it a chain or is it your store?

MT:   It's a store that I rented.

FC:   Okay. Great. That's great.

MT:   Two rented stores. One is for fruit and fish. And one is for -

FC:   Fish too?

MT:   Yes. Because fish is a great deal here.

FC:   Great. Did you have the idea - just like that?

MT:   [inaudible] I did some research with some friends. We found that - fruit is a good deal. Anything that can be a good deal, even if it's candy, you have to sell it.

FC:   Great. Great. Well, listen, it's a good thing.

MT:   [inaudible] here it's a good deal

FC:   Yeah of course. And you're doing it alone?

MT:   No I have someone who helps me. I have someone who helps me. There is... The people there, when they want to do business they will find you [inaudible].

FC:   Are they funding you or helping you to keep the store with employees, and all that?

MT:   They help you set up, as for the employees. [Inaudible]

FC:   Okay, okay. Because you're here, you have, you have the right to, to, to work, you have the right of all that? What have you got? A green card, a green card? What have you got?

MT:   No no, I don't have a green card.

FC:   Then an investor visa; what is it?

MT:   No no. It's a simple visa they gave me.

FC:   Simple?

MT:   Yes.

FC:   But you still have the right to work?

MT:   To work?

19

CONFIDENTIAL

FC:     No, because normally here, you know, it's not easy here when you want to work.

MT:     No, you can do it, you must apply. You can do it then, you see.

FC:     Because you can stay here forever? You have, you have, are you going to work for six months, and then have to leave or can you stay forever?

MT:     Now I want to apply. I want to apply here.

FC:     What do you mean by apply? Make an application to...

MT:     Once the store is there, once everything is in place, I want to

FC:     Yeah because you know, there are lawyers specializing in this matter. Just the person I was on the phone with, someone who does this and [inaudible] with a lawyer who does the visa. Well, I don't remember what it's called. It's a visa for investors. For example, you invest in a store, stuff like that. You create a job. Well, you have the right to have a visa for five, or three years or five years, or something like that. And,and you do your business, you do your business. It's great.

        So what happened in Mamadie's mind that she disappeared? You know, I had Ahmed on the phone, Ahmed on the phone.

MT:     Wait, I was angry, Frédéric. I was angry.

FC:     Angry? Why?

MT:     I was angry.

FC:     Why?

MT:     I was angry at the fact that you told me the last time that uhm, they say they can't at first and you'll think about it. It made me... I was shocked. I was shocked. The fact that you told me they may agree to help me or they may not agree to help me.

FC:     This is not about agreeing to help me. I told you, I told you to let me see. You didn't even wait for the answer. We spoke on Sunday, or Saturday, you called me on Saturday. I said we'd talk on Monday and hence, nothing and nobody.

MT:     I was sick of it. I was sick of it. I am sick of it all.

0:20:30   FC:   You know, me too, I'm sick of it. But, what can we do? Don't you think I'm sick of it? I can no longer listen to this matter, I can no longer listen to it, I'm sick and tired of it, you can't imagine, however, do we have a choice? We have no choice. Because of that stupid guy, who is here, who bothers everyone, who complicates everything, what do you want me to say? What do you want me to say?

MT:     What guy?

FC:     The... the... the... Alpha, what guy? This is due to him, if it weren't for him, you know, we wouldn't even discuss most of these stories and that's why,

20

p. 92

sorry to say it like that, we are in crap with this guy. You know, it's a crazy story. Me, I'm going crazy because everyone is fed up, everyone is upset, everyone is spending money for nothing because of him, as this story always costs everybody money, money for nothing. You know this deal is becoming a horror and we don't even know where it's heading. He had - they had - a meeting, another meeting but this is ridiculous, they came to the meeting, the people ... of ... of ... Alpha, by saying "well, what do you have to offer?" What do you have to offer? It is you who don't want us to work, who don't want to stay, what do you want us to say? Tell us what do you want? But nobody knows what he wants. Nobody knows what he wants. Even his closest friends, I'll tell you I'm talking with his closest friends, who have been with him for 20 years, 25 years, 30 years, who know him very very very very well, they are tired, they don't even understand what they want - what he wants - and they are fed up. But does anyone have a choice? He is the only one who has the key to the problem, you know. He seems to be very ill, he has cancer, something like that. You know people are getting so sick, they just want him to go, it's over, that's it.

**0:22:41**     So the last time if you want, I can't tell you - me you know, Mamadie, when I tell you something, it's the truth. If I tell you, it's the truth. When I needed 24, 48 hours to be able to give you a clear answer [Inaudible]

MT:     [inaudible] The others have exhausted me. [Inaudible] So I thought [inaudible].

FC:     But what's the use of disappearing like that? Can we find solutions if we don't talk?

You could have told me Frédéric, I'm angry, I'm upset, no matter what. You have already told me that. But what? Well, finally, the past is the past. You know, the thing about me is I tell you everything.

When I tell you something, I tell you both the good, I tell you the bad. I'm not lying to you, you know. I don't play with you. I tell you the exact truth of what is happening. Well... That's it. It's like that, what do you want me to say?

You know, everybody ... you know, I'll tell you ... You haven't had Ahmed on the phone for a long time because ... He was very worried. He was very worried. I don't know what happened with you that made you decide that. At least he told me stories and he knew exactly where you were but anyway I had him on the phone. He told me: "Look, Fred" ... In any case he knows ... I had him on the phone - he is in Guinea - because he must have gotten news. I told him: "Look, we have to talk, let's meet next week." He told me: "In any case you will tell her that we don't do that."

MT:     [Inaudible] I didn't have lunch before coming.

FC:     Oh! Do you want some ... I didn't ask you because I didn't know. Do you want some ...

MT:     I don't want anything sweet.

[Inaudible]

21

**CONFIDENTIAL**

| | | |
|---|---|---|
| **0:28:15** | MT: | It's not sweet because you told me last time that you didn't like sugar. |
| | FC: | No, I don't like sugar that much. If it's a little sweet but not - I prefer salty to sweet but sometimes in the morning [inaudible]. |
| | MT: | This is my visa. |
| | FC: | Until August 27, 2013? |
| | MT: | But I can extend it if I want to. I can extend it by six more months. |
| | FC: | Is it good? |
| | MT: | Because the last time ... |
| **0:29:01** | FC: | Did you keep the diplomatic passport? |
| | MT: | Yes |
| | | [Inaudible] |
| | FC: | Is it good? Did you keep the diplomatic passport? |
| | MT: | Yeah. Yeah. |
| | FC: | I thought they had taken it from you. |
| | MT: | No. [Inaudible] so today I'm afraid. Is it true that they are really going to punish me, Frédéric, when I speak. If, that is BSGR doesn't say go and see Mamadie, you can't decide to help me by yourself. You can't. |
| | | [Inaudible] |
| | FC: | Wow! How she grew up! |
| | | [Inaudible] |
| **0:31:00** | FC: | We will do what we said the other time, you will recover three hundred [inaudible], you will recover three hundred right away and we will put the rest somewhere. At least it's already taken immediately and it has nothing to do with what you will have when it's over, it will be something more like I told you. It's only benefits. |
| | MT: | Three hundred? |
| | FC: | Three hundred thousand. |
| | MT: | OK. |
| | FC: | At least that will allow you to open your restaurant or make investments. [Silence] |
| | | You'll be able to make ... to make, uh... some investments. What is it called? These Conakry school stories? What did you do? You couldn't do anything. |

22

**CONFIDENTIAL**

MT: It's [Inaudible]

0:32:32   FC: So, will we do that? Ok?

MT: We will do that.

FC: Um ... I must go back. Ummm... We must destroy these papers and at the same time give a part to the lawyer, you recover a part right away, and that's it.

MT: I didn't understand.

FC: I'm going back. We destroy these papers. You'll take right away a portion of the money, and a portion will be blocked for the lawyer for the time we talked about. As I told you last time.

MT: [Inaudible]

FC: I told you, look, I have initially told you we take one and block the other one. Then you asked me if you can have some of it right away. Now I'm telling you, you'll recover 300 of it right away and we'll leave the rest with the lawyer.

MT: But... The lawyer, what lawyer? I don't know him.

FC: Well yes, but we're going to find a lawyer.

MT: You haven't found one yet?

FC: That's not it? I couldn't speak to you so I didn't know. We'll find someone um ... it can't be someone in the United States, I have to find someone outside the United States, because it's prohibited, here we don't have the right to do this.

MT: Why not?

FC: Because it's ... it's not a good idea to do it with an American lawyer

MT: Last time it was with Adam.

FC: Adam, I can no longer hear about Adam. All that Adam did was ... bullshit. Adam was not okay. I was very angry with him. Because everything he did for this South Beach story. He took... He took a lot of money, legal fees. He took a lot of money, legal fees. This is not a good thing at all. I went to see another lawyer but unfortunately ... We can't do it here. According to the lawyer, we can't do something like that under the U.S. law, we have to do it outside the United States. But I'll look into it. I already wanted to see, talk and understand each other. If we understand each other, in the - now quickly, we'll do that and you'll already have some money that will allow you to breathe. Because if...

MT: You know very well I'm afraid of the BSG people, you know it very well. Considering what they did to me..

23

**p. 95**

274

FC:   But what is your problem with them?

MT:   Because BSGR told me I'll give you that, it's not clear, it's what scares me and you know it. The last time I told you that on the phone [inaudible] [...] came to see me, I told you that if you remember.

FC:   You tell me about the past but I'm talking about now. Here you don't have to deal with BSGR, you're dealing with Frédéric and I'm here.

MT:   Yes but still, if Beny sent you here, it was not ...

FC:   No, but I tell you, you don't have to deal with someone else but me. I'm here, the important thing is that we can talk, we can agree and we can arrange things right, that's all. But umm I tell you, I'm here. I told you the other time, I'm here, I'm taking care of ... of ... of this thing. I'm not telling you to trust blindly, I ask nothing more but to listen and talk to me.

MT:   I know.

FC:   However. I ask you nothing more than that.

**0:36:56**   MT:   I mean, it comes from Beny, I've confirmed, but I don't trust the others.

FC:   Look, I'll tell you, you know I wondered so much when you disappeared like that, I wondered what was happening. She is somewhere ... You know I was so afraid when you were in Freetown, when you were talking with those people, that they might hurt you, they ... I don't know, that they came to look for you here, that they shipped you there; it wouldn't surprise me if it had happened. All this time that you were missing, you were always here, you didn't leave?

MT:   No no. I was here. I told [inaudible] of my projects. It wasn't easy.

FC:   No, but I understand it wasn't easy, but what I mean is that...

MT:   [Inaudible]

**0:37:44**   FC:   I assure you that I was honestly afraid. I told myself, those people who were looking for you, that I told you not to meet at night, because they put you in a car, they take you to Conakry, you don't even know what will happen to you. I thought maybe she left somewhere in Africa or something. You know Africa is not like the United States, it's dangerous, it's dangerous. Here, you have ... well ... the police. There, in Freetown, I tell you, they put you in the trunk of the car and in the morning you wake up you're somewhere in Conakry. You know Alpha is not a nice person and someone you can trust, do you? You know that. So, when these people came to see you all the time, I wondered what was happening. You know, because you can disappear one day, three days, a week but you have been missing for a long time. You have been missing for a long time. So I had Ahmed on the phone but then I had your brother, Cény, on the phone. Finally after a moment Cény tells me: "Well, look" ... He sent you messages to talk to you but it was ... Finally... Look.

**CONFIDENTIAL**

**0:39:00**   MT:   You know I'm tired. Because I thought if it comes from Beny I know it's true, but if doesn't come from Beny, they will trick me, trick me...

FC:   You must think that it comes from Frédéric, period. That's it. You have to think it comes from Frédéric and Frédéric is there, and I will do everything. I must go back tomorrow because I have a family, you know, I ... I have to take care of my mom. You know I lost my dad, I have to take care of my mom. It's impossible I can't not return tomorrow, I must, I must go tomorrow. Easter is coming and everything. I'll go home, organize everything and come back to see you and we'll do that. I'll be back.

MT:   When?

FC:   I already told you I already told you I'll be back ... early April ... April 8. I arrive in Miami. Between the 8th and the 16th, I will come back to see you. But I'm organizing myself, I'm organizing. In any case, I will not rest until we've finished.

**0:40:19 am**   MT:   You asked me if one day the government comes to see me, what should I do?

FC:   What government?

MT:   You told me that CIA people, I don't know ... they came to see you. If they ever come?

FC:   I, if you want ... It's an independent office, I don't have their business card, it's an office called Veracity, which is paid by the law firm that is financing George Soros, you see who George Soros is? George Soros, he is a billionaire who is trying to work with Alpha in order to recover these mines, to recover everything. So George Soros paid this firm Veracity, which has all the former agents, like that, to prepare the case for attacking the BSGR agreement with Guinea. So these people came and made all the investigations, questions and everything. The papers I showed you the other time with all these lists of questions, these lists of things where you are mentioned above, I had read you this, remember? Here, it's all full of questions they asked by wanting to know why, how. I explained them the truth, that it was all bullshit and now ... because, what's his name? Alpha is trying to use that to say that there were things that were not legal in the BSGR agreement with Guinea. So, Mamadie has... how to say ... received money from the BSGR group in exchange for her influence with Lansana Conté and all these things, so that's what they're trying to say so that, that the agreement should be abandoned on these grounds. But at the same time, if ... I mean, this was something illegal, it creates problems for you too, even here, especially here, it's not the same here. Here is the whole thing you know, politics and business are completely separated. You are a person who is politically exposed compared to what was at the time of Lansana Conté, so this is what Alpha is trying to do. Alpha is trying to fight to get to prove these things and eliminate the BSGR agreement.

MT:   If these people, if this group, I meet them one day. What should I do?

FC:   What people? Alpha's people that are scheming like that?

MT:   The people who went to see you.

25

**p. 97**

**CONFIDENTIAL**

FC:   You simply tell them that you have nothing to do with it, everything that is said is nonsense. As we did with the statement, remember? That I have nothing to do with what you're saying and that's it...

MT:   That I have never seen BSGR.

FC:   Not that you've never seen it. You know the company, because you can't say you've never seen it. You know it, you were in Conakry, you were there, you lived in Guinea at the time so you can't say you don't know it, but you have nothing to do with all this talk of agreement, of whatever, of so-called received money, you have nothing to do with it, that's all, it's lies.

MT:   If BSGR gave me money?

FC:   You say you have nothing to do with it. You say you've never received money from anybody.

MT:   With BSGR?

FC:   And then that's it. Of course. Of course.

MT:   I don't have to say the name of BSGR?

FC:   What?

MT:   I don't have to say the name of BSGR?

FC:   No, they will try to ask you questions like that, but it's not ... Look, today, hasn't happened. And if it hasn't happened so far, I think it's unlikely to happen. This should have happened long ago. As it has not happened for some time. It goes back. The first time they ... it goes back to a year and a half. You see? So if it had to happen to you, it would have already happened six months ago, one year ago. You see? They didn't come, so I don't think they will, but you never know. That's it, then...

0:45:04   MT:   In case they should come, I say I have never known BSGR.

FC:   Yes, you have nothing to do with them. Do you remember the papers we had made? It's simple, just a statement saying: "I have nothing to do with it. All that has been said, all this story of getting and not getting money, I have nothing to do with it." That's it. Anyway, when I come back, I'll come back with a clear thing. It will be written. Everything that has ... When you are asked questions, everything is written, everything will include the answers to give.

MT:   [Inaudible]

FC:   Are there any people bothering you now or something?

MT:   No.

FC:   Oh good.

MT:   Since you told me when people are going to come.

26

**p. 98**

FC:   No I didn't say when they are coming. Wait, wait. Knock on wood. I hope nobody will ever come. Because if they come, it's already, it's annoying so I hope they will never come.

0:46:00   MT:   The last time you told me that the government may come, it may come at your place, knock on the door. If they come you said to destroy, or to say that [inaudible]...

FC:   Well, not to keep things here. Now, are these famous papers here in the United States? Because when we meet next time, we must destroy them. Like that.

MT:   Where do you want us to destroy them?

FC:   Let me think carefully and organize properly how to do it and we'll do it like that, ok? Ok, Mamadie.

Those people who were behind you when you were in Freetown, don't you have any news from anyone?

MT:   No.

FC:   You've never told me who they were.

MT:   [Laughs]

FC:   Huh?

MT:   You don't know them.

FC:   I don't know them?

MT:   [Inaudible] So it's private.

FC:   No, as you told me that [inaudible] were Americans, I didn't know.

MT:   No.

FC:   Were they Guineans then?

MT:   They were Sierra Leoneans.

FC:   Oh, they were Sierra Leoneans? Oh la la.

So when do you think you're going to open your store?

MT:   [Inaudible] they told me in early May

FC:   early May; and what do they do for you? Is it in a shopping center, or where?

MT:   It must be arranged. It must be arranged. We don't set the devices like that. We must do the plumbing at the bottom. We need to have electricity installed.

FC:   Okay. Yeah yeah.

**CONFIDENTIAL**

MT:    Tell me something. Is Mahmoud Thiam ... I saw him on the internet. What does he have to do with ...

FC:    I don't know.

MT:    I saw him on the internet.

FC:    He's got nothing to do with um ... I know that Alpha had attacked him and ... um ... saying that um... The same. You know, always the same nonsense as with you, saying that he had received money, he favored BSGR when he was a minister. And what he did, Mahmoud Thiam, he made a press statement saying that first, it was all bullshit and then more, at the time, if I remember correctly, at the time Mahmoud Thiam had even helped, of his own funds, he helped ... What's his name? Alpha when it was election time but finally he settled his accounts. This is between them. It's between Thiam and Alpha.

MT:    Mahmoud Thiam and Alpha?

FC:    It's in the press. [Coughing] He had made a very, very powerful statement, very very powerful [Coughing] against, what's his name, against Alpha yeah. Very powerful against Alpha. And then I don't know, I don't know what became of Mahmoud Thiam. I think nobody has contacted him. I don't know, he's working in the United States, right? Where does he work?

MT:    [Inaudible]

FC:    Because he has dual nationality. He is Guinean and American, I think.

MT:    Really?

FC:    I think so. I think, I don't know. It seemed he was ... that he had dual nationality.

MT:    He thinks ... Alpha thinks he had received money from BSGR.

FC:    Alpha ... um ... that he favored at the time when he was a minister, and he favored the project of BSGR. But um ... it's still Alpha. He forgot that there was ... Who was already the Prime Minister when Mahmoud Thiam was ... There was the Prime Minister, there was everyone but all the people who have signed the BSGR agreement at the time of Lansana Conté, all the people who have all signed agreements even after when there was

MT:    Dadis.

FC:    When there was Dadis and everything, these people are now with Alpha. This is the same. Well yes. Because you take – what's his name? Fofana, he was already there at the time.

MT:    Fofana who?

FC:    The Minister of Mines.

MT:    Who?

FC:    The current Minister of Mines, he was already involved at that time. Similarly, there is his signature in the file - in the BSGR agreement, there is the signature of Fofana. All the people who were involved at the time are still in

28

**CONFIDENTIAL**

charge now. And Alpha says there was corruption in the file. But whose corruption? It's the same people who are there now – the Fofanas [inaudible], although there was Thiam, but there was the Prime Minister, there were all those people, so it's a bunch of nonsense. You see, it's - what's his name? The prime minister at the time, I can't remember who it was. It wasn't Doré, was it?

MT: The Prime Minister of Dadis?

FC: Um yeah. No, that. The time after Dadis. Kouyaté. Um not Kouyaté. Konaté.

MT: Konaté.

FC: Konaté. When there was Sekouba Konaté, I don't remember who was Prime Minister. But all of those people, they are still there today in the presidency or in ministries. So it's those people who should be asked the question. Why is he going to bother Thiam? Why is he going to bother everyone? It's simply because he schemed so much with the South Africans, with [inaudible], with all the people who have, you know, with the election company, [Weimart]. He stole the elections. He never - you know, the second round of elections, it's [Weimart] who did it

MT: But that he bought all that, do you really think it's true? [Laughs]

FC: Definitely. Definitely. Definitely. There's no question about it. It's 100% certain. He stole the election with all of those people. He entered into agreements to give them a piece of the BSGR file, to give them a piece of this, a piece of that. Withdraw contracts with companies that were present before him and give them to his friends. His son, he is involved in all of these schemes. He is involved in all those things. And there you have it. What more do you want me to say? It's not even a maybe. His son, he's in a company with - what's the name of the guy who helped at that time? What do you call him? The one who was in the SMEs, the thug.

MT: Boubah.

FC: Boubah. That's it. So Boubah was with the son. They are involved in all of those plots - they want to bring back Nimba's stories. They are in a company called Sable Mining and it's under their name. It's all a bunch of plotting. It's nothing but plotting. The problem is that I think he doesn't even know how to get out of all these plots, there are so many of them. He doesn't even know how to get out -

MT: What did Mahmoud Thiam do? Because he received money [inaudible].

FC: Mahmoud Thiam did not receive any money. What's his name? Alpha said, in order to attack the entire file, he said: "Mahmoud Thiam was corrupt, he received money" but Mahmoud Thiam has nothing to do with anything. You know the contract - that is what annoys Alpha the most - it's that the BSGR agreement was very well done at the time. Because, precisely to avoid problems of saying there is, there was someone who gave me the authorization, permission, and who signed, there is not a single person who gave permission. There are twenty signatures, thirty signatures on the BSGR contract: the minister of this, the minister of that, the budget minister, the permission of this one, the permiss – Everything was done with many, many people involved, so that, and ... Fortunately Beny was smart to insist

29

CONFIDENTIAL

that it should be done in a very proper manner so that no one could attack it later. I mean when you look at the contract today, even Fofana was in it. But the one who - the current Minister of Mines, even he was in it. So everyone gave - so he's trying to attack Mahmoud Thiam, he's trying to attack this, he's trying to attack this by saying you gave money to this guy, you gave money to that guy. He even let out that – I can't remember - that – I can't remember – that Mahmoud Thiam, he accused him of being invited to a hotel somewhere in Europe, I don't remember what part, by BSGR. The story's a bunch of bullshit. Mahmoud Thiam, he wrote in his public letter that he didn't need anyone to pay for his hotel room when he was traveling somewhere or other. You know, you see, the story's a bunch of bullshit, to tarnish the group and the group's image. And I'll tell you, it's all because he already entered into agreements with other people for this project. He wants to take the Simandou project from BSGR and give it to someone else. Because he's already sold it, he already made agreements with some people and with other people and he doesn't know how to get out of it, so he can't confirm BSGR in this agreement and he just wants them to step down. You know, he is the President of the Republic. The problem is that there is no serious opposition in Guinea and he does what he wants. He tries - he tries to... But in the meantime, you know, the problem is that it's been two years since he was elected, people are fed up, people are sick of him, they want to work, and they want to eat, and they want healthcare. And nothing happens in this country because of this idiot who has, who has - I can't even say who elected this imbecile - who stole the election. Because it's the truth. You know, right? You know it was stolen. Everyone knows it was stolen. And it was stolen with [Weimart]. That's why now - what's his name? Cellou - Cellou and all the others, they don't want [Weimart] to organize voting for the legislative elections. Because they'll do the same thing. And when they want to organize the votes of Guineans living outside of Guinea, what do you think that is? You know, the Guineans who are not in Guinea, who are outside of Guinea, who will vote in embassies, I won't even tell you about the cheating that goes on. It's all cheating. So that, that's Alpha. That's your President.

MT:    [Laughs]

FC:    That's your President Alpha. But in the meantime you know, in the meantime it's complicated. That's it.

MT:    And in the meantime, it's complicated.

FC:    In the meantime it's complicated and it's annoying everyone.

MT:    [Inaudible].

FC:    But Thiam, I think the issue ended immediately, I think he stopped attacking him because Thiam didn't let himself be messed around with.

MT:    Thiam must never tell him that he received the money.

FC:    But Thiam didn't receive anything. Thiam didn't receive anything. No, but Thiam has nothing to do with these stories

MT:    [Inaudible]

FC:    I tell you -

Case 1:20-mc-00242-AJN    Document 42    Filed 06/29/20    Page 70 of 155

**CONFIDENTIAL**

31

p. 103

CONFIDENTIAL

MT:    Asher was there at the time.

FC:    I'm telling you that that has nothing to do with it. You know there is a sort of legend in these BSGR matters. There's a story - it's like a legend. Everybody says this and that. Even you weren't there when it happened.

MT:    No I was in Freetown.

FC:    Right. Even you weren't there when it happened. And after it happened, because he also looks for stories about Konaté - at the time of Konaté. So he is looking for everything, you see. The only thing - the only difference is that, as you have seen, he attacks everyone except Konaté. He is afraid of Konaté.

MT:    Really?

FC:    Don't you think Alpha is afraid of Konaté? Alpha is very afraid of Konaté. So he got on everyone's nerves. He got on Thiam's nerves, he got - he never mentioned Konaté, not even a word about Konaté. The tiger isn't pushed around like that.

MT:    You know, at the time, the tiger [inaudible] to give me my money.

You know, Thiam had said why the multi-billionaire didn't let go of my – my lady there. He had said that.

FC:    I wasn't there.

MT:    He said that to Aboubacar… [Inaudible].

FC:    I don't know him.

MT:    I heard Thiam. I didn't know him. It's Aboubacar in fact who made it so that I heard Mahmoud Thiam.

FC:    I don't know anything about these stories.

MT:    You weren't there. That's when I traveled to Conakry.

FC:    Come on, listen, let's just hope now that this President quits being a pain in the ass and that we finish this project because we are sick of it. We must finish this project because he's really sick of it.

Ok.    Well, what are you doing these days? Are you preparing your store or what?

MT:    Yes, we go over there. Sometimes we stay the night because there are TVs, there are so many things. [inaudible]

FC:    And who financed all this?

MT:    The money that Adam had sent me.

FC:    Yes. Yes.MT: Adam's money. When I took the money from Adam - when he transferred the money, remember, he said: "but why are you waiting?" [inaudible] Every day, fish, crabs, shrimp. That works well here.

FC:    In any case it's good that you - you have no partner, you're doing it on your own.

MT:    I'm doing it on my own. I'm afraid of being with someone.

FC:    You're right. You're right. You're right.

MT:    I am alone.

32

**CONFIDENTIAL**

FC:     So is Madou helping you a little?

MT:     Yes, Madou helps me a little.

FC:     Because Madou, she knows how to do all the paperwork, all of those things.

MT:     No, in fact she has contacts here in Jacksonville.

FC:     Really?

MT:     She has a friend who's guiding me.

FC:     Okay.

MT:     She has a friend who tells me that this is good; it's all right to do that, buy that;
        don't do that, that won't work.

FC:     Okay. And you got another house or you live –

MT:     No, I live in the same house –

FC:     The same place.

        Ok, fine that's good. It's good to have done that. It's good to have done that.

        Hmmm Mamadie, Mamadie. Listen, I'll do this. I'm going to come back at the
        beginning of April.

MT:     Okay.

FC:     I'm going back for the holidays. I'm going back just for one week, ten days, and
        I'll come back to see you.

[inaudible - airport announcement].

        Are you still lacking any equipment, anything like that?

MT:     Over there? No, we made [inaudible].

FC:     And tell me, you buy all the equipment – no, not the equipment - the fruit. Where
        will you buy it from?

MT:     There is a company that deals with that.

FC:     Wholesale. Do you buy in bulk and resell in retail?

33

p. 105

284

CONFIDENTIAL

| | | |
|---|---|---|
| | MT: | Yes, yes. |
| | FC: | That's good. You're going to need some employees. |
| | MT: | I didn't have much money to build the houses [inaudible]. |
| | FC: | But you'll still have some employees? |
| | MT: | Mmm. |
| | FC: | Saleswomen, stuff like that. |
| | MT: | Yes. |
| | FC: | Ok. You told me that you had a good number – you know quite a few Guineans in Jacksonville, right? |
| | MT: | Yes. |
| | FC: | Do they work here or not? |
| | MT: | Yes but I haven't [Inaudible] |
| | FC: | Yes you told me you were trying to distance yourself from... Yes because it's trouble. |
| 1:05:00 | MT: | Yes it's trouble. I wanted to buy houses here, if ... I thought, I said if BSGR gave me some money, Beny gave me, I was going to buy houses here, because the houses here, they're good. |
| | FC: | Mm mm because the rental market is good here? |
| | MT: | Yes because if you want to get people to leave their homes, you can make them leave. [inaudible] So I think that's good. If [inaudible] I told Beny... |
| | FC: | Let me go back, let me go back, I'll look into everything and come back to tell you... |
| | MT: | But not in front of Asher, if you're going to have a private meet with Beny, with BSGR, I'm afraid, otherwise they're going to [inaudible] and I have the house there. |
| | FC: | Let me take care of it, I'm telling you and I'm telling you again that you're dealing with Frédéric and that's all that matters. |
| | MT: | I know that when you say you're going to do it, I know it's certain. |
| | FC: | You only have to deal with Frédéric, that's all. |
| | MT: | I know. The houses here are good. There are houses that even you can take and rent. |
| | FC: | Oh yeah? |
| | MT: | You take the buildings there and rent them as offices. |
| | FC: | [inaudible] So (...) she sleeps through the night now that she's older? |

34

MT: Bah. She sleeps, but before sleeping there are problems. She tosses and turns, she hits me. She puts her [inaudible] on my head. [inaudible]. What she puts me through. I smell pee. [inaudible] I don't know why they do that. Turning to the left, turning to the right.

FC: How old is she now? How long has it been?

MT: Eleven months. In April, she will be one.

FC: It went fast huh.

MT: Yes.

FC: It went fast.

MT: Yes, it went fast.

FC: Wow, how fast it went.

MT: It went fast.

FC: And the father, he's back?

MT: He's back.

FC: Does he have any problems, is he okay?

MT: No, he doesn't have a problem.

MT: [inaudible]

FC: No, but in Conakry? In Conakry – he's not going back to Conakry?

MT: No, he won't go back. It's not good.

FC: So now he's never going back.

MT: I don't know but I told him to be careful. I told him to be careful. I told him to be careful.

FC: Right. Right. You know, I told him - I've told you – a long time ago I told him to be careful. A long time ago I told him to be careful. You know he said, "I have all the military groups with me, he will not dare, people will not abandon me." They won't abandon me, they won't abandon me, you know, what are you going to do if they catch him like that and put him in prison? What will he do? He won't do anything. So uh, and the other one is bad, he's very, very bad.

So he works a little in - he's trying to sell cars, that sort of thing?

MT: Yes he's trying because he doesn't have much money.

FC: And will he continue to send vehicles here? If he manages to sell them?

MT: Yes.

35

CONFIDENTIAL

FC:     Is this a good business or no?

MT:     Yes, it is.

FC:     Because he had bought the [inaudible] cheaply. And I can't remember what other model. It was good, it was good. And (...) Is he still in the car business?

MT:     Yes, still in the car business. He doesn't have a choice.

FC:     Either way one needs to work hard. One way or another, one needs to work, eh. No one has a choice, you have to work hard.

        Well, listen... And today, what are you going to do? Are you going back there?

MT:     I'm going back there. They are going to call, he will come and get me.

FC:     Do you drive?

MT:     No I don't drive but -

FC:     There's the young man of your brother giving you a lift?

MT:     No [inaudible] to drop me off.

FC:     Okay.

MT:     But sometimes if I want to leave there, my husband may come. It depends. He takes me back to the restaurant.

FC:     Is the restaurant next to your fruit and vegetable project?

MT:     Yes. I have two stores.

FC:     Side by side

MT:     [inaudible] they're adjoining

FC:     And you're going to open an American restaurant, with hamburgers and all that?

MT:     Yes.

[Inaudible]

1:11:11   MT:     And what has become of Asher?

FC:     I don't know. I have no idea, I don't ... I don't have much contact with him. I don't have much contact. And you don't have any contact at all with, what's his name, your brother who worked with um ... mmm ... ah .. Ibrahim, you don't really have much contact with him either?

MT:     I told you that a long time ago, I no longer have contact with him.

FC:     Yes, I know.

[inaudible]

36

p. 108

MT:   The sister is dead.

FC:   Whose sister?

MT:   Ibrahíma Sory's.

FC:   What was her name?

MT:   [Adiamé]. [Adiamé].

FC:   Yes but I don't remember.

MT:   She was with me. She used to cook for me at home sometimes.

FC:   Wow. But she wasn't old.

MT:   No, she wasn't old. She was sick.

FC:   Where did she die? In Conakry ?

MT:   Yes. It affected me.

FC:   Yes, I can imagine.

MT:   She was very kind to me.

FC:   So she was also Ibrahim's sister?

MT:   Yes. She was very kind to me. [inaudible]

FC:   She was really sick. Really? And so who of the family is left in Conakry? Since your mother - your mother is no longer in Conakry either?

MT:   No, she left to [inaudible]

FC:   Because at the time she left, she left with Ahmed for England right?

MT:   Yes. I'm writing a letter to bring her here. [inaudible] she must continue so I'm going to bring her here.

FC:   Because London isn't good for her?

MT:   We're not there. You know, when you're old you want to be with your children.

FC:   That's normal.

MT:   So as not to worry. If she is with us, there will be less worry.

FC:   Of course, of course. [inaudible], even later there won't be anybody. It's not easy with the papers here, right?

MT:   Yes but when you're legal, for example when you have a company, you can.
[inaudible]

FC:   Yes, that's true.

37

**p. 109**

**CONFIDENTIAL**

MT:     It's very cold outside.

FC:     Really? I checked the forecast this morning. When I saw it was cold, I took a small jacket anyway. I was going to leave with just-

MT:     It changes, it changes here. Sometimes it's cold, sometimes it's hot. What time are you leaving?

FC:     I have a flight in the afternoon. What time is it? Early afternoon. But don't worry about me. If you have to go I'll wait here. There is no - don't worry. Don't worry about me. And we'll talk again? Tomorrow I have a flight back to France. I fly tomorrow, I arrive on Wednesday night. And on the 8th, I'll be back here. On the evening of the 8th, I arrive in Miami. I'll call you either way.

MT:     Ok ok.

FC:     And that's it. You still have the same number?

MT:     Yes, the same number.

FC:     Now when you see Frédéric, you pick up.

MT:     [Laughs] Yes, if I see Frédéric, I'll pick up. [Inaudible] I get a lot of calls.

FC:     It doesn't matter.

MT:     She hits me, she hits me, she bites my hand.

FC:     Is she going to start walking soon?

MT:     Yes yes [inaudible].

FC:     What language do you speak to her in?

MT:     I speak to her in French.

FC:     In French? That's going to be funny because she's going to learn American.

MT:     Yes.

FC:     She will be a little American.

MT:     Yes.

FC:     She is already a little American but I mean in language and all that.

MT:     Yes. Yes. If I send her to boarding school [inaudible].

FC:     It's expensive, it's expensive. Madou, is she Guinean as well?

MT:     No.

FC:     What is she?

38

CONFIDENTIAL

MT:     She is American now.

FC:     Yes but what are her origins? She's not from Guinea?

MT:     No. She's from Côte d'Ivoire.

FC:     Ah okay.

MT:     But she did a lot of [inaudible].

FC:     Was she born here?

MT:     No.

FC:     When you're born here, you have – your life is different. You see what I mean
        because you live – you are American. You know even in your way of looking at
        things, your way of life and all that, whatever your origins, whatever you are,
        you're different. You're American. It's different. I have French friends who have
        children who were born here but they are French. There is a difference with their
        children because they have the American mentality while we, we keep our
        French mentality, our Guinean mentality. Even if you speak American, it has
        nothing to do with that. That's how it is. So you'll have a little American,
        American girl.

MT:     Yeah.

FC:     Who will explain the United States to you.

MT:     Really?

FC:     Oh yes. The Americans are not the same. They don't have the same way of life as
        we do. We try – we come here, we try to be a little like them and all that. But they
        have a particular American mentality, a very particular one.

MT:     Frédéric, can I count on you?

FC:     Mamadie, you can count on me. You know, there's one thing I've always told
        you, that, at least me, you can count on me 100% on my – on my honesty, my
        frankness, to tell you everything – good and bad. I tell you the good and the bad. I
        tell you everything, I don't lie to you, I don't try to take advantage of you, I'm
        not trying to – nothing. When I can help you, I help you. When I can help you, I
        help you. You see? Um, with the means that I have, I try to help you as best I
        can. That's why I was ...

1:20:24 am      I was even upset that you disappeared like that, I was hurt, I promise you.

MT:     But because I told myself it's the same. It's the same. I was afraid. Because you
        said the decision wasn't coming from you, it came from Beny –

FC:     I didn't tell you that like that, but it doesn't matter –

MT:     I told myself, maybe Beny is angry with me –

FC:     No one is mad at anyone, no one is mad at anyone, it's just seeing this situation
        stuck and annoying everyone, that's it, but no one is mad at anyone. Why would
        anyone be mad at anyone else? That's

39

**p. 111**

**CONFIDENTIAL**

how it is. Well, listen, we're going to do anything so that things work out a bit and that's it.

You speak good English now, are you getting the hang of it?

MT: [inaudible]

FC: It's hard to understand sometimes. When you hear it on the speakers sometimes.

MT: I don't hear it.

FC: You'll have to start doing it, huh.

MT: [inaudible]

FC: Are you also going to take English lessons?

MT: I have to check if I can talk to my sister.

FC: You should take lessons. No, but even for your work and your business you have to speak a little English.

MT: Right. Right. But I won't be there. It's them who will sell.

FC: I know but hey, it's still your business. It's still your business. You must be there -

MT: Yes, it works well.

FC: That's all the cafés - Starbucks always sells. Look at that thing over there, in the morning, the Burger Kings, all that, that sells. You know, food, it always sells.

MT: Wow I didn't even know that they had that here. I thought it was the only place. I didn't know.

FC: Do you want to get something to eat?

MT: No. I said I thought it was the only location.

FC: No, look. You see?

MT: That's good.

FC: Yes, that's good.

I'm at the airport. Yes I have to go back, there are the Easter celebrations that are going to start. Then I have things to do there. [silence] Yeah.

Yes, what's his name - you know - there weren't any other warnings with his leadership that had questioned him last time before leaving. He told me once that he had been questioned by his [inaudible]

MT: He blocked his bag of rice.

40

p. 112

FC: He blocked his bag of rice. In fact, he hasn't returned since, right?

MT: No.

FC: Because he came back to Freetown. And then he came back here. So, since then he hasn't set foot in Conakry?

MT: No, no, no. Here people gain weight.

FC: Huh?

MT: Here people gain weight quickly.

FC: The problem is that, if you will, you see there you are careful with fruit and all that, but you'll see people having breakfasts, it's big stuff like this and all that. It makes you fat.

MT: It's fattening. Even me I'm trying to cut back because it's not good for the health.

FC: Of course it's not good. Of course. You know, after, when you get into this habit of eating like that when you're young, you can't undo it. If you stuff yourself like that it's terrible. For some people it's very difficult afterwards.

MT: At the time, with cholesterol, I didn't know.

FC: You have to get tested. I get tested every year, I get a blood test with everything.

MT: I thought I was seriously ill. It was when I came here now, I knew it was the oil that tired me. Because the oil used there, it wasn't good.

FC: Oh, if it's also palm oil, it's not good. You know, palm oil is not good for health. It's harmful. Okay, now, either way you're going to be eating fish and vegetables.

MT: Yes

FC: There you go, that there is the best diet.

MT: With olive oil.

FC: Olive oil is good, but not palm oil.

MT: I'm going to get going.

FC: Ok, Mamadie. We'll call each other.

   Samsung. You always have the latest phones. You like the latest phones. Always the trendy phones. Is Samsung ok? Everyone says Samsung is better than the iPhone, no?

MT: No. People say that the latest iPhone is better.

FC: Really?

41

**p. 113**

MT:     Yes.

FC:     Oh. Many people are buying it now.

MT:     Yes that's what Cissé told me, that Samsung is better. But there are others who disagree, Samsung is better -

When it's your husband who accompanies you it's not easy. [Laughs] He always [laughs] - I have to go here, I have to go here. I say, but you, you're acting like the Americans. You must accompany me.

[On the phone] Hello, [inaudible]. Can you come pick me up now? [inaudible]

FC:     He'll give us the head's up and we'll go out there. That way I'll say hello to him at the same time.

MT:     [On the phone - inaudible (foreign language)]

FC:     He's already there, no?

MT:     He told me - he's coming anyway, [inaudible] There's no time.

FC:     He's not coming to pick you up?

MT:     No, he's coming. He has no time to - when you tell him -

FC:     You told him to call you when he's outside, that way I can at least say hello.

MT:     Yes I told him that you want to say hello to him. I told him to come.

FC:     Shall we go outside then?

[Inaudible]

01:30:54     FC:     Upstairs or downstairs? Upstairs?

[Inaudible]

01:32:42     MT:     Hello? [Inaudible]

01:35:31             **END OF RECORDING**

42

p. 114

**CONFIDENTIAL**

## RECORDING OF A TELEPHONE CALL OF APRIL 10, 2013

Transcript of recording of a phone call between Frédéric Cilins ("FC") and Mamadie Touré ("MT").

---

**REFERENCES:**

**Case: 4.10.2013 Call 4**

**File: Out_mama1634_04-10-2013_043405PM.wav**

---

| | | |
|---|---|---|
| 0:00:00 | | **START OF RECORDING** |
| | FC: | Hello? |
| | MT: | Hello, good evening. |
| | FC: | Hello. Yes Mamadie. |
| | MT: | Good evening Frédéric. |
| | FC: | How are you doing? |
| | MT: | I'm fine. |
| | FC: | Good. Uhm so are we good for tomorrow? |
| | MT: | Yes, we're good for tomorrow. But - |
| | FC: | Okay. Okay. |
| | MT: | I have a problem. |
| | FC: | Yes? |
| | MT: | I just left the immigration office. So - |
| | FC: | Yeah? |
| | MT: | I don't want to talk about it now because we're supposed to see each other tomorrow. |
| | FC: | Ok. So we'll talk about it, yes. Ok. Ok. Look, tell me all about it tomorrow then. |
| | MT: | Ok. |
| | FC: | Huh? I'm - I'm coming by plane, I'm flying in tomorrow ... late morning. Or you know what? I'll call you back in a minute, I'll give you the exact arrival time. You want us to meet up as soon as I get there? |
| | MT: | Yes, because you said you were going to come. |

43

**CONFIDENTIAL**

FC:   Yes of course, of course, I'm coming. And I've got time, because if you want I can get there in the morning - wait what time is it? - I get there I think around noon, something like that, and I'm free until the evening at 9 p.m. so I've really got a lot of time.

MT:   Okay. So you're coming at noon?

FC:   Yes. Yes, yes. But from noon until evening, 9 p.m., so I've got a lot of time.

MT:   Ok. Ok, that's good. Ok.

FC:   Ok? Ok. Ok. Alright, that's good. I'll call you later. I'll give you the exact time.

MT:   Ok. Thank you.

FC:   Because I don't have the ticket with me right now. Ok, see you later. Bye.

MT:   Yeah.

FC:   Bye bye.

**0:01:46          END OF RECORDING**

44

p. 116

CONFIDENTIAL

## RECORDING OF A TELEPHONE CALL OF APRIL 11, 2013

Transcript of recording of a phone call between Frédéric Cilins ("FC") and an unidentified person ("XX").

---

**REFERENCES:**

**Case: 4.11.2013 Call 5**

**File: 305-744-6629 T-Mobile 2013-04-11 19-44-03 00108-1.wav**

---

**0:00:00**  **START OF RECORDING**

FC: Hello.

XX: Hello.

FC: Yes.

XX: Yes I'm going to try to send you some articles that I received from our friend. I'm going to try to send them to you on the [inaudible].

FC: Ok, that works, no problem. I'll keep an eye out for them.

XX: Ok?

FC: Ok.

XX: Alright, see you later.

FC: That works. See you later. Ciao. Bye.

**0:00:25**  **END OF RECORDING**

45

CONFIDENTIAL

## RECORDING OF A MEETING OF APRIL 11, 2013

Transcript of recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

**REFERENCES:**

**Case: 4.11.2013 CW Meeting with Cilins 12-2PM**

**File: 0372_001 .WAV**

| | | |
|---|---|---|
| **0:00:00** | **START OF RECORDING** | |
| | FBI: | This is special agent Vanessa [Stelli]. This is April 11th, 2013. This is going to be a consensually monitored conversation between the [CHS] and Frédéric Cilins. |
| **18:16** | FC | [From the phone of MT] Hello? |
| | MT: | [On the phone with FC] I can't find where you are. |
| | FC: | [From the phone of MT] In the room over there. In the airport. |
| | MT: | No, I can't find it. Which room? |
| | FC: | [inaudible] |
| | MT: | All right, I see you. |
| | FC: | Ah ok |
| | | |
| | MT: | Hello. |
| | FC: | How are you? |
| | MT: | I'm fine. Are you doing well? |
| | FC: | [In] good shape? |
| | MT: | Yeah. |
| | FC: | Yeah? Do you want to grab a bite? |
| | MT: | Ok. |
| | | [inaudible - music] |
| | FC: | Did Cény drop you off? |
| | MT: | Cény didn't drop me off because I told him 3 p.m. so he said he couldn't come. |

**p. 118**

**CONFIDENTIAL**

[inaudible]

MT:    That's better.

[inaudible]

FC:    Here? Do you want to sit over there? Or here, whatever you prefer. Do you prefer here?

MT:    Whatever you want.

FC:    It's all the same to me.

MT:    Ok.

FC:    So [inaudible]

What do you want to drink?

MT:    Cranberry.

FC:    Cranberry and I'll have strawberry and apple mix. [inaudible] Strawberry and orange. Thank you.

Is English difficult?

MT:    Yeah.

**21:12**    FC:    What's situation with immigration then?

MT:    You won't believe it when I tell you. I went there to get my visa. When I was there, I waited for the agent, they kept me waiting in an office. They kept me waiting for a long time. I was sitting there, asking myself what's going on? That's when I saw two people coming in, a woman and a man, and they told me they were from the FBI, that they were doing an investigation on bribes - regarding bribes for mining contracts in Guinea.

FC:    Wow.

MT:    I was sitting, I didn't know what to say.

FC:    Did they tell you it was the FBI? Did they call you there or did you go voluntarily?

MT:    It was I who went to immigration to get my visa.

FC:    You went - did you have an appointment or did you go just like that?

MT:    No! I went just like that to ask. And that's when they put me in an office.

FC:    Mmm.

MT:    I waited for a long, long, long time. I see two people coming through the door, they flashed their badges like this, saying they were from the FBI, that they're doing an investigation into bribes related to mining contracts in Guinea and asking if I have documents. I said I have no documents. They said if I refuse to speak to them, they're going to issue me a (subpoena) -

47

CONFIDENTIAL

FC:    They're going to ask you?

MT:    They're going to give me a (subpoena).

FC:    What's a (subpoena)?

MT:    I don't know, it's something like, they'll give me a (subpoena) and make me appear-

Waiter [inaudible]

FC:    Not yet.

MT:    They'll give me a (subpoena), have me appear in Court before the judge, before the grand jury in Court, testify and give all the documents to the Court.

FC:    The documents, did you tell them that you didn't have any documents?

MT:    Yes.

FC:    We must destroy them, urgently, urgently, urgently. They must be destroyed very urgently, very urgently. What I don't understand -

MT:    I think -

FC:    What I don't understand -

MT:    I think, Frédéric, you could say that the same document that [inaudible], it's the same document that the American government is looking for. I don't know what to do.

FC:    You have to destroy everything - I told you that a long time ago - don't keep anything here, especially don't keep anything here, not even a small copy and you must destroy everything, everything, everything. I have here, I brought you - well did I show you the letter that the Guinean government sent? You know they had given a mission - we have to look at what we want to order.

MT:    Ok.

FC:    What I don't understand is that they didn't call you in, and then, it's you who goes to see them and they tell you that all of a sudden. I'm very surprised by this.

MT:    Me too. I was sitting there. I didn't even know what to do.

FC:    What were they speaking, French or English?

MT:    Now, one was speaking French and the other was speaking English. Obviously, his French was a little weird.

FC:    Mmm.

25:30   MT:    [inaudible] What do I do, Frédéric? I left, I -

FC:    It's nothing. Did they give you a paper, did they give you something?

MT:    They gave me a phone number in case I need to contact them.

48

p. 120

**CONFIDENTIAL**

FC:    Let me see the number.

MT:    No, I didn't bring it with me.

FC:    Oh. You'll have to give it to me.

MT:    Look, I searched on the Internet, what is a grand jury?

FC:    ah - [he reads] "an official method of investigating..." – it's what I told you, there's one thing to do right away, it's what I told you - you say "I have nothing to do with all this," because there's even the group that's attacking, George Soros, based on all the investigations they have conducted, they have no right to do this, okay? Do you know what the problem is? In the report that I'll show you – let's order and then I'll show you everything. The problem is that Samy went to see all these people, saying uh she gave me the documents, she gave me this, she gave me that, she has proof of this and everything is in the [control tower [?]] of the American company with agents that [inaudible] us. When they told me about you, I said, but she's got nothing to do with all this, she was never involved with -

MT:    Do they know my name?

FC:    But of course, are you kidding or what? As long as Samy - when you saw Samy here - when he saw these documents, these copies, all of those things, he went to see them and he told them "Mrs. so-and-so, she has documents, she had a relationship with the such-and-such company, she had this, she was supposed to receive money ..." - Samy gave everything to those people. Samy gave them everything. They have all the copies that Samy had.

MT:    And did they mention my name?

FC:    But of course, I'll show you. Look, let's order and I'll show you. I noted everything. It's, it's ... You know there aren't fifty solutions. You have to destroy everything and deny all of this.

MT:    I don't know about all that but I'm going to order a sandwich.

FC:    Do you know what you want?

MT:    Yes. Because I don't understand everything that is in English here. I don't know what there is.

28:00    FC:    Oh oh oh. This is a very, very confidential document. Those people who led the investigation, they wrote a report. And this report, it says - it talks about everything they've reviewed and all that. This note - wait I'm going to put on my glasses [inaudible].

    What you're telling me is unbelievable. What's incredible is that they don't come to see you, and they ask you that when you go to see them. That's what's unbelievable. As if they were ready - [He begins to read the report] *"This note is covered by professional secrecy and the privileges blahblahblah ... and should not be disclosed to anyone without the express permission of its authors."* That's the company DLA, that's who led the investigations, who investigated me, right? So I'm going to - wherever there is ... Right, you see? Here, they're talking about what happened.

49

**p. 121**

**CONFIDENTIAL**

[He reads] *"Marc Struik and Asher Avidan, directors of BSGR, are staying in Guinea and meet Ibrahima Sory Touré, brother of Mamadie Touré, fourth wife of President Conté, thus gaining access to the most influential circle in Guinea."*

There are plenty of lies in all this, eh? This isn't true, right? But they, that's how they saw, they gave the report to Condé - to Alpha Condé - that's how they made the connection and everything.

*"In order to get closer to the President's family, Frédéric Cilins organizes a donation of pharmaceuticals to the Henriette Conté foundation, valued at an estimated ten thousand dollars."*

This is false. It's nonsense.

*"In the meantime Frédéric Cilins moves into the Novotel in Conakry and, acting on behalf of BSGR, develops and implements a plan to allow BSGR to acquire the rights to Simandou."*

Uh ... Well, it's full of little things like that.

[He continues to read and to say that it's "nonsense]: *"During a meeting attended by Frédéric Cilins, Roy Oron and three or four other representatives of BSGR. Oron offers President Conté a gold watch set with diamonds valued at $60,000.00. BSGR writes an uncovered check in the amount of $10 million or $7 million, according to sources, to Mamadie Touré. BSGR promises Mamadie Touré a commission worth $2.5 million, which will be paid if she succeeds in getting the company the mining rights for blocks 1 and 2 of Simandou. BSGR pays Frédéric Cilins a commission for the services rendered"*

I'm just giving you the parts where you and me are mentioned. So they're talking about uh ... Good.

*"Conté's four wives were the main actors in concluding transactions with Steinmetz [inaudible]. In the first place, Steinmetz is in contact with the President's first wife, Henriette Conté, of Susu origin. He then developed ties with Mamadie Touré, the fourth and youngest wife of the President, also of Susu origin. According to the source, Condé's – Conté's - wives were not very well organized and only had means of payment in cash, and didn't use overseas accounts. Frédéric Cilins is a Franco-Israeli national who acts as an intermediary between Steinmetz and Guinea. According to source 1, he is said to have detailed knowledge of Beny Steinmetz's activities and payments made by him and by representatives of BSGR-"*

Waiter: [inaudible]

FC:     Yes. So what do you want?

MT:    I don't know.

FC:     But what would you like? A salad?

MT:    What kind of sandwiches do they have?

p. 122

FC:     What kind of sandwiches? What would you like? Tell me what you'd like. Then I'll find it for you.

MT:    If there's chicken, something like that.

FC:     Do you have chicken with uh -

Waitress: Chicken sandwich ?

FC:     Chicken sandwich. Yeah. Make two of them please. What do you want with that?

Waitress: It comes with lettuce and tomatoes.

FC:     Yes.

Waitress: Do you want to add cheese or mushrooms?

FC:     Do you want cheese on it?

MT:    Yes

FC:     It comes with that - Yes, with cheese please.

Waitress: Cheddar? Swiss?

FC:     Cheddar.

Waitress: Cheddar.

FC:     Do you want to add coleslaw? Do you want fries, what do you want with it?

MT:    Yes, fries.

FC:     And the French fries please.

Waitress: Ok.

FC:     Ok? Both the same.

Waitress: Do you want mayonnaise, honey mustard or barbecue sauce?

FC:     Um ... Do you want sauce with it? Mayonnaise, mustard ... - Yes, mayonnaise. One with mayonnaise. Only one with mayonnaise.

Waitress: Barbecue?

FC:     No. Ok? Thank you.

Waitress: Thank you.

FC:     Ok. So.

> [He begins reading again] *"In the spring of 2008, BSGR came to Conakry with an uncovered check for $10 million which - which was refused. The source noted that it was surprising for Steinmetz to come to Conakry with such a check and given the means and that he assumed Steinmetz could find other means to make payments to Conté's wife.*

51

**p. 123**

*A classified U.S. diplomatic channel has subsequently stated that Rio Tinto had lost control of one of the world's largest deposits of iron ore after a rival had paid a pecuniary advantage of $7 million to officials in Guinea. The check used was refused for lack of funds."*

It's nonsense. This is in the official report, which was handed to the authorities, to Conté and everyone.

[He continues to read] *"A family member of one of Conté's senior officials noted that it was common knowledge that BSGR had paid Mamadie Touré $150,000 in cash for the transfer of blocks 1 and 2 of Simandou from Rio Tinto to BSGR. An official from the Guinean Ministry of Mines reported that Mamadie Touré had played a role along with Louncény Nabé, then the Minister of Mines, to facilitate the transfer of the Simandou licenses from Rio Tinto to BSGR in November 2008, before the death of President Conté."*

All this, you know, it's incredible, but that's how it is..

[He continues to read] *"Frédéric Cilins, a Franco-Israeli national, currently residing in Valleuris in France, played the role of intermediary in the transactions between Steinmetz and President Conté's wives. According to the source - a source" -* people I don't know who this is. Um ... *"with the help of Kassory Fofane, Cilins introduced Conté's wives to Steinmetz. Cilins acted as Steinmetz's advisor and was certainly associated with the Israeli secret services. The source reported that Cilins probably had detailed knowledge of Steinmetz's activities, particularly about payments made in Guinea. Cilins has ties to the Israeli Prime Minister Benyamin Netanyau and also appears to be linked with the Israeli right-wing and to the Israeli Foreign Minister Avigdor Lieberman. According to the source, Cilins proceeded to transfer funds on behalf of Steinmetz and, now, has political scores to settle with him. When questioned, Cilins provided many elements corroborating these allegations. Such elements reveal that Cilins helped BSGR to initiate and sustain the company's establishment in Guinea, pursued this goal by developing ties with the presidential family, offered many gifts to Guinean government officials, to members of the presidential family, allowed BSGR to obtain the first rights to Simandou and in exchange to compensate the company for its activities. Lansana Conté's wives. The first wife, Henriette Conté, received for her charitable foundation pharmaceuticals and supplies from Frédéric Cilins. In return she offered support to Cilins in the transactions managed by Steinmetz. According to the source, it was the fourth wife who then played a major role, Mamadie Touré Conté, originally from the prefecture of Forécariah. Also according to the source, she was the beneficiary of a $10 million check made by Steinmetz in 2008. According to other sources, she received a commission of $2.5 million for helping BSGR to acquire the Simandou rights."*

When I read you the paragraph about - what do you call him? – about, about Samy. You'll see after. You'll understand.

[He resumes reading] *"Frédéric Cilins admits that he entered into a consulting contract in 2005 through which he committed to help BSGR obtain blocks 1 and 2 of the Simandou deposit."*

Well this is all bullshit. Blahblah. *"According to Cilins' statements, the agreement required him to act alone and to use his own resources and funds by means of a payment transfer and a bonus if successful. Frédéric Cilins established a presence in Conakry and began to secure meetings with high officials of the Republic of Guinea in order to develop a plan that would allow him to achieve his goals. Among the people he met and that he would have solicited"* - blahblahblah -*"Ibrahima Kassoury Fofana. Frédéric Cilins states that he offered small amounts of money and small gifts as part of these meetings. He also states that Kassoury Fofana, who has regularly and openly received visitors in the common rooms of Novotel, was known to be playing the role of intermediary between businessmen and the family of the President of the Republic."*

I never said any of this. This is nonsense.

*"Frédéric Cilins concluded that the rights - that they could be obtained by gaining access to the family of President Lansana Conté and ultimately to the President himself. As a first step, he decided to approach the First Lady Henriette Conté"* - they keep saying the same thing, medicine and other bullshit like that. Um ... here they talk about the small car that had been given upon the signing of the contract. *"Cilins initiated the first contact with Henriette Conté and mentioned doing so during an initial interview. However, he refused to discuss the relationship - Frédéric Cilins has also refused to discuss the relationship maintained between BSGR and the fourth wife of President Conté, Mamadie Touré. However, he did acknowledge that she was properly taken care of. This relationship was developed through Mamadie's brother, Ibrahima Sory Touré, either before Cilins' arrival in Conakry, or with his help in 2005. With the consent of President Conté, Mamadie Touré became the main lobbyist for **BSGR** in the government."*

Lobbyist means that it was you who helped BSGR within the government.

So, *"Mamadie Touré promoted the interests of BSGR knowing that a substantial commission would be paid to her when the licenses would be granted. It is also likely that several payments were previously made to her. In early 2008, BSGR wrote a check to Touré which varies between $10 and $7 million according to sources. The check was refused due insufficient funds and several stories about this have spread rapidly within the Conakry community. In the late 2008, with her husband's health deteriorating, she insisted that **BSGR** put its promise to pay a commission in writing. Nine draft agreements were prepared and exchanged."* There are nine drafts. *"finally the agreement was signed by Asher Avidan on behalf of **BSGR**, which undertook to pay a $2.5 million commission if license rights were obtained. After the granting of these rights in December 2008, shortly before the death of President Conté, Mamadie Touré received the payment of her commission. Ibrahima Sory Touré, originally a journalist and helicopter pilot".*

You see, they're mixing everything up. They're saying he's a pilot - that he's a journalist and helicopter pilot. They mixing up IST and Samy. You see, it's nonsense. But the problem is that it's nonsense, but this is the official report. Um ... This... Well, there they start again – it's the same, the 7 million, the $7 million check, the $2.5 million paid ... Still the same story. So ...

53

**p. 125**

304

**CONFIDENTIAL**

Then wait, I have to find it. Here they talk about - here it is. So they continue the same stories. Um ... [inaudible]. That's when you realize that everything started there. Because when they questioned me, of course I told them that all these stories were false. Then:

*"Evidence of the settlement regarding the commission of Mamadie Touré. The evidence - the documentation about the commission consists of nine documents with BSGR header, also including a series of drafts and a project made by Asher Avidan, as well as a final sealed document in which a \$2.5 million commission was promised to Mamadie Touré for services guaranteeing the rights of Simandou. Samuel Mebiane"* - so that's Samy - "*allowed the Minister - the Minister Fofana to see these documents.*" So it's Samy who brought it to Minister Fofana.

MT:     Yes, yes.

FC:     "*The Minister, after careful consideration, deemed them - the documents - deemed them to be genuine. When asked about the source of these documents, Mebiane said he had received them from Mamadie Touré in order to keep them in a safe place. He stated that Touré*" - so you Mamadie Touré - "*insisted on the importance of these documents because her husband was dying and she was afraid of being taken advantage of by BSGR. This writing was the record of their promise. He also stated that Mamadie Touré feared BSGR, that even her physical integrity was threatened and thus had moved to the United States for safety reasons.* So supposedly you have moved to the United States because you were afraid of BSGR. Um ... "*Our preliminary investigations suggest that what Mebiane told is correct. After moving to Florida, Mamadie Touré acquired luxury real estate in an amount equal to that of the commission. Finally, some people in the Ministry - Ministry of Mines confirmed that Mamadie Touré was extremely active and had aggressively lobbied on BSGR, citing the president's name in the process, in particular during these last months of 2008. Therefore the settlement of the commission explains her care and involvement.*

MT:     [Sigh]

FC:     [He continues to read] "*In general, we have enough evidence to make a case of apparent corruption. In particular, the evidence provided by Frédéric Cilins makes possible the pursuit of a very unusual case of corruption. The evidence surrounding Mamadie Touré is also highly detrimental to BSGR because it directly involves one of its highest managers.*"

**44:09**     So the problem is that, in the first place like I told you, we must urgently, urgently, urgently destroy everything, but it's super urgent. Super urgent. And then anyway, you say - you have nothing to do with it, you have nothing to do with it, you - what's his name - Samy, you can't say he didn't come to see you. You say "of course, he came to see me but I never gave him anything whatsoever. I've never given him anything because I have nothing. He came to see me for - because the President wanted to meet me but I didn't want to have anything to do with the new President". He came to see you, because he came to ask you to go to the President, the President wanted to speak with you. There have been several people who are sending you - who come to see you so that the President can meet you, and you're afraid of him because you know he's a liar, and someone who

54

**p. 126**

is working against you, against your family, against all these things. And you have nothing to do with it. You have nothing to do with it. But it must be taken care of quickly. It must be taken care of quickly to clear you of all this. Because, besides, if you like, what happens is that as they are attacking now, you know, there's going to be ... the war will start, when I told you it's going to start, now it's going to start between everyone. Because that report is made to attack the group and to say that the group was corrupted, so Simandou will be taken from them. That's the thing. But I'm surprised at what you're telling me. It's amazing that they came. If they call you, I understand. But they didn't call you and they came to see you, this is what I don't understand. When you went there - but that's okay, just be clear with what you're saying -

MT:   But I'm afraid.

FC:   You're afraid, but listen I won't leave you. We won't leave you. Nobody is going to leave you. Okay? And what did you agree on with them?

MT:   I told them "I have no records, documents."

FC:   And when they told you "do you know BSGR? Did you do that? Did you do that? You can't say you don't know them. You say "yes it's a group, as there were fifty groups there in Conakry. You say, "Look, you know I'm a single woman, I'm young. I take care of my own business, my family, I've never dealt with anything whatsoever. I never had a role or anything. I went very rarely to the Palace when um, that's it - then another question arises. There are some who say "she was married," you have people saying "she wasn't married." Has there ever been a formal wedding ceremony with uh - with Conté? What happened exactly? Because that is very important. If you're officially married, you get into a category that is very, shall we say, dangerous, exposed because as a husband - as a married woman, wife, you get in the family. As a "friend", a friend of the family, because he had known your dad and your whole family for a long time. It's different, than as a wife. Do you see what I mean? So there's a big whole story behind it. You don't know this, but everyone is struggling to say, "she was the wife" or "she was a friend of the family". It's two things that are completely different. So according to - I don't know - if you want...

MT:   You know our law. You marry four women, and it's not even required to be official - according to our laws.

FC:   I don't know. I don't know. If you want, there are two things. There's a civil side, there's a religious side, then, is there - if you want, even the lawyers are working on it. Because all that, the whole case there is dealt with by the lawyers in Paris, by the lawyers in England who are fighting to attack, to counter this story of Alpha's. You see?

MT:   [inaudible] currently, there's a new law there, if you're with a President for five years, if the President admits that he's been with you for five years, you become one of his heirs.

FC:   Really?

CONFIDENTIAL

MT:   Do you know that?

FC:   No, I don't.

MT:   Yes.

FC:   Well, listen. I don't know about that. I don't want to tell you - if you want it's something that everyone is now talking about. By saying it's a wife, it's not a wife, how should she be considered? Because there's law, there's custom, there are various things. Then there's the side, uh, I mean the official side. There's the religious side, or the custom, which are still other things. I don't know what to say.

MT:   You know, [inaudible]. Our country has certain customs.

FC:   I know, I know, but you must know one thing. It's that, being seen as a wife, you have an additional risk. Namely, as a wife, this is what I had explained you the other time when we met Ahmed. As a wife, you have an additional responsibility of especially not meddling in the affairs. Not having to meddle in anything. Of course even less to receive any help, any commission, anything like that. It is even more risky and dangerous as a wife, than not being married. Do you see what I mean? Because if you are not married, you have the right to do business, things like that. As a wife it becomes more complicated, because if you do business, you have to prove that you haven't taken advantage of your - your relationship as a wife. Do you see what I mean? So I think that -

**50:26**   MT:   I have to - what do I have to say about that?

FC:   What -

MT:   What do I have to say about that? I have to say -

FC:   I don't know. I can't tell you that you must say that you're not the wife. I can't tell you to say that. It's for you to think, do you think you should say you're the wife, or do you think you should say that you're not the wife. You can say you were - everyone bothered you with it by saying you were a wife or you weren't. But you were just a friend of the - the President's family and your family were longtime friends and that's it.

MT:   But I can't say that because -

FC:   Then don't say it - [inaudible]

MT:   [inaudible] knows I'm the boss's wife so she could give me to the first lady so -

FC:   Look, I understand so don't lie, I'm not asking you to lie. I'm just telling you that you should think about it. Now for the rest, you have to say "look, I've always been - I bought merchandise, I had it brought here, I distributed it with the [inaudible], that was my business" - you see.

Waitress [inaudible]

56

CONFIDENTIAL

FC: Thank you. You just say, "look, look, it was my business, I was doing my job. Then, there were plenty of people who were jealous of me, who believed I was doing a lot of things, who annoyed me with BSGR, they annoyed me with all these things but I have nothing to do with it. But I have nothing to do with all that.

MT: Mmm mmm.

FC: I've never received a penny, any money at all. I know BSGR as I know all the groups that are in Guinea because Guinea is my country. But I have nothing to do with it. And Samuel Mebiane..." And you can say "Look, I have a lot of people who came to see me in relation to this case – about all these stories that are in Guinea - Samuel Mebiane came asking me to go see the President and I refused. And I refused." It was a big mistake to go see this misfortunate Samy. That's unbelievable. Who knew this Samy?

MT: If I say - I'm going to say something - I lied. I saw Samy like that, I didn't even know him.

FC: You didn't even know him?

MT: Yes, he said he was a friend of - what's his name? - of Sampil.

FC: Wow.

MT: But he - he doesn't get along with Sampil. He told me something like that.

53:50    FC: How can you not call me when you've got that? How can you not call me? Besides, these are people that you don't even know. But this is amazing. Look, in any case, it must be done urgently. That's for sure. Do you have it at home?

MT: Not at home. I hid it. You know where the records, the important stuff is kept.

FC: Where do you mean? Where are you going?

MT: For example, there are some places here where you can keep papers. And when you need them you go get them. You're the only one who has the key.

FC: Look, you absolutely, absolutely must do that. Even this afternoon, when you go back. Make sure nobody sees you and nobody knows that you're going there. Isn't there anyone else you can send in your place to destroy them?

MT: No [inaudible].

FC: Good... This is why it's important that when - in the formal proceedings to be held, of BSGR - because there will be some - if you already appear as someone - as I told you last time. As I have done myself, because you've seen now my name is everywhere in it, everywhere. As often as yours. There's my name every time - and it's even worse because I have Henriette and you. The only advantage is that by giving our statement at the same time as - I mean - the formal proceedings and saying that we have nothing to do with it, it appears officially. That is, your statement will officially appear in the thing.

57

**p. 129**

CONFIDENTIAL

Waitress: Everything good here?

FC:     Yes, thank you. This is why it is important to give this statement by saying I have nothing to do with it. You see? I didn't get a 10 million NSF check, I didn't get the 2.5 million, I have nothing to do with it. [Silence]

        Did the people seem aware of the file, when they came to see you?

MT:     No idea.

FC:     No?

MT:     I was there. I was just afraid.

FC:     Please don't mention anything on the phone. Especially don't mention anything on the phone. Nothing, nothing, nothing. And when you talk about things on the phone, be distant. They listen to everything. Care must be taken.

MT:     [inaudible]

FC:     They can listen to everything, they can listen with your phone, they can listen to everything.

MT:     Really?

FC:     Well of course they can with your phone - a phone can be tapped, huh. What do you think?

        [inaudible] Be distant. You see. Not just now. Care must be taken all the time.

MT:     Ok.

FC:     Don't mention anything.

**58:50**        Were there many documents left?

MT:     No.

FC:     We must find a place to get rid of – destroy them, destroy them completely, burn them. Well, you can't do that at home. You can do that I don't know where, but I don't know how you can do that. Is it far from here?

MT:     I can do that in my room. In the bathroom.

FC:     Is it far from here? where you have them? Is it far? Do you want us to go together?

MT:     No, I don't have the key with me.

FC:     because if you want...

MT:     but don't worry, I'll do it

        [inaudible]

58

|         | FC: | Huh? |
|---------|-----|------|
|         | MT: | It's ok. |
| **1:00:51** | FC: | Because in fact - we should speed things up. |
|         |     | Do you see what I mean? We must do that quickly now. Before, we took our time, we took our time, but - |
|         |     | [silence] |
|         | FC: | And for your visa, what did they tell you? |
|         | MT: | [inaudible] I left for home. |
|         |     | [Silence] |
|         | MT: | [inaudible] the testimony. |
|         | FC: | I have it here. [inaudible]. We'll talk about all that. |
|         |     | [Silence] |
|         |     | what a bastard this Samy, what a bastard |
|         | MT: | I never liked the [inaudible]. |
|         | FC: | Did Ahmed and - did Ahmed and Cissé tell you a bit about how it happened when we met in Miami? Did they tell you? |
|         | MT: | Yes, yes. |
|         | FC: | It was [inaudible]. |
|         | MT: | Yes. I remember it was - |
|         | FC: | ... not allowed to do [inaudible]. It was harsh when we were there |
| **1:04:28** | FC: | Did you understand what he did now with the documents? He went to see Fofana, he went to see Conté - Condé. He went to see Alpha Condé. |

And all the problems are a result of that. All the problems are a result of that. All the problems are a result of that. All the problems they're trying to - because they say if they get it back, eh [inaudible], but don't waste any time. You're in a big, big, big mess. Here in the United States it's already over. In the United States it's already over for you. They'll understand what you have and they'll throw you out. They will even prosecute you. This is serious. That's why if you had - if we had met to talk about it. The risk is very, very serious for you and for everyone. The group, the story of permits and those things. But you personally have a problem. Because these documents, if they authenticate these documents - because there are plenty of copies floating around - if there are original documents that prove it, but you're the first [inaudible]. Because it's forbidden to do that. Do you understand? That's why I told you if - you - unfortunately it's done, it's done, but it's a big mistake.

59

CONFIDENTIAL

Look, alright. What I had told you. I brought here a testimony, you'll read it, you'll look at it. I'll read it to you. Simply, it just says that you have nothing to do with it, you have nothing to do with it. There's a paragraph, I don't know, the lawyers have - if you want, as IST worked in the group and as they say that IST, being your brother, close to you, family here and there, he helped the group there, they put a paragraph above by saying that first of all IST isn't your brother, he's your half-brother. And secondly, you were in conflict. You were not very close, but rather rivals, [inaudible] Unfortunately, unfortunately - because I like it when you were friends - but unfortunately this is the truth. So you're kind of rivals. So, this was included too. Simply, the lawyers think it's good that it shows that you're not that good of friends, okay? And since you're not friends, there's no reason to - even if you wanted to help, as you weren't that good of friends with um, you have no reason to help BSGR. Do you see what I mean? So that's one thing. Tell me when you're ready. If there's anyone who can recover, I don't know if it's Cisse, who can recover 200 in Freetown, whenever you like. However, what - I've been asked to see when the documents are destroyed. That's why I asked if you wanted to go together. To see, to be 100% sure that everything is destroyed and there's nothing floating around. So if you want us to do it today, we can do it today.

MT:   But I don't have the key with me, that's the thing.

FC:   No, but if you want, you can take a taxi. I'll wait. You go - we meet. You give me a meeting plan. You go find your key. I'm waiting and we're going together. I have a flight at 9 pm, so you know I have time. I have a flight at 9 pm. That and then as I told you, time to get ready, time to get ready...

MT:   I can do it, even if you're not there. I can do it.

FC:   I know. But I was asked to see if it was done. Do you understand?

MT:   Frédéric, I can do it. If I decided to come, I left all my time.

FC:   I know. I know. Mamadie, you know - you know, you and me we understand each other by looking in your eyes, I know very well. But I was asked to do it and you know I can't lie. If I'm asked: what did you see, Frédéric, if I saw I say yes. If I didn't see I can't say yes. I can't lie. As I don't lie to you, I don't lie to anyone. You know that. You know that. So that's why I'm a little - I never thought we would be doing this alone today. That's why I even told you, if you want, if it's not finished today I'll come back Sunday. I'll be back Saturday. Because I never thought that - but right now there is - I promise you, given what you've told me - it's urgent, it's really urgent.

MT:   I'm telling you that I'll do it. [inaudible]

FC:   I agree with you.

MT:   [inaudible] I'm really sick of it.

1:09:22   FC:   I'll tell you something. By doing so, by putting the group in the proceedings to be held to fight these people, you'll be on their side. So you'll also be defended by lawyers who will say she has nothing to do with it. Look, proof aside, we went to ask her for a testimony

**CONFIDENTIAL**

saying she had nothing to do with us. She signed it. She has nothing to do with all that. All of Samuel's bullshit and all that it's nonsense. You see? Ow ow ow.

It's unfortunate that for a time, you did things – we talked all the time but you never told me all this stuff. I was a bit left outside. You left me out but that's it. But it's a shame because I would have never let you do all this. Never never never.

MT: Yeah.

FC: I would have never let you do all this. Well, it's useless to look back huh. Now it's done, it's done. This is why poor Ahmed, you know, he told me: "Frédéric you know" - when you weren't giving any news he told me: "Frédéric, you know, I hope it's all right, I hope" - have you spoken to Ahmed ever since?

MT: No.

FC: He worries a lot for you.

MT: Yeah.

FC: He worries a lot for you.

**1:11:04**   MT: But the rest of the money now, how is it going to happen? How much?

FC: I told you that there would be a million, there will be a million. You get two hundred now, and 800 as soon at the other is gone - as soon as the other. As soon as the other no longer exists, and everyone says he has a very serious cancer. It's the pancreas, I think. That he has pancreatic cancer and just a few more months to live, I don't know. I don't wish anyone's death, because I don't like wishing someone's death. But in any case, if he dies or if he goes until the end of his term. He has two more years in office. When he's gone, you get the rest.

MT: But I don't know how much.

FC: 800. Well I told you, in all, there was one million. That's one thing. When the case is closed, you should get it and you will get it. Do you see what I mean? It's two different things. What you should get, the 5 that you should get when the case is closed, if they don't throw us out.

Waitress: Are you finished?

FC: Yes, thank you.

Waitress: Are you interested in dessert?

FC: Do you want anything sweet? You want coffee, tea, do you want -

MT: No, I don't.

FC: No?

Waitress: Do you want the check?

61

**CONFIDENTIAL**

FC:   The check. Yeah, yeah we want the check and um...

MT:   Thank you.

FC:   And um... What was I saying? Yes - what you should get when - if the group is not thrown out and it - its project is confirmed, the 5 that you should get, you'll get it for sure, no problem. Moreover, some people's story, what we are discussing now, that is, instead of being one when you [inaudible], it's going to be 200 now and 800 when the other leaves. 200 now it's because I've tried. You told me try to get an amount right away, because I need for [inaudible] there. So that's why you have 200 -

MT:   But then you told me 300.

FC:   I - listen, I thought of getting 300, I got 200. I'll keep trying. 200's for sure, it's accepted. I'll still see if I can get 200-250 maybe, I'll get the most. But I got 200. You see? I'll try, I promise you I'll try.

MT:   But beside the 5, there will be nothing.

FC:   There will be the 5 and there will be 800. That will make 6 with what you have. That's one thing, it's already accepted. Depending - listen carefully to what I tell you - because I've always told you that, because I know it's like that. Depending on how it ends. If it's good for him, if we don't cut too right, left, I don't know, there will be more. I don't know how much. There will be 3, 4, 5 more, I don't know. But there will be more. And that's the communication I was given directly by number 1, I don't even want to mention his name. It's like that. Okay? And that's for sure.

**1:14:03**   MT:   Number one? Michael?

FC:   No, no.. Beny [whispering].

MT:   Ok.

FC:   Ok? Everything I tell you is directly from Beny. The other day when I tell you, I'm - I'm waiting there during the meeting, I went on a journey, I traveled to see him directly, talk face to face, and have - everything I tell you comes from him. Nobody else. All right?

MT:   I didn't know.

FC:   Nobody else. Nobody else. I purposely went to see him, to see him and discuss all this thoroughly. I always told him, I always told him. Just last week, I told him, I told Beny, I always repeated that she was - that she'll never betray you, she'll never betray you, she'll never give the documents to anyone. He told me "look", he said "look, that's fine, but I want you to go see. I want you to destroy these documents." He told me, you see, "do what you want but I want you to tell me "I saw Mamadie and the documents, it's finished, there are no more documents." And with that, I tell you, I repeat, to make it clear in your mind, you'll have the scheduled 5 in any case. You will have them, if they're not kicked off. If they're still in the project. What you will have, whatever happens, is the one million, that is 200 plus 800, you'll have that - see I've got a piece of paper just like that for [he writes on a

**p. 134**

**CONFIDENTIAL**

paper], good, ok? we'll put it like this: 1, 5 and I don't know how much. 1, 800, 200. So this [inaudible] and that, you'll have them anyway, no matter what. Even if they're kicked off, you'll have them when the old man goes. That's right away, when the old man goes. Those, that's if it's positive.

MT:   The 5?

FC:   The 5. Ok. This, it is if it's ok. If it's ok, depending on how it is, if too much isn't cut from him. Because you've seen all that they wanted to ask him, if too much isn't cut from him. It will be here. I think it will be there. It's almost certain. I don't know how much. 2, 3, 5, I don't know. But it will be there nevertheless. So, in addition, if you want, imagine, perhaps, imagine it's 5, eh I don't know, it makes a total of 11. Do you understand? That's the thing as it is. Ok? On the contrary, I assure you that, last week, it was vital, he said, "look, go, see, I want you to tell me, Frédéric, I want you to tell me you destroyed those papers. I want you to tell me." I can't ... You see?

        [inaudible]

Waitress: No change?

FC:   No change, thank you.

Waitress: Do you need the receipt?

FC:   No thank you. That's okay.

Waitress: Thank you. Have a good day.

FC:   Thank you. You too. Bye.

MT:   [inaudible]

FC:   Pardon me?

MT:   I said you have to leave a little something.

FC:   I gave, I gave. It was 30, I gave, I gave 35.

MT:   Okay.

FC:   Normally you have to give 10-20%, it's more than 35. The lady gets a tip. You know the people here work very hard. Not like in Europe, right? They work hard. You know, I have great respect for these people, because, poor people, you know it's not easy here.

        Well, what do we do Mamadie?

MT:   I have to sign the documents.

FC:   Yes but what do you want us to do for those documents over there?

MT:   I told you that I'll sign and I'll go - after - if I rest [inaudible] inside the house, in the bathroom.

63

**p. 135**

314

CONFIDENTIAL

1:18:52    FC:    How can we arrange it for me to be there when you're going to destroy them? I
have to tell him that I saw it. That's what I'm trying to explain to you. I have to
tell him I saw when she destroyed them. It's annoying to tell you this but I'm
compelled by him - it's not that I, it's not that I, it's not that I - it's in your interest
to do so. I know it, I know that it's in your interest to do so. But I have to tell him
I saw that it was done, that's what I -

MT:    But it's really - I'm sick of all this.

1:19:18    FC:    You know, I know you're sick of all this, but you can't even imagine how sick of
this I am. Did you see my name there? My name is everywhere. Everywhere,
everywhere, everywhere. That's it. That thing is 28 pages. 28 pages. That I can
tell you is - nobody knows that we have it, right? Nobody knows we have it,
because we had to pay for it.

Look, look how it is. Report concerning hmmhmm ... It's... This... The real
problem - everything started from here. The story of Samuel Mebiame.
Everything started from here.

MT:    Yeah.

FC:    Oh dear. So listen, what do you want me to do?

MT:    We will sign.

FC:    Yes, yes. I agree with you to sign, but - huh?

MT:    I say [Inaudible].

FC:    Yes, I know. Um ... That's what I showed you, this is the official thing, you
know? When they officially sent it to the Presidency. I read it to you when we
were in Freetown, remember?

MT:    Mmm mmm.

1:21:00    FC:    Here, you see, that's a testimony that I've made and the lawyer asked me to make
some changes. You see, there are - there are three pages.

MT:    Mmm mmm.

FC:    You see: *"I have never asked Ms. Touré to intervene on behalf of BSGR to
anyone, and especially to the President ..."* right, you see? Oh dear.

1:21:42    FC:    Ok, I'll read it to you.

[Silence]

[He reads a testimony] "*My name is Mamadie Touré. I am of Guinean
nationality. I lived most of my life in Guinea and today I live in the United States.
The representatives of the company BSGR came to see me and told me that the
Republic of Guinea accused them of facts in which I have been implicated. They
explained to me the facts and asked me if I would agree to say my opinion about
the matter. I agreed because - because - because what they referred to is wrong
and I want to testify today as follows. My family situation. I'm the half-sister of
Ibrahim Touré and not his sister. We have never*

64

CONFIDENTIAL

*been very close, but rather rivals. My relationship with the company BSGR. It
has been claimed that I had signed agreements with BSGR and BSGR was to pay
me commissions in return for my services in their favor. This is false. I have
never signed any agreement with BSGR either directly or through anyone
whatsoever. It has been claimed that I lobbied official leaders of Guinea, for
BSGR, so that BSGR could obtain mining rights in Guinea. I've
never lobbied Guinean officials for BSGR. I have never given instructions or
asked anyone to make decisions for BSGR. I have never been involved in the
mining business in the country. It seems to be claimed that BSGR paid me money.
This is false. I have never received money from BSGR, either directly or
indirectly. There is talk about a $7 million check that they have allegedly given
me, this never happened. It has been claimed that they gave me money in cash,
amounts of $2.5 million, this is false. They never paid me this money, or any
other money. Neither to me directly or to someone else on my behalf. In addition,
they have not promised to transfer anything whatsoever, to me, or to anyone else,
on my behalf. Finally, I would like to say that it's ridiculous that I have allegedly
moved to the United States because I'm afraid that BSGR would attack me. This
idea has never crossed my mind. I am very shocked about the facts I was exposed
to by BSGR using my name, and I have nothing to do with this company, nor with
the facts they are accused of."* That's it. Ok?

MT:     Mmm mmm.

FC:     [Inaudible] You must write Jacksonville, the date and sign. So that's it - I have a
        copy if you want.

        In fact all this says is that - which is included in the report they had - so by saying
        that all these things in the report are false. You didn't receive any money, you
        didn't receive any paid or unpaid check, or anything else.

        [Silence]

MT:     But if I remember correctly, you said that -

FC:     Pardon me?

1:28:49    MT:     If I remember correctly you told me that as long as Beny is there, he will
                   continue to give me a little more money -

FC:     When? Give you when?

MT:     You said - if he stays - as long as he stays, if he stays in Guinea he will give me a
        little money. If he stays, for as long as he stays.

FC:     If he stays, you'll get what was planned. That's what I mean.

MT:     Ok.

FC:     Here you must write [inaudible] "at Jacksonville" and it is... the 11th.

MT:     How do you spell Jackson-

FC:     Jacksonville, it's like that.

65

CONFIDENTIAL

[Silence]

[Inaudible]

1:30:21    FC:    Let me check my messages. Wait, just a second. I answer because I have children who are looking for stuff.

           [Silence]

           FC:    What was I saying? So that – shall we go make a copy there if you want one? I'll send it to you by email or there's a small office across, we can go make a copy if you want.

           MT:    Where's that?

           FC:    Across over there, I think there's a small office where you can make copies.

           MT:    Should I wait for you?

           FC:    Yes well let's go together. Let's go together.

           MT:    Where?

           FC:    There, over there. Um, in front. Where we met. Right next to it there's a small office, where we can make some copies. In the airport.

           MT:    Ok.

           FC:    Tell me, what do we do now? Because – to destroy that stuff. I'm bothering you with that, but –

           MT:    I told you, I'll do it.

           FC:    Yes but –

           MT:    What I say is more important than –

           FC:    I agree with you.

           MT:    It's more important than...

           [Silence]

1:32:30 am MT:    I wanted to call Michael. You have the number –

           FC:    Call him?

           MT:    Yes to say hello. He left me –

           FC:    Yes, I know. I told him. I told him. But do you know when it was? He left you a message when you went missing. He tried to reach you just for that.

           MT:    Yeah.

           FC:    Shall I call him now?

66

p. 138

**CONFIDENTIAL**

MT:    Yeah.

       [inaudible]

FC:    I'll put you through.

[The recording of this call also appears in the reference of the telephone recording of November 4, 2013, registered under case "4.11.2013 Call 11" and under the file: "305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav"]

       Hello? How are you? I'm fine. [pause] Yes I arrived. Everything is fine. I'll give the phone to Mamadie to say hello [inaudible].

       [FC passes the phone to Mamadie]

MT:    Hello, Michael. [pause] Okay and you? [pause] Yes yes. You called me the other day, I wanted to call you back you but you didn't leave the number. Yeah. So uh. Yes. [pause] Yes, she's fine. [pause] Yes. [pause] Yes. [pause] I will come, [pause] Yes, yes. [pause] Yes.

       But I don't have his number, what will I do if I want to call him?

FC:    Whose number?

MT:    Michael's.

FC:    I'll give it to you.

MT:    Ok. [On the phone] I'll come, I'll come, I'll call, Ok. Ok. Yeah. Bye, Thanks.

FC:    [He takes the phone] Hello? Okay, listen. Yes, yes it's okay. [pause] Yeah, yeah alright. Let's call each other back later. My flight is at 9 pm.

MT:    He wants me to go there.

FC:    Where?

MT:    I told him I'm going to [inaudible].

FC:    Go where?

MT:    To Miami.

FC:    You know, we leave at the same time.

MT:    Yes, yes.

FC:    Tuesday.

MT:    Yes

**1:35:25**    FC:    We will leave Tuesday. It bothers me, Mamadie, this story of seeing that stuff destroyed because I've been asked that so clearly that I can't - I'm not going to be able to lie.

**p. 139**

CONFIDENTIAL

MT:    Who?

FC:    You know who. There's only one person I speak to. The the the the.... the big boss. So if he says, "I want you to watch when it's destroyed," I can't lie to him. I can't lie to anybody.

MT:    So what can I do? Because I tell you I will do it. I've already signed this -

FC:    This is - sorry - this is not about signing. This is - the deal was that, the deal was to destroy it when we come back, but we must - we're here to make the copies.

       [Inaudible then silence]

FC:    Thank you. Do you have a place to put - to put this?

MT:    Mmm.

FC:    Let's fold it. Fold it like this?

MT:    Yes

       [Silence]

FC:    Now we take a taxi, I'll wait for you, you'll take your key, we go there, we destroy them and that way everything's fine.

MT:    You can't leave with me, Frédéric

FC:    Oh dear, as you like, well I don't know. I can't tell him it's done, if it's not done. That's what I - if I haven't seen, I can't tell him. I can't -

MT:    I told you, I'll do it.

FC:    I know you'll do it, because it is in your interest to do so, but do you understand what I mean? I can't tell him yes if - I can't tell him that I was there if I wasn't there. I can't lie to him. I can't lie to him.

MT:    Then, in this case I have to go home, and I'll call you.

FC:    Ok. You go there. You do it and you give me - you tell me the address where you want us to meet and uh .. You send me a message on the phone and I will take a taxi and meet you wherever you want.

MT:    Ok.

FC:    All right?

MT:    Yes

FC:    Ok. That's settled. So I will wait for your call then? I'll wait here.

MT:    Ok.

68

CONFIDENTIAL

|       | FC:   | Ok? |
|-------|-------|-----|
|       | MT:   | Thanks. |
| 1:38:57 | FC: | See you later. It will work. Don't worry. Look, I've never let you down. When you needed me, I've always been there and I'll always be there. So even in this mess, we will always walk together, because you've seen in the documents, both of us are in the same mess. |
|       | MT:   | But I don't want you to say you'll give me 5, then 5, something, okay, that is not respected. |
|       | FC:   | Do you think that – in what you have had so far, hasn't it been respected? In what you - |
|       | MT:   | It always takes time, sometimes everything changes. |
|       | FC:   | Yes - it's not that it is taking time, but look have you seen how long the case is taking? The case is also taking time. If it wasn't for Sammy's story, everything would have already been finished. |
|       | MT:   | Ok. |
|       | FC:   | Do you understand? That's what you have to understand. |
|       | MT:   | Ok. |
|       | FC:   | Ok? |
|       | MT:   | Yes |
|       | FC:   | I'll wait for your call, I'm here. |
|       | MT:   | Ok. |
|       | FC:   | See you later. |
| 1:39:44 |     | [MT hangs up on FC] |
| 1:43:05 | MT: | I need to go here. At this address. |
|       | Taxi: | [inaudible] |
|       | MT:   | Yeah. |
|       | Taxi: | [inaudible] |
|       | MT:   | Thank you. |
|       | [Car door closing] | |
|       | Taxi: | [inaudible] |
|       | MT:   | What? |
|       | Taxi: | [inaudible] |

69

**p. 141**

320

CONFIDENTIAL

[Ambient noise]

**1:51:40**

    FBI agent:    This is Special Agent Vanessa Steli. I am now ending the consensually recorded conversation.

**01:51:54**    **END OF RECORDING**

## RECORDING OF A TELEPHONE CALL OF APRIL 11, 2013

Transcript of a recording of a phone call between Frédéric Cilins ("FC") and an unidentified person ("HN").

**REFERENCES:**

    **Case: 4.11.2013 Call 12**

    **File: 305-755-6629 T-Mobile 2013-04-11 14-10-27 00093-1.Wav**

**0:00:00**    **START OF RECORDING**

    HN:    Hello?

    FC:    Yes

    PN:    Yes?

    FC:    Listen, she left, I'll see her again in a short time. So the document is done, it's signed.

    PN:    Really?

    FC:    Yes, it's done, yes. Uh,, without the husband's story, because anyway she'll never write that, that's for sure. Wait. And uh, on the contrary, when she went there to renew her documents to stay here

    PN:    huh, huh

    FC:    They kept her waiting, they kept her waiting, and there are ... there were two uh specialized service agents, who were, who began to question her, saying they were doing ... working on a case of, of, of bribery in uh her country, concerning a specific case, and this is the specific case. And they began to ask her a lot of questions, and there, with one person - the crazy thing is, she went like that without an appointment, and they kept her waiting for a very long time, and that's it.

    PN:    Ok, so what did she say?

    FC:    Well, she said the only thing she could say, that she had nothing to do with it and that this was nonsense.

**p. 142**

**CONFIDENTIAL**

p. 143

CONFIDENTIAL

PN:   Oh. And how did it end?

FC:   For the moment, like that.  For the moment, like that.

PN:   And did she get...

FC:   No, no, no. No, no, no. She's gone and I'm not telling you about her state.

PN:   I imagine. I imagine.

FC:   Ok, listen, let's not talk much on the phone, because I don't know where we are in all this. So uh, that's it.

PN:   Ok, alright. That's what should be done. Okay.

FC:   In any case, I think if you have to make some comments over there, I think you should set your phone aside.

PN:   Yes, yes. Don't worry. Okay.

FC:   I'll keep you posted later, because, well. Ok, see you later.

PN:   See you later, bye.

FC:   Ciao, ciao.

**0:02:54    END OF RECORDING**

p. 144

CONFIDENTIAL

## RECORDING OF A MEETING ON APRIL 11, 2013

Retranscription of a recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

**REFERENCES:**

> **File: 4.11.2013 CW meeting with Cilins 7.45-9PM**
> **Case file: 0372_002.WAV**

| | |
|---|---|
| **0h00m0s** | **START OF RECORDING** |
| FBI Agent: | "This is special agent Vanessa Stely. This is April 11[th], 2013. We're about to make a consensually monitored conversation with Frédéric Cilins." |
| | [Sound of footsteps] |
| MT: | [On telephone] "Yes, yes, yes." |
| | [Sounds of car, music] |
| **0h20m07s** | |
| Unidentified man: | [Inaudible] |
| | [Music, sounds of car] |
| **0h24m24s** | |
| MT: | Go. |
| Unidentified man: | Huh? |
| MT: | Go. Hello? [on the telephone] Huh? I'm on my way uh to the... Who is it? Ok, I'm on my way. The taxi driver has made a mistake, but he's turned around. So I'm on my way, yes. In how many minutes? |
| Unidentified man: | 15 minutes. |
| MT: | [On the telephone] In 15 minutes, yes. Yes. |
| | [Music, sounds of a car] |
| **0h36m00s** | |
| Unidentified man: | [Inaudible] |
| MT: | Go quickly please. |
| Unidentified man: | [Inaudible]. |

**CONFIDENTIAL**

|                   | MT:  | We were there, you took us to... I, I said "Airport", if you didn't understand, you should have asked me. |
|-------------------|------|--|

Unidentified man:     [Inaudible]

         MT:     We need to be quick. No-one is here. [On the telephone] Right, I'm here. Ok.

                 [Sound of footsteps]

**0h39m23s**   MT:     [On telephone] I left the, the document under the thing. Can you bring me it? Where are you? Are you still parked? Ok, come down, I'm on my way. Come down, give me it.

                 [Sound of footsteps]

**0h41m59s**   FC:     Hey, have you been running?

         MT:     I'm tired, yes.

         FC:     You're tired? Do you want something to drink?

         MT:     Yes.

         FC:     Well, that place over there is open. What do you want?

         MT:     Water.

         FC:     Water?

         MT:     Yes.

         FC:     Ok, if you want you can stay sitting there, I'll get you some water. Back in a minute. You want water, not fruit juice?

         MT:     No, water. That's fine. I'm tired. Thank you.

                 [Background noise]

         FC:     Do you want a glass? Hang on, I'll get a glass.

         MT:     I'm fine.

         FC:     Have you been running?

         MT:     I've been running.

**0h43m28s**   FC:     You know, as I told you, they've taken it to court, that's what I was watching. It's in English though. Don't you think you should go away for a few days, somewhere else? Do you think it's better to stay here? Your visa that you have, how long have you got left?

         MT:     [Inaudible]

         FC:     That's only if you want. Uh...Beny Steinmetz...who is going after George Soros for everything they've done. Because the document you saw, it was created at Soros' request. You see? [Inaudible]

**CONFIDENTIAL**

MT:     You're telling me to lie to the FBI but what [inaudible] are you giving me now?

FC:     But what else do you want to say? What else do you want to say? If you tell them –

MT:     Because I need something here now, I have... can I have something here, some money?

FC:     It's complicated here. It's complicated here, you know. In Freetown, OK, but here it's complicated. I need to see. I can't give you an answer straight away, but I'll have to see what I can do.

MT:     I want a guarantee. Can I speak to Michael?

FC:     But that won't change anything, it's not him. What do you want to check with Michael anyway? It won't change anything, it's not him.

MT:     I want him to give me a guarantee, if –

FC:     If what? Explain to me what you want me to understand?

MT:     If he can guarantee that I will get something here, and he gives me a guarantee for the rest –

FC:     But something here, what is that?

MT:     The thing is that I don't have anything here, I told you that –

**0h45m38s** FC:     Money here, you mean? Listen, what I can try to do first is to get 50, to get 50 here, but I'm not sure that will be possible, I can't guarantee it and no-one can guarantee it. If it's not, if I – to be 100% sure I'll need to speak to... There is only one who decides. You have to understand that, of all the people in the middle, there is no-one who can decide. There's only one, the person at the top. And he – he's the only one. When I tell you something, when I say it's 100% sure, that's because I know it's 100% sure. And no-one can tell you it's 100% sure except the guy at the top. So I don't want to lie to you. I always tell you the truth. So that's why there's no point talking to every Tom, Dick and Harry, that's useless. Now what I want to understand is, it's you here who needs a bit because you need a little breathing room, is that it? And if I manage to find you 50, is that OK? OK. I'll give you an answer tomorrow. I'll tell you – I won't go into detail, I'll say yes or no and I'll... that's all I'll tell you. OK? If that's OK I'll see how we can do it, I'll see how we can do it.

MT:     I thought that if Michael guaranteed it it would be fine.

FC:     "No but listen, I'll... How can I explain it, Michael isn't the one to make guarantees. He can't guarantee you anything; no-one can except the guy at the top. Me, I'm... I'll give you my gut feeling. I'm 60% - 70% sure it'll be a yes. That I will manage to organize it. But I can't promise anything. The only thing I can guarantee, anyway at this time I can't talk to anyone, I need to talk to just one person, it's the other guy over there. OK? So I'll find out about that. For, for over there in... what's it called... in Freetown, there, there's no problem. I know that that's fine.

MT:     But now I need -

75

**CONFIDENTIAL**

**0h47m54s** FC: Yes, I'm telling you, I'm going to take care of that, I'll give you an answer tomorrow or – yes, it should be fine for tomorrow. Unless, I don't know, unless he's travelling somewhere tomorrow, but I should manage to get an answer, by message. Ok? There you go.

MT: I'm tired.

FC: Anyway, listen, I've always said to you, I won't let you down. I won't let you down. Now, going back to the conversation we were having earlier, when you said to me, you said to me that we need to lie. Well of course we need to lie, you can't tell them... if you tell them, I swear you have to understand that, if you tell them I've received anything, from anyone, not particularly from this, but from anyone, you have a very big problem, not just a little problem, a very very big problem. You can kiss the United States goodbye. You can kiss the United States goodbye. And that's serious. So the only thing you can say, is... as you told them, at the end of your interview, they told you nothing, OK so go home that's it?

MT: Yes, yes yes.

FC: The only thing you can say to them is – you're not going to see them again anyway, or you'll go to see them again for your visa. When does your visa say it expires?

MT: In August.

FC: You have your passport, your, your...

MT: Yes. It's August. It's August.

FC: August, OK. So you don't have to worry about that until August then.

MT: It's until August 27.

FC: August 27, 2013. Well after that, did you ask them to continue with uh – or did you ask them for the investor visa?

MT: Did I what?

FC: You asked to, to, be able to go back to, uh, to stay longer. Is that what you wanted to see them about?

MT: Yes, if I wanted to...

FC: How long was the stay?

MT: Extended.

FC: Extended. Well listen, anyway, imagine that in fact you haven't done anything wrong, you hadn't received anything, you know? You went to see them about that, they asked you questions and talked garbage, saying you had done this, that and the other. You have nothing to feel guilty about; you can go back there saying, listen, what should I do with my visa, I'd like to, I need to stay here, my child is here, I'm working here, I'm making plans. That's a possibility. The second possibility is to go away for a little while, to let it all die down, go away to Sierra, let all this, this mess

76

CONFIDENTIAL

blow over... I think that it might be a good idea to go away for a while. If you could go away for a bit you could be good. And that would mean you could go there and pick up your money. Freetown is something else. Not Conakry, Freetown, there you'd be left in peace. And here, things would calm down a bit.

| | | |
|---|---|---|
| MT: | I don't think so, if they're going to come back, I don't think so. | |
| FC: | I don't know. How did you feel about it? That it was going to continue or not? | |
| MT: | Because they left afterwards. | |
| FC: | What do you mean, they left? | |
| MT: | They left, they told me to leave. They left, they told me to leave. And then I went home. | |
| FC: | Didn't they say anything else to you? | |
| MT: | No, nothing else. | |

**0h51m40s** FC: And you, you said to them "I don't even understand what you're talking about"? What exactly did you say to them? How did you answer them?

| | |
|---|---|
| MT: | I told them, I told them. |
| FC: | Did it take long? |
| MT: | I told them, I told them. |
| FC: | No, you waited a long time. But the questions, did they take a long time? |
| MT: | No, not long. |
| FC: | How long, ten minutes? |
| MT: | I didn't even pay attention to that. Because I was there, I was thinking that I had been sitting for a long time. I was there... |
| FC: | But afterwards, when they asked you the questions. Did they ask you a lot of questions, or not many? |
| MT: | Not many, Frédéric. As I told you the other morning. |
| FC: | Yes. And the questions, was it "did you receive the money"? What exactly were the questions? |
| MT: | I don't remember that any more. That's what I said to you in the morning, I don't remember. I was working. You can't even imagine, I've just come from home, I'm tired. I've had a tiring day. I've had a tiring day today. Looking for the documents at home tired me out. I'm scared. |

**0h52m50s** FC: Listen, the only thing you should be thinking about, even if they start again and try to put pressure on you, and scare you by saying things, you must always, always, always keep saying: I have nothing to do with that, I never received money, I never made contact, I have never been involved in the country's affairs. I am Guinean, I minded my own

77

business, I bought rice, I sold rice, I bought sugar, I sold sugar, but I was never involved in the country's affairs. There are ministers, there are people who do that, but I was never involved in that, what would I do there? Yes, there are people, a certain Mr. Samuel who came, supposedly because he was a friend of someone who I helped when he was in Guinea, and, uh, he came, he asked me for something. You don't talk about documents, you don't talk about papers, you don't talk about anything. You just say, this is how it is, he came to ask me to go back to the country because the President wanted to see me, to meet me. I said that I had nothing to do with the President and that I was scared of him because he's a bad person. He's a bad person, and I don't want anything to do with all that. So, uh, you know, you say I'm tired, I'm tired of people coming to see me and telling me to come, to go back to the country; I don't want to go back to the country. He hurt all the family of the former President, he hurt everything. I don't, I really don't intend to... to... to... to go back there, to the country. I'm a single woman, I've been abandoned, and I no longer want to go back to the country, that's certain. But you must stick with that, you absolutely must stick with that. But I won't let you down, you have to know that. No-one will let you down. OK? You know, you can call me. Even if you're far away. The flights are at certain times, but I will always come to help you. I will always come to help you.

| | |
|---|---|
| MT: | I'm tired. I'm tired of all that. |
| FC: | Do you have someone who you talk to a bit here? Or don't you, don't you have anyone? |
| MT: | Here, I have some family... |
| FC: | Here, I don't know. Here, I really don't know. You have Cény here, but you have, you have another sister here, don't you? |
| MT: | Yes, I have my older sister here with me. |
| FC: | Does she know all of this? |
| MT: | No, I, I haven't told them. I haven't told them. They would panic. I haven't told them. |
| FC: | They will panic, but especially if... Well, the questions should stop at you, but everyone needs to be on the same page, by saying what is this business, and things like that. The only business I have been doing is buying rice and sugar, and chicken hinds. That's it, that's all I've bought. I've bought parson's noses, sugar and flour. Why are you talking to me about this mine business? Do you really think that I know anything about mines, do you really think I know about [inaudible]. |
| MT: | It's not easy. |
| FC: | It's not easy, but it's safe. What do you want me to say to you? This Samuel business, it's... Whoever sent him to you, he has a lot to answer for. It's Sampil or I don't know who. He's made a great big mess for you, sending you this Samuel. He's really got you in big trouble, big trouble. If you had spoken to me at the time, I would have explained to you, but what am I supposed to say? What am I supposed to say? OK, listen, we'll get rid of all this mess, we'll... do, uh, everything it takes to protect you as much as possible. But you, anyway, you need to stick with this course of action. That's for sure. |

CONFIDENTIAL

|          | MT: | But when are you coming back? |
|----------|-----|-------------------------------|
|          | FC: | When I need to. |
| **0h57m08s** | MT: | OK, because I haven't been able to get everything together on my own. |
|          | FC: | Oh? |
|          | MT: | Yes. The place where I was supposed to get the others was closed, but as you've already told me, I have everything which is in the house, photocopies and whatnot, I have everything. |
|          | FC: | The photocopies don't matter, I don't need photocopies. All the photocopies, we should get rid of them. |
|          | MT: | As you... |
|          | FC: | [He goes through the documents] This, this isn't a big deal. This, we don't give a shit about. |
|          | MT: | As you told me to photocopy the originals... I think I'll take that back, I can pick up the rest tomorrow. |
|          | FC: | You know, I can come back on Sunday. I can come back on Saturday, whenever you want. It's up to you. |
|          | MT: | OK. |
|          | FC: | But this, these are all photocopies. |
|          | MT: | Yes. No, not all of them are photocopies. |
|          | FC: | That and that, they aren't photocopies. |
|          | MT: | But that one, I gave that one though, sent it... I sent that, the original of that... I sent the original of that. |
|          | FC: | All this. I'll destroy it, don't worry. I can't destroy it here, at the airport. But as soon as I arrive, I have a shredder, I'll destroy it all. But tell me, uh – |
|          | MT: | We can do it here. |
|          | FC: | But where? In the airport? Where do you want to destroy it in here? |
|          | MT: | They have a machine for shredding. |
|          | FC: | But the office is closed. The office is closed, it's too late now. What is... the thing about that is... Well, they're only photocopies. |
|          | MT: | Yes. |
|          | FC: | You see that. All those, they are documents which, they are photocopies... |
|          | MT: | But I sent that. The original of that. |
|          | FC: | Whom to? |

p. 151

CONFIDENTIAL

| MT: | I sent it, under... the letter... Yes, I sent it, I mailed it. |
|---|---|
| FC: | But who to? |
| MT: | I sent it to Michael. |
| FC: | Mailed? |
| MT: | Yes. |
| FC: | OK, listen, I'll look at all that, properly, and I'll destroy all of that anyway, and call me when you have the other things. Call me if it's Saturday or Sunday. Check tomorrow – what day is it today, Thursday? |
| MT: | Mm hmm. |
| FC: | Uh, Thursday, well I don't know, I can come back on Saturday, I can come back on Sunday, as you like. All that, it's just, all that is just papers in Freetown with Michael. That's Freetown. That's Freetown. All that, that's Freetown. That's Freetown. |
| MT: | I was tired when I was looking for that. [Inaudible], she takes papers and throws them around. You know, she's starting to walk. |
| FC: | This one isn't important. If you like, it's the declaration we made, but no-one has used it anyway. You can even keep it if you like. Because it's the declaration that we made at the time, but no-one has used it. |
| MT: | OK. |
| FC: | Hang on, hang on. Don't touch. I'm just going to look at the end of that one. |
| MT: | I sent the original of that one. |
| FC: | Did you send it or did you give it to Michael and...? |
| MT: | I sent it, I mailed it. |
| FC: | By mail? |
| MT: | Mm hmm. |
| FC: | That too. That's another, that's another, uh... All of that, it's practically all, uh, what's it called... except that one. |
| MT: | When I get home I'll burn all of that. |
| FC: | Huh? |
| MT: | I can burn all of that. |
| FC: | Yes, you can, if you like. It doesn't matter. Those, they are just things. It's your declaration so it doesn't matter, you can... you can keep it, you can burn it, as you like. But... |
| MT: | I sent the original of that one. |

p. 152

CONFIDENTIAL

| FC: | February 27 and 28 [inaudible] |
| MT: | Original. It's the same thing, the original of that one was sent. |
| FC: | So those are the same. That one is... |
| MT: | It's the same thing. |
| FC: | That one is the same thing again. |
| MT: | Yes. |
| FC: | They are all the same thing. |
| MT: | It's the same thing. |
| FC: | Anyway, all of that, I'll... You say you already sent that one? |
| MT: | I sent it. |
| **1h02m20s** FC: | So who did you send it to? Do you want to keep that or destroy it? It's up to you, it's not needed, it was the declaration which you know we made a long time ago, which you made a long time ago, in April. |
| MT: | Mm. All of that is the same thing. |
| FC: | All of that is the same. |
| MT: | So far it's all the same thing. |
| FC: | In fact, we'll destroy all of that. But if you like, even that, it's a document which says... All that, I'll take it, I'll destroy it. But that's useless because it's just photocopies. But we'll destroy it. |
| MT: | I'll destroy it. |
| FC: | No, no, no. I'll destroy it. |
| MT: | Because you told me. |
| FC: | Yes, no, but I'll destroy all of that anyway. I'll take it and destroy it all. At least I know that there is no... nothing left hanging around. But, uh, on Saturday I'll come back, that way I'll have the answer at the same time. |
| MT: | Saturday? |
| FC: | Saturday, is that ok? What do you want? It's the day after tomorrow. |
| MT: | Saturday isn't a working day. |
| FC: | Yes but, there is no work, but you... When are you going to get the documents back? |
| MT: | On Saturday there is... |
| FC: | Saturday or Sunday? |

81

CONFIDENTIAL

|        | MT: | I'll call you. |
|--------|-----|----------------|
|        | FC: | You'll call me? |
|        | MT: | Yes. |
|        | FC: | Let me know whether it's Saturday or Sunday. And what about the other documents? I'll destroy that. Do you prefer Saturday or Sunday? |
|        | MT: | I'll call you, when I... |
| 1h04m23s | FC: | Do you... you know. What documents have you got left? Because the originals should stay, because there, there aren't any originals. |
|        | MT: | Yes, there are some originals. |
|        | FC: | Yes, there is just one. There is just one, and what's more, it's not the most important. |
|        | MT: | Because I made, I made him go back home to put, put on that. So by the time I started at home, I found that. I said to myself that home is important. |
| 1h04m52s | FC: | Of course home is important. Isn't there anything else at home? |
|        | MT: | No, no. There's nothing else. |
|        | FC: | OK. And have a look in the place where you put the other things. Let me know. Can you go there any day? |
|        | MT: | Yes, I can go. |
|        | FC: | If you like, see if Saturday is good for you, and I'll come. |
|        | MT: | I'll call you. I'll call you. It was hard to look because I was scared. And the little one is a pain. When you put papers down, she takes them and throws them somewhere else. As soon as I arrive I'll have to sort it out. |
|        | FC: | Listen, think about whether it's OK for you to go to Freetown for a while. Think about it a bit, we'll talk about it again on Saturday. |
|        | MT: | OK, I think that's a good idea. I think. |
|        | FC: | I think it's a good idea too, to go away for a bit. |
|        | MT: | I'll think about it. I've been tired since this morning. |
|        | FC: | Yes, I know you're tired, but... |
|        | MT: | I haven't eaten anything since this morning, I'm hungry. |
|        | FC: | Do you want to eat something? |
|        | MT: | No, when I get home. |

p. 154

**CONFIDENTIAL**

|  |  |  |
|---|---|---|
| | FC: | You know, the problem is that this puts incredible pressure on you, I know. I know very well. I'm going to have to go... |
| | MT: | What time is it? |
| | FC: | It's at 9, but it's a bit late. So, uh, I'll go and look. Hang on, don't go anywhere, I'll have a look... |
| | MT: | OK. |
| **1h06m27s** | FC: | I don't want to miss it, because afterwards there aren't any more planes until tomorrow. This really does put pressure on us. Anyway, let's stay calm. Let's stay calm, we'll organize it properly. We'll see each other on Saturday. If it's OK for Saturday, we'll call each other on Saturday, let me know if Saturday is good for you... |
| | MT: | OK. |
| | FC: | And then, uh, think a bit about whether it's a good idea to spend some time in Freetown. |
| | MT: | OK. |
| | FC: | Maybe it would be good to spend some time in Freetown, uh, that's all. Or anyway, to avoid going to immigration for the time being, to avoid going there. Are you still at home where you were before? Or do you live somewhere else now? |
| | MT: | No, I'm at home... |
| | FC: | The house where Sény is now? |
| | MT: | Yes. I wanted to move out though, because there are too many of us living there. And it's annoying. It's annoying. It's not easy, Frédéric. It's not easy. |
| | FC: | I know it's not easy. Listen, uh, I tell you what. Shall we speak on the phone tomorrow? |
| | MT: | Yes. |
| | FC: | I'll have a look at how best I can organize this. I'll give you the answers. And there you have it. |
| **1h08m04s** | MT: | But what are we going to do for the 800 and the rest, and the rest? |
| | FC: | You'll get it. That's for sure. But you know, it's not maybe, it's 100%. |
| | MT: | But as you said, a lawyer was going to do it. |
| | FC: | Yes, well a lawyer... But the problem is that who is going to want to deal with the paperwork from lawyers now? You know, with everything that's going on everywhere, all the things, it's... You know, all the things I told you were going to happen, when I tell you it's 100% sure, it's 100% sure. You can believe me, you can trust me I think. You... when I say it will happen, it will happen. There is no... it's not a maybe. Do you understand? |
| | MT: | I know that. |

**p. 155**

CONFIDENTIAL

|       |                                                                                                                                                                                                     |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| FC:   | So I assure you, there is no need to worry about that. What is important is that we get out of this period we're in now, this period of tension. Do you agree? I have to run, otherwise I'm going to miss my plane. Uh. I, shall we speak tomorrow? |
| MT:   | Yes. Yes.                                                                                                                                                                                            |
| FC:   | OK. Right, don't worry, everything is going to be fine.                                                                                                                                              |
| MT:   | I'm still worried though. It's not...                                                                                                                                                                |
| FC;   | I know... I know, I know very well that you have worries. I know very well. But don't... don't worry, it'll be OK, and uh... I... we'll speak, we'll speak tomorrow about Saturday, OK?              |
| MT:   | OK.                                                                                                                                                                                                  |
| FC:   | We'll speak tomorrow about Saturday. And that's it. OK?                                                                                                                                              |
| MT:   | Yes.                                                                                                                                                                                                 |
| FC:   | Get home safely. What time should I call you? Are you going to call me, or do you want me to call you?                                                                                               |
| MT:   | Can you call me?                                                                                                                                                                                     |
| FC:   | I'll call you during the morning or at the end of the morning, OK? Right, that's fine then. Get home safely.                                                                                         |
| MT:   | Yes. Hello? [On the telephone] yes...                                                                                                                                                                |
|       | [Sound of footsteps, loudspeaker announcements]                                                                                                                                                      |

**1h14m**

| Unidentified woman: | Hi                                             |
|---------------------|------------------------------------------------|
| MT:                 | Hi.                                            |
|                     | [Music]                                        |
| MT:                 | At the hotel.                                  |
|                     | [Sounds of car, music]                         |
| MT:                 | I'm here, at the hotel.                        |
|                     | [Sound of a door]                              |
| MT:                 | [On the telephone] Can you tell them I'm here? |
| Unidentified woman: | OK, they are on their way and so am I.         |
|                     | [Sound of footsteps]                           |
| **1h19m07s**        | **END OF RECORDING.**                          |

84

p. 156

335

**CONFIDENTIAL**

## RECORDING OF A TELEPHONE CALL ON APRIL 11, 2013

Retranscription of a recording of a telephone call between an unidentified man ("XX"), Frédéric Cilins ("FC") and Mamadie Touré ("MT").

___

**REFERENCES:**

    **File: 4.11.2013 Call 11**

    **Case file: 305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav**

___

| | | |
|---|---|---|
| **0h00m0s** | | **START OF RECORDING** |
| | XX: | Hello? |
| | FC: | Hello. Is everything OK? |
| | XX: | Yes. How are you? |
| | FC: | Everything's fine, everything's fine. I'm fine. I'm fine. |
| | XX: | Did you have a good trip? |
| | FC: | Yes, I arrived safely. Everything's fine. Everything's fine. I'll put Mamadie on to say hello. |
| | XX: | Ah OK. |
| | MT: | Hello, Mika? |
| | XX: | How are you Mamadie? |
| | MT: | Fine, and you? |
| | XX: | I'm fine, I'm fine, very well. It's been a while. |
| | MT: | Yes, yes. You called me one time. You'll remember, but I didn't write down the number. |
| | XX: | Yes, how's the little one? |
| | MT: | Yes, she's fine yes. |
| | XX: | Is she OK? |
| | MT: | Yes, yes. |
| | XX: | Very good. And you? Is everything OK? Aren't you coming to visit us in Miami? |
| | MT: | I will come. Yes. |
| | XX: | You want to come? That's good, that's good. You can come and see us for a bit to relax. |
| | MT: | Yes. But I don't have your number, how can I? I don't have Michael's number. |

85

**p. 157**

**CONFIDENTIAL**

| | |
|---|---|
| FC: | Yes, I'll give you it. |
| MT: | OK. I'll come. I'll come, I'll call you. |
| XX: | OK. Come, come, come here for a bit. |
| MT: | OK. |
| XX: | OK. See you soon. |
| MT: | Yes, yes. Thank you. |
| FC: | Hello. |
| XX: | Yes. Is everything OK? |
| FC: | Yes, yes I'm fine, I'm fine. |
| XX: | You're fine? Ah well. |
| FC: | Yes, yes. Let's call each other later then. |
| XX: | OK. |
| FC: | I've got my plane at 9pm anyway, so... |
| XX: | At 9pm? Ok. Call me back afterwards. |
| FC: | Ok, speak to you later. |
| XX: | Speak to you later. |
| FC: | Ciao, ciao. |
| **0h01m42s** | **END OF RECORDING** |

86

p. 158

**CONFIDENTIAL**

## RECORDING OF A TELEPHONE CALL ON APRIL 11, 2013

Retranscription of a recording of a telephone call between Frédéric Cilins ("FC") and an unidentified man ("UM").

---

**REFERENCES:**

**File: 4.11.2013 Call 10**

**Case file: 305-744-6629 T-Mobile 2013-04-11 21-19-46 00110-1.wav**

---

| 0h00m0s | | **START OF RECORDING** |
|---|---|---|
| | UM: | Hello? |
| | FC: | Yes. |
| | UM: | Yes. |
| | FC: | I'm waiting, I'm still waiting for the flight. Uh... I'll be back Saturday now, because not everything was, was there, I'm going to have to come back. |
| | UM: | Oh? |
| | FC: | Yes. Because it wasn't in the same place, well, I don't know. I'll tell you. Right. |
| | UM: | But... but [inaudible] |
| | FC: | What? |
| | UM: | But has she agreed to give everything? |
| | FC: | Yes, that's sorted out. It's already sorted out. |
| | UM: | Really? |
| | FC: | Yes, yes. What was there, I already have. And... |
| | UM: | OK. |
| | FC: | And the rest, uh, I, I... it'll be Saturday. |
| | UM: | That's good, that's good... but I think that... what needs to be done is, he needs to leave. |
| | FC: | Yes, but that's planned. That should be planned. |
| | UM: | The best... the best thing to do, is... is for him to leave, and then come back. Afterwards he won't have any problem coming back. |
| | FC: | Yes, yes, yes. |
| | UM: | I don't know, 180 days. |

**CONFIDENTIAL**

FC:      Oh no, it's not a question of days here, it's a question of dates, because there is... the... it's, its...

UM:      Has it expired?

FC:      No, no... it hasn't expired yet... but it's until... the end of August. So afterwards, that's exactly why, because after that it... it's over. It's not exactly like us, it's a different thing. I don't know how it works. It's not a question of 180, that's something else. It's not like us. I don't know how it works, but anyway. Ok, listen, we'll look at that, we'll talk about it tomorrow.

UM:      OK. Well listen, tomorrow when you're ready, give me a call. We'll see each other, we'll go and have a coffee, something like that...

FC:      Well anyway, I'm ready in the morning, you know. I don't know, I'll call you. Send me a text when you wake up, let me know. I'll be ready from 7am or 7:30am, at the latest, I'll be awake. OK?

UM:      OK. Have a good flight. See you tomorrow, ciao. Bye.

FC:      See you tomorrow, ciao, ciao.

**0h02m33s**      **END OF RECORDING**

88

p. 160

339

CONFIDENTIAL

## RECORDING OF A MEETING ON APRIL 14, 2013

Retranscription of a recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

**REFERENCES:**

File: 4.14.2013. CW meeting with Cilins

Case file: 1_0372_001.WAV

| 0h00m0s | START OF RECORDING |
|---|---|
| FBI Agent: | "Special Agent Antonio Roberson, Sunday April 14th, at approximately 2.35pm on a Sunday, a consensual monitoring between CHS and Fréd Cilins is going to take place here at Tampa International Airport. Jacksonville Airport. |
| | [Sound of footsteps] |
| | [Sound of car] |
| Unidentified man: | To the airport, yeah? |
| MT: | Mm hmm. |
| | [Sounds of car, music] |
| Unidentified man: | Will you call me? |
| MT: | [Inaudible] |
| Unidentified man: | Yeah, yeah. |
| MT: | Don't go anywhere. |
| | [Sounds of footsteps, loudspeaker announcements at the airport] |
| 0h07m09s MT: | How are you? |
| FC: | How are you? Yes, I'm fed up, it's an hour late, because, I don't know, it started to go to take off, it came back, there was a mechanical problem. They've been fiddling with it... how are you? |
| MT: | I'm fine. |
| FC: | Are you doing OK? |
| MT: | Yes. |
| FC: | I haven't even eaten a thing. Let's sit down, have a bite to eat. Have you eaten? |

89

| | |
|---|---|
| MT: | No. |
| FC: | Ok, so let's have a bite to eat. It's not very nice, but that's all there is. |
| FC: | Have we had any news on anything? |
| MT: | No. |
| FC: | How's the little one? |
| MT: | She's fine, yes. |
| FC: | She's just a little girl... has her stomach bug cleared up? |
| MT: | Yes. |
| FC: | Do you know that as of yesterday I'm a grandfather? |
| MT: | Really? |
| FC: | Yes, that's it now. My daughter gave birth. It was unexpected. It was supposed to come at the start of May, but because she had high blood pressure she went to the hospital. They had a look. The baby was almost three kilos, they said [inaudible]. Because she went back, they had to do a cesarean. |
| MT: | Yes. |
| FC: | There you go. The family is getting bigger. |
| MT: | Yes. |
| | [Background noise] |
| FC: | Let's sit here, shall we? |
| MT: | OK. |
| FC: | Go on, I'll let you sit down. Well, everything has, everything has turned to... to war, with the others. I don't know if you've seen the news, but, uh, there are, they have... the group has attacked. Soros has attacked all those people, for doing investigations, for doing all of these things, and saying that's that. And also, it's a bit more complicated, there were other companies involved, which were consulting companies for BSGR, which in fact were actually handled by Soros. So, uh, a whole load of things like that, so, uh, there are, they are being prosecuted for all that. So have you thought about travelling? |
| **0h10m46s** MT: | I'm looking at that, I'm thinking about it. But for the moment, before we talk, I need the money we were talking about. I need the money now because I don't have anything. |
| FC: | OK. So this is how it is: in Sierra you'll pick up 200. Here, the day before yesterday, I got 20,000. That's all I was able to... I don't have anything else. But what I can do to help you as well, is if you have to take the plane, I can buy your plane ticket if you have to travel to Sierra Leone. |
| MT: | But how will that work, for the 20,000? |

90

**CONFIDENTIAL**

FC:     I've got it here, I travelled with it. You know, I don't like that much, but I travelled
        with it. You know, in two days, it's all I could get, manage to get to give you
        something to live on.

MT:     OK.

FC:     OK? I told you, I did my best.

MT:     OK.

FC:     I told you I did my best. Have a look if you want. How... explain to me what you're
        going to do with your project when you leave. Is Mado going to take care of it?

MT:     Yes. But I need to send more money, because that's not enough.

FC:     That's not enough?

MT:     Yes. The whole project, the whole project is more like 700.

FC:     700 thousand?

MT:     750, yes.

FC:     Where? Here?

MT:     Yes.

FC:     But why did you start a project for 700, if you don't have 700?

MT:     I don't have the full 700, but I have a bit in the account.

FC:     Yes.

MT:     Because for the market, I know that it will open in April. End of April. Because in
        May, we're going to open the market. So it's for the restaurant that I'm stuck, I
        need...

FC:     So for the market it's OK?

MT:     Yes, it will open in May.

FC:     What, the restaurant?

MT:     No, the...

FC:     The market?

MT:     Yes.

FC:     But is it OK?

MT:     Yes, it's OK.

FC:     That's OK. And for the restaurant?

MT:     It's the restaurant that's holding me back. I need something.

91

**CONFIDENTIAL**

| | | |
|---|---|---|
| FC: | Yes but where do you think I'm going to find something? Something, how much is this something? | |
| MT: | A bit of money to add to it, to what I've got in my account. | |
| FC: | Yes, but what do you mean by a bit of money to add to what you've got in your account? | |
| MT: | Even if I have 400, that's OK. | |
| FC: | But I'm not going to be able to find 400, Mamadie. You know, why do you get yourself into projects like that, when you don't have enough beforehand? You can't get involved with projects if you don't have the necessary funds for it. How do you do that? | |
| MT: | You know, we started, and I thought it would be enough. I didn't know that there was this, that and the other. There are licenses, all that to buy and then that happened. And then you have to pay the workers, you need six months of salary. | |
| FC: | Ah yes, I agree with you. But I don't have a solution. I don't have a solution. Right now, I don't have a solution. I'm telling you… | |
| MT: | No, it's not for right now. We'll wait for the market to start. Afterwards we'll do it for the restaurant. We'll wait for the market to open. Afterwards, we'll sign the contract for the restaurant too, that's how it is… | |
| FC: | Listen, uh… I'm going to have a Caesar salad with chicken and that's all. Do you want a hand? What do you want? | |
| MT: | A sandwich. A sandwich. | |
| FC: | A sandwich, how do you want it? Grilled sandwich with chicken, like last time? Or corn with fish? | |

| | | |
|---|---|---|
| **15m00s** | MT: | Like last time. Can you give me the 20,000? |
| | FC: | It's in an envelope, I'll give you it later. I managed to get it. So you're having a chicken sandwich. And what do you… when do you think you'll be travelling? |
| | MT: | Like you… what do you think? |
| | FC: | I think that, I think that during the trial which has started with Soros and everyone, it would be good to leave. It's better to leave for a while. It's better to leave, that way, you'll be left in peace, they won't come and ask you questions… and that's that. If – you never know – knock on wood – but if we find out that they are coming to see you and ask you questions, you must do everything that I'm telling you. |
| | MT: | How? |
| | FC: | Say that you have nothing to do with all that. That you have nothing to do with all that… |
| A waitress: | | Hello, would you like something to drink? |
| | FC: | Hmm, what do you want to drink? Cranberry juice and then one grilled chicken sandwich and a Caesar salad with chicken. |

92

A waitress:     Anything to drink for you?

FC:     No, nothing.

A waitress:     No water?

FC:     No water. Thank you. Uh, if they ever, what's it, have something to say, you have nothing to do with all that. That's for sure. Even if they say, "we know..." or if they tell you, tell you tales, or lie to you, they say to you "oh yes but we already know, you have to admit it..." even if they say, you know like the old guy, "don't worry, I'll protect you, I'll be there, you can tell me, you can tell me, I'll protect you". You tell them "that's all bullshit". And it's even the opposite, you can say like I told you the other time, "that old guy, he kept on sending people to ask me to come back, and I'm scared of going back to the country. I don't want to go back to the country because I'm not at ease there." It's... on the paper we filled out the other day, on the certificate, maybe we should even have added something there to say, not only did you come to the United States because you were scared of BSGR, but it wasn't at all that you were scared of BSGR, it's because here and there, you had things, and that you're scared to come and see him. Maybe we should have put that. So it's up to you, if you want to leave at the start of the week, uh... I don't know. If I were you, I'd leave straight away, I wouldn't wait, that's why I'm asking you if you need – look at plane tickets, and let me know. But I can't tell you when. If I were you, I would leave next week. At the start of next week, I would leave. Because [inaudible] in Freetown you'll be in peace. In Freetown, no-one is going to bother you, and also the good thing is that when you're there, I can arrange for you to pick up what you need to pick up (...). I don't know, is Cissé there?

MT:     Yes.

FC:     OK, if you want, send Cissé, maybe. Either you or Cissé, that way we're sorted.

MT:     OK.

FC:     So, uh, I'll let you look at the tickets, with Mado?

MT:     OK.

FC:     And we'll look at that... you look at that tonight, if you want. Call me tonight, call me tomorrow. And we'll look at that. I'm taking the plane on Tuesday, I'm going back to France.

MT:     OK.

FC:     OK. Have you found... have you got all the papers out?

MT:     Yes, but... I've got all the papers out, but I was waiting for you to be there to uh... with what I asked you for.

FC:     Yes. Yes, yes. No, but the envelope you've got there, is that it?

MT:     Yes, that's it, yes.

FC:     Can we look?

93

**CONFIDENTIAL**

MT:   Not before you give me the money Frédéric. And we said 50. You've brought me...

FC:   No, no, no. Firstly, that's a bonus. The deal we had. You know I don't change.

MT:   Yes but you have changed, we said 50, you've brought me...

**20m00s**   FC:   No, no, no. Listen, listen. I said, the deal. Listen to what I said to you, and I'll say it again. The deal is 200 now. You'll get that. And 800... just wait, wait, I'll do my best.

MT:   You said 50?

FC:   Do you think I'm a magician and I can just find money straight away? I've just come from France, do you think I'm walking around with 50,000 dollars? But that wasn't part of the deal. That's not even deducted from the 800, it's just extra to help you out. So it's not in the deal, that has nothing to do with it. It has nothing to do with the documents. Nothing to do with the documents, it's just extra to help you. Do you know that? So don't say to me, well firstly, you haven't brought the 50, you've brought 20, that has nothing to do with anything, it's just... even the plane ticket has nothing to do with the documents. The deal with the documents and the certificate is what I told you: we destroy all the documents, you get 200 and then 800 which are for you, whatever happens. Whatever happens, you have 1 million for you. Whatever happens, 200 now, 800 later. That's the deal with the documents, nothing else. It's not 50 or 20. Do you know that? No?

MT:   No, I thought that you were going to deduct the 50...

FC:   I'm not going to deduct it, even this 20, I'm not going to deduct it.

MT:   So who's giving me the 20?

FC:   Who's giving you the 20? For the moment Frédéric is giving you the 20. I went to get it from some co – that's why I'm telling you, you know, look – I'm not telling you lies, you see? I went to get it from, from – from three different people, with envelopes from the bank, you see, in three envelopes. So for the moment, the 20, it's only Frédéric who is giving you it, no-one else. How am I supposed to, how am I supposed to get someone to send me 20,000 in 2 days out of nowhere? I'm not associated with the United States, I don't walk around with 50,000 dollars on me, not even 20,000. Not even 20,000. Here. You understand. So that, if you like, it's something extra. What I gave you –

MT:   So it's on top of the 1 million and then the 20,000 and then BSR.

FC:   That's right.

MT:   It's in addition...

FC:   What I gave you the other time in... What's it called... What I gave you the other time in... oh dear... Freetown.

MT:   The five thousand?

FC:   Yes, the five thousand, and then I can't remember what, that's all extra. No-one is deducting them from anything. So you know, when I tell you

94

**p. 166**

**CONFIDENTIAL**

that we're doing everything we can to help you, you have to understand that we are doing everything we can to help you. I'm not deducting it from anywhere, you see? I'm not deducting it from anywhere, it's just to help you. There you go. Well, I hope you understand that we are here to help you. Do you?

MT:    I understand.

FC:    But do you understand and agree, or you understand but you don't really agree?

MT:    I understand but I thought you were going to bring 50 because... uh...

FC:    Because I didn't know how much I was going to be able to pick up. I didn't know. I'm telling you, I'm doing my best. The only thing I can offer, on top, and again, it's not, it's not going to be deducted from anything, is to buy your plane tickets, if you like. What can I say, I'm doing all I can. I'm doing all I can. Oh dear. All of this, it isn't easy. You know, I understand that you need help. I understand. But, you know, look at the long term, who is always there to support you and who isn't there to support you, and you will soon see the difference. You will soon see the difference. But then I can't get involved in your things. You decide to launch a project, to set up a restaurant and all that, and then you need 400 thousand, how am I supposed to find 400 thousand for you? It's not easy. It's not easy, and you should have thought of that before. Well, the good thing is, in April or May you'll be able to open the other one no problem. That's good, it will start to make money, won't it?

MT:    Yes.

FC:    Dear me. Anyway, is everything there in the documents. There's nothing left? Can you show me please?

MT:    Let's finish eating. I'll just show you...

FC:    No, it's just to see what's there, because there has been such chaos with documents everywhere... dear me. And you had three things, you said? You had fruit and vegetables, and you had fish too. That's at the same time as the fruit and vegetables? Is it at the same time as the market?

MT:    Yes.

FC:    So there are two shops? One shop with the market, with the fruit and vegetables and fish, and a shop for the restaurant. That's good. Who gave you the idea?

MT:    I contacted a lot of people.

FC:    Yeah.

MT:    Because when I'm there, no-one gives me money, to buy what I want to eat. So I thought, why don't I take some money and then invest in something. So I contacted a lot of people. They told me to set up the fish market and then the restaurant. Because we need to eat every day. They told me that the start isn't easy, but in the future it will be easier.

**CONFIDENTIAL**

| | |
|---|---|
| FC: | And is it in a good location? |
| MT: | Yes. |
| FC: | Are you in the town center? |
| MT: | It's an area where there isn't already one. There's nothing like it. |
| FC: | So people are going to come, that's good. |
| MT: | Yes. I wanted to buy… I was advised to buy some land, but seeing as I didn't have money to buy land… |
| FC: | No, but you shouldn't buy land, that's good. And have you set up a company for it? |
| MT: | Yes. |
| FC: | It's not Matinda, is it? |
| MT: | I did it with Pentiana [?] LLC. But I didn't have money to buy land so I've rented the shop… |
| FC: | Good decision. |
| MT: | If I earn money in the future, I will do it. |
| FC: | Is the rent expensive? |
| MT: | Yes. It's expensive, because it's… |
| FC: | How much is it worth? |
| MT: | It depends, because after the second, third, fourth, fifth year, then it goes up. |
| FC: | Do you think you negotiated well? Isn't it too expensive? |
| MT: | I think I negotiated well. |
| FC: | Yes? |
| MT: | I think that I negotiated well, but what would be better would be if the land was mine, that would be better. |
| FC: | Yes but with land you have to build on it, is building expensive? |
| MT: | Yes but when you buy land it's yours forever. |
| FC: | I agree with you, of course… |
| MT: | You don't have to pay anything to anyone. |
| FC: | Of course, of course. |
| MT: | It's different from what I'm doing now. But I have to. |

**CONFIDENTIAL**

FC:    Yes, I mean, having land, if you like, it's... you aren't just going to build a little shack, you'll want to do something big if it's land, won't you?

MT:    Like here.

FC:    Is it as big as here?

MT:    It's like here, what I was going to do.

FC:    It's big. And the place you've rented, is it as big as that?

MT:    Yes, it's big, yes.

FC:    Wow, that's good. I know the French markets they do, they're big too, it's good. French markets are nice, aren't they? Good products. And who buys the equipment, the merchandise, and all that?

MT:    You go with a company. Yes, you go with a company.

FC:    So you're doing fruit, vegetables and fish?

MT:    Yes. And even bread.

FC:    Ah, that's good. It's a good idea. I don't know if the restaurant is a good idea, what do you think? Because there aren't many there?

MT:    No.

FC:    In that place?

MT:    Yes. There aren't many. I arrive and people need to [inaudible].

FC:    Yes, yes. No, that's for sure, but... You know, the problem with the restaurant, well then there are the staff and you have to take care of all of that. You have to be careful that no-one steals from you. It's not easy, either.

MT:    Yes.

FC:    Is your sister going to work there a bit?

MT:    No.

FC:    Who's going to work there then?

MT:    I'm going to hire people to work.

FC:    Yes. Be careful that no-one steals from you though.

MT:    We have a system that they've set up. "ADP". I don't think they will steal. And there's the camera too. I don't think that they will steal. It's a company that pays, that, that, takes care of that... of course I'm going to pay them, they deal with all of that. A-D-P, ADP.

FC:    ADP?

MT:    Yes.

97

**CONFIDENTIAL**

| | |
|---|---|
| FC: | Well listen, that's good. |
| MT: | The restaurant isn't easy. But when it gets going… [inaudible]. |
| FC: | Yes, no, I agree with you. It's a bit complicated, maybe, the restaurant. |
| MT: | Yes, it's complicated, yes. |
| FC: | And then you need equipment. Isn't there anything already in the place where you're going to put the restaurant? Or is the kitchen already there? Or is there nothing there? |
| MT: | No, there's nothing there. I'm going to install everything. |
| FC: | Everything? |
| MT: | Yes. |
| FC: | And do you already have the kitchen license? The license for cooking… opening the restaurant? |
| MT: | I need to do that. I need to try all of that. |
| FC: | Wow, wow. But you know, it takes a long time to get a restaurant license, it's not easy, is it? |
| MT: | Oh really? |
| FC: | I think so. You don't just get one straight away, a restaurant license. |
| MT: | I don't think so. |
| FC: | Because then they have to come, they have to check the kitchen, if it's properly made, to the standards, with this, that and the other. They have to come and inspect everything, the whole kitchen, because if you do hot food, there are the grills, the fridges, there are… |
| MT: | Yes. There's all that, I've taken, I need to take a [inaudible]. |
| FC: | Yes, no, but… all that is going to cost a lot of money. |
| MT: | Yes, but Frédéric, I don't have a choice. The small amount I have, if I don't invest it, who is going to feed me? That's the thing. |
| FC: | I wouldn't have started both at the same time. I would have started the fruit and vegetables and the fish, but I wouldn't have started the restaurant straight away. |
| MT: | The community… everyone is waiting for the restaurant. |
| FC: | Oh yes? |
| MT: | Yes. They are waiting for the restaurant and the market. They are asking me all the time, when, when, when? They are excited about it. |
| FC: | Yes, yes. The community, what is that? |
| MT: | Because there isn't a restaurant there. |

98

**p. 170**

349

**CONFIDENTIAL**

| FC: | In the area there? |
|---|---|
| MT: | Yes. |
| FC: | Well listen, that's good. It's good to have plans. And over there, how does it work with... school? Is it open, or not open? |
| MT: | It's not open. |
| FC: | Have you already opened part of it though? Where the shops are, those things... |
| MT: | Yes, yes. |
| FC: | Is it open? |
| MT: | Yes. The shops are open, yes. |
| FC: | And if one day Alpha says, says he wants to take it back... that he wants to take it back from you because... hasn't that ever happened? |
| MT: | No. It belongs to me. It belongs to me. |
| FC: | Yes, but if he says to you, it, it was given by, uh... because before, who did it belong to? To the State? Or who? |
| MT: | No. There, it's for the [inaudible]. He gave me it, everyone knows that. |
| FC: | Yes. I agree [inaudible]. |
| MT: | [Inaudible] was behind that. |
| FC: | That's not what I'm saying. The land... who did it belong to? |
| MT: | To the boss. |
| FC: | Personally? |
| MT: | Yes. |
| FC: | Ah OK. |
| MT: | Didn't you know? |
| FC: | No, I didn't know, I didn't know, if it belonged to the State... |
| MT: | It did, but they gave it to me... |
| FC: | No, I didn't know, I didn't know, if it belonged to the State or if it belonged to the boss personally. |
| MT: | It belonged to the boss, personally, then he gave it to me. But... the First Lady was jealous of that, because the boss gave, uh... but he gave, he gave it. She said "But why?", because when the Prefect told me that the First Lady called him, to ask why it was like that, I immediately went to see the boss. (...) |

99

CONFIDENTIAL

FC:    Oh yes?

MT:    I said, your First Lady wants that land. I don't understand why the Prefect spoke to me about that. And then the President, I was angry, I told him that if I see her there, I will buy a machete and things will go badly for her. So, I was sitting, I was waiting for a reply, and that's when he gave me an answer, he said, I will give you more money, go, buy 50 more machetes and you will work. I have a lot of land because they aren't using this land, why...

FC:    What do you mean, machetes?

MT:    Machetes! I was talking garbage, that when I see her, I will cut her, cut her foot or hand off... something like that. So he said no, don't start a fight. Here, go and buy 50 machetes, those you see over there, do what you want. I have a lot of land, why don't they take this land, except the land I gave you. He said that, it's jealousy. And everyone there laughed. And then he said, go, go and build. But don't cut.

FC:    Ah OK. And the Prefect, he was... because the First Lady went to see him...

MT:    Yes, but he said to the First Lady, I've given, I've given [inaudible]

FC:    No, what is important is, because I thought that before that land, the idea wasn't his own personal property...

MT:    It was his personal property [inaudible].

FC:    Listen to what I'm going to say to you, because here, in this business, they can also say to you: you have... we've given you something from the State, because you were...

MT:    In, in this business...

FC:    No, but they can mix everything up, because actually, Alpha tried for a while to mix it and he said...

MT:    No, hang on, I'm going to tell you, when the other Prefect was there, I... you know he went to tell Daddis that the group had come, they wanted to do something, the land, like that, like that. But Daddis, he said I can't. I searched, I looked at the land, her husband gave it to her, what am I supposed to do, I can't take that from her now. And he threw [inaudible] out of his office, he said you are trying to create problems for me, I said, I can't do that. Take, uh, the little one, what has she done? She hasn't done anything, I can't...

FC:    Because Alpha said this land, it belongs to the State, it was given to her for free and so we have to take it back. I guarantee that Alpha said that.

MT:    No.

FC:    Just as well, just as well.

**CONFIDENTIAL**

MT:  He can't, I have all the papers. You know that in the country we have rules, when you have a title, even the President, even the President can't take it away. When you have the land title, no-one can take it away from you.

FC:  I agree with you.

MT:  Because you don't give a land title to two people.

FC:  I'm... of course. But Alpha said, he said something, he said, as I told you, he said... I spoke about that, six or eight months ago... he said, and that's why, he said that he wanted to take it back, because that, the land title, it had been given, but previously it belonged to the State. Maybe he hadn't looked yet, and maybe in the meantime he found that actually, it didn't belong to the State, it belonged to the boss personally. Do you see?

MT:  Frédéric, that's impossible. You don't give a land title to two people, Alpha...

FC:  No, you haven't understood what I meant.

MT:  Hang on, the President... When I was in Conakry, I did [consultations?], you know, there was land next to me, next to me which, the land belonged to the State, but they didn't touch my land. They destroyed people's houses, there were fences and everything. But President Alpha said that all houses, if a person has consulted, which are on State land, that they should not be destroyed... that the person should pay the price of the land, but they should not be destroyed. Because actually, someone is going to say... why destroy it? That's, that's how it is. I was there. He said it. And the fences next to me, were, were, belonged to the land of the State. So they took down all the fences. But mine, no-one touched it, because everyone knows. Is... is it... I don't think that it's something which will... something which belonged... when you're the President, you can give it to whoever you want.

FC:  Of course, it's...

MT:  It's not a bad thing to do.

FC:  No. I know it's not a bad thing to do. But if it belonged to me, because... Imagine, I'm the President [inaudible] there's no problem...

MT:  Frédéric... Frédéric, in cases like that, it's bad, no-one is going, everyone will say that it is bad. You will see a woman, uh, who wants to invest in things like that, all of that, can you imagine how much I have put into it so far?

FC:  How did he tell everyone that he was going to take it back? At the time... a few months ago, he said it.

MT:  No, no. Daddis came, he didn't take it back. Konaté came, he didn't take it back. Who is going to take it back? You know, when Daddis was there, he was... they ruined my house, they took a lot of things from my house, my brothers, my sisters, they destroyed everything we had there, in Dapopa [?], but they didn't touch that... it's not normal, the way I see it, that's not normal, it's not normal. It's not normal. This land which he signed for, he was the one who signed, he gave me it because the First Lady was jealous about it, so he signed, he

101

**p. 173**

352

**CONFIDENTIAL**

gave it to me. He said, it's for you. Go and do what you have to do and I will support you. He was talking about that to get me back, to get it back. The others didn't do it, because the truth is there. It's like him, he can give land to someone, and it's not a crime. Is it a crime? If a President of the Republic gives land to someone, that isn't a crime, is it? It's not a crime.

FC:     Yes but, him uh, you know, all the mess that's been made, what do you think? You know, he's a... a guy that you know you can't trust.

MT:     And when Daddis was there, you know very well what he did. He pretended, you know very well what he did, but then he told the truth. Her husband gave and gave, even I can give land to someone, why take it from her? It's bad. And he looked for [Bonabo] [?]. That's it. He looked. Uh, I helped a soldier, then. He called me to tell me that. I said it's bad, why did he, [Bonabo] [?], when his brother was ill, my dad saved him because my dad was a medical officer. Did you know that? He was a medical officer.

FC:     Yes, he was in the army?

MT:     He was in the army, and the... the French taught him. He studied as a doctor.

FC:     Really?

MT:     Yes.

FC:     Oh, I didn't know that.

MT:     He saved the, one of Bonabo's brothers. Yes, he did that.

FC:     Bonabo [inaudible], you mean?

MT:     Yes. It's impossible... is it a crime?

FC:     Who is still at your house? (...) Of your family, who is in Conakry?

MT:     My family is there... are there.

FC:     In Forécariah, in Forécariah, who is in Forécariah now, in your house?

MT:     Forécariah? I don't have a house in Forécariah.

FC:     The little house where you were? I mean, the house where you were. The house in Forécariah...

MT:     No, I didn't have...

FC:     Ah sorry... Forécariah... in, in Dubréka?

MT:     In Dubréka, I've got my mom who went for [inaudible]. And my sister is there.

FC:     The house that I know in Dubréka, who lives there? Is your mom there now?

MT:     Yes. She went to [inaudible] for the death of [inaudible], and then she stayed there.

FC:     So she's in Dubréka, now?

MT:     Yes, she's going to come back.

FC:     And now, is she with her?

MT:     Yes, she's with her, because her...

FC:     What do you want? Do you want ketchup or something?

MT:     No, I'm OK.

A waitress:     Do you need anything? Mayonnaise, mustard, anything like that?

|  | FC: | Mayonnaise? |
|---|---|---|
|  | MT: | No, I'm OK. |
|  | FC: | It's OK, thank you. |
| A waitress: |  | Enjoy. |
|  | FC: | Now is she with your mom in Dubréka then? |
|  | MT: | Yes. But who told you these things, that they supposedly want to take my land? |
|  | FC: | I can't remember what he said, at the Presidential residence... |
|  | MT: | Who to? |
|  | FC: | I don't know who to exactly, but at the Presidential residence, they said that they definitely wanted to take it from you... |
|  | MT: | That's awful. Something that my husband gave, and then I... I've invested in it. It's awful. |
|  |  | [Sound of cutlery] |
| 0h43m02s | FC: | You've heard from Ahmed, haven't you? |
|  | MT: | No. You know, one day I was with, uh, the President, and the sister of the late, the late Sékou Touré was there, and she had a problem with her land. But straight away the President gave the order to, to go and... return it to her. |
|  | FC: | What do you mean return it? |
|  | MT: | Because the men took it, they thought that when they went to help him to take Sékou Touré's sister's land. So as you said, no, give her her land back, immediately. It's polite. Give it back to her, why take it? |
|  | FC: | Of course. |

103

**p. 175**

354

CONFIDENTIAL

| | |
|---|---|
| MT: | For the time being, they have left. They have done... You know, even the land, one of the boss's sons, he wanted that land too. |
| FC: | Yes, a long time ago. I remember that. |
| MT: | He wanted it, but he didn't get it. |
| FC: | Do these people... I'm moving onto something completely different, OK? The people who asked you the questions the other day, did they leave you a card? |
| MT: | A card? |
| FC: | A business card? |
| MT: | They left their number. |
| FC: | Just the telephone number? No business card? |
| MT: | Yes, that's what I'm saying, a business card. |
| FC: | Do you have the business card with you? |
| MT: | No, I haven't brought it. |
| FC: | Ah, that's a shame. |
| MT: | Not now. Why? |
| FC: | To see who it was. You, know, if you can, you'll take a picture with your phone, you will send it to me with your phone. |
| MT: | OK. I won't let anyone take that land away from me, it's my keepsake. |
| FC: | I know. No but I think that, if, seeing that since he said that, he hasn't done anything. I don't think he'll touch it. |
| MT: | You know why he didn't give any to the others? He said that the others would sell it and not re-use it. That's why, he said... I can confirm that. He said I have faith in you, I know that you can do it. |
| | [Background noise] |
| FC: | People say he sacrificed his brother. Do you think it's true? Alpha? |
| MT: | I haven't heard that. |
| FC: | You've never heard that? |
| MT: | No. |
| FC: | You've never, ever heard that? |
| MT: | Never heard it. |
| FC: | You know, his brother that died just after he was elected. |
| MT: | Yes, I heard. He died. One of his brothers. |

104

CONFIDENTIAL

| | |
|---|---|
| FC: | What about Ousmane? Ousmane Conté? |
| MT: | He's fine. |
| FC: | Where is he? Is he still in Conakry? |
| MT: | Yes. |
| FC: | Who's looking after the rice fields and everything? |
| MT: | Like what? |
| FC: | The rice fields. Where they grew rice? Who is looking after that? |
| MT: | No one. |
| FC: | You mean that where the boss used to grew rice and everything, they aren't doing anything anymore? |
| MT: | No. |
| FC: | That's impossible. No one is doing it anymore? |
| MT: | No one. The people are divided. The villagers are doing it. |
| FC: | They're doing it for themselves now. |
| MT: | Yes. They know how to do it. Maybe with money. |
| FC: | Well yes, but we all need to work. |
| MT: | Yes. |
| FC: | You know, once I went to see, because there was a... he worked in the... what's it called? I was at Beaufort there. There was, uh... sugar cane. To make sugar and all that... but no one was working. It's complicated... it's complicated. Those are good projects. Sugar cane. Because from sugar cane you can make sugar. We watched it, what is left of the sugar cane, you burn it. You make [inaudible] with it. Those are good projects. |
| MT: | Yes. |
| FC: | Now, you see, the Ministry of Agriculture and all that, they should help people to do that. What can you do? |
| MT: | They want to do that now. |
| FC: | Now? |
| MT: | Yes. They're going to do that now. |
| FC: | Oh no, oh no. No one wants to do anything there now. You'd have to be crazy to go and do something there. In Conakry. Who do you think is going to go and do something there? With that guy, nothing's happening. You know, in this country now that guy just needs to go and something normal needs to happen. It's crazy. You know, |

**p. 177**

**CONFIDENTIAL**

Guinea could be a country like Equatorial Guinea—not Guinea-Bissau, Equatorial Guinea, it could be a wonderful, wonderful country. Do you realize how many years have been lost since 2005? I'm not talking about before, when there was just Rio Tinto. I'm talking about 2005, 2006. Since the group has been there, since 2006 - now it's 2013 - nothing has happened. Nothing, nothing. For a year, a year and a half, uh, the group have been planning to start to evacuate Zogota or something. The other deposit. They haven't done anything, everything has stopped. Not only have they stopped everything, but they have also broken all the lorries, all the machines, everything. Millions and millions of damage has been caused. It's, it's awful to see that the country is like that. Because the people, unfortunately, who have, who have suffered the most from all of this, are the population. Because nothing is happening, there are no investments, there are no trains, there is no, there is no... there is nothing. And you know, it could be, uh, I'm telling you, it could be a country like Equatorial Guinea. With lots of activity, with lots of, lots of things. Look, even Freetown with the few mines they've got, it's already a lot better. And they have, they have... if you like, compared with Conakry, it's already, compared with Guinea, it's as if Guinea was the whole table, Freetown is that big. It's ridiculous what they've got compared with, compared with Guinea. But in spite of everything, they are working. Such a shame, that guy, it's... What can you do? It's sickening, it breaks your heart. It breaks your heart. I'm going to eat all your fries! And, what's his name, Seny, he's staying here but he doesn't have a visa to stay here?

MT:    He's here...

FC:    He's just here. He should be careful...

MT:    Why?

FC:    Well because when you don't have a visa somewhere, if you're stopped, they'll... you'll have problems, won't you?

MT:    No, he'll have his green card soon.

FC:    Really? How did he do that?

MT:    He, he, he applied... so they'll give it to him soon.

FC:    Ah that's good, that's good news. That's good. And, uh... his wife Florence, she has a daughter too, doesn't she? She's still in France, isn't she?

MT:    Yes.

FC:    Well, her daughter must be big now. She must be, what, 14, 15? How old is she?

MT:    No, no, no.

FC:    She was already four or five when we saw her. She might not be 14 but she must be 12, mustn't she?

MT:    I don't think so, you know she's 12.

FC:    How long has she been here now? I remember helping her. I send some, a little something to Florence, to Florence... the little one

106

CONFIDENTIAL

was already born. I don't know how old she was, I think she was already two or three... That was in 2006, she was three, six, yes you're right, she must be nine or ten, nine or ten. Yes, you're right, nine or ten. Dear me. Do you want another cranberry juice? Do you want a dessert or something? I don't know what they've got. I'm going to ask what desserts they have. What did you want? I'm going to ask what she has. Do you like life here?

| | |
|---|---|
| MT: | It's not like... |
| FC: | It can't be like Conakry, like Guinea... it's so different. Between Africa and the United States it can't be the same. |
| MT: | Yes, that's true. It's beautiful here. But... there isn't family to come and visit... that's the only difference. And you can't go to people's houses without arranging it in advance. |
| FC: | Yes. |
| MT: | The customs are different. |
| FC: | That's for sure. But if you have African friends here, you can act the same way as in Africa. |
| MT: | Yes. |
| FC: | The important thing is that you're not alone. There's starting to be a little community. |
| MT: | But I like it here. |
| FC: | It's good, it's good, that's for sure. Ah, America, it's America, isn't it? You can do what you want. I couldn't come here, because I have my family in France and everything, but otherwise, hey. It's nice though. And there isn't winter here, that's a good thing. Mind you, here in Jacksonville it's colder than Miami though. |
| MT: | Is it? |
| FC: | There's no difference [inaudible] in winter here. |
| MT: | Yes, a bit, a bit. |
| FC: | It's colder here than in the south in Miami. |
| MT: | Really? But you said it was warm here. |
| FC: | No, it's warm, but I think that in the south it's warmer now, isn't it? No, it's warm in summer, but I'm talking about winter. There still is winter here, for a bit. |
| MT: | Yes, for a bit. But it doesn't snow. It doesn't snow. |
| FC: | Of course it doesn't. It's definitely not like life in London. In London. But why didn't your mom stay in London, why [inaudible]... |
| A waitress: | How's everything? Cranberry? |
| FC: | Yes another cranberry, and which dessert you have today? The dessert of the day is? |

p. 179

CONFIDENTIAL

| | | |
|---|---|---|
| A waitress: | | [Inaudible] |
| | FC: | Uh, chocolate, lemon and... the other one? |
| | [Inaudible] | |
| | FC: | Ah, cheesecake. |
| | [Inaudible] | |
| A waitress: | | And cranberry juice? |
| | FC: | Two please. |
| A waitress: | | OK. |
| | FC: | Thank you. Hmm. Yes, she left with Ahmed, for London, didn't she? |
| | MT: | Yes. |
| | FC: | Didn't she like it? She was supposed to stay there initially, wasn't she? |
| | MT: | Well actually, seeing as she didn't have her children there, I think that it was good, but she was missing something. That's what it was... |
| | FC: | Who is there in London? There's Ahmed and his wife, and...? |
| | MT: | Ahmed wasn't even comfortable there. |
| | FC: | Ahmed was in Conakry. And then there's his wife there and the children. |
| | MT: | His wife did take very good care of her though. |
| | FC: | He's nice, Ahmed, he's a nice boy. He's kind, you know he tries to be honest. He's not someone who tries to play around. |
| | MT: | Yes, he's like that, he's very nice. |
| | FC: | Did you come by taxi? |
| | MT: | Yes, I came in a taxi, yes. |
| 0102m00s | FC: | So those people, they gave you a card. A business card? |
| | MT: | Yes. |
| | FC: | With their names. And what was written on it? |
| | MT: | There was writing on it (...) the writing, and then the telephone number. |
| | FC: | Yes but wasn't there a name though, the name of the people? |
| | MT: | They hadn't put that. I didn't pay attention, but there's the number, their number. |
| | FC: | Was it the woman who was speaking French? |

108

p. 180

CONFIDENTIAL

| MT: | Yes. But her French was... |
|---|---|
| FC: | Not brilliant... |
| MT: | Yes. It was a bit like English. There was a bit of English in it. |
| FC: | But they were nice. They weren't aggressive, were they? |
| MT: | No, they weren't aggressive with me. They weren't aggressive with me. |
| FC: | Did they say they were carrying out an investigation? |
| MT: | Yes. |
| FC: | On what subject exactly, did they say? |
| MT: | They said that they were carrying out an investigation, concerning mining contracts and bribes in Guinea. That's what they said. And they asked if I had any documents. I said "no, I don't have any documents." They said if I don't tell them about the documents, they'll take me to appear before the Grand Jury and give me a subpoena. Give me a subpoena. They're going to give me, sorry, they're going to give me a subpoena and take me to court before a Grand Jury. |
| FC: | What's a subpoena? |
| MT: | I've no idea. No idea. I've no idea. And they're going to take me to court and then before the Grand Jury. |
| FC: | I'm going to write that down. I'm going to find out what a subpoena is, I've never heard of that. |
| MT: | And also, they said I'm going to give all the papers to the court. All the documents to the court. At least... So I said to them... I didn't say anything, OK? I didn't say if I had the documents. |
| FC: | You said you have nothing at all. |
| MT: | I didn't say anything, and then... they left their telephone number, but as I said, I think that the file which we want from everyone is the same file that the American government wants. |
| FC: | Anyway, it's just the file of, of, of photocopies which have ended up in Alpha's hands, that's all. |
| A waitress: | (...) When you're ready. No rush. |
| FC: | Thank you. |
| MT: | Excuse me. |
| A waitress: | Thank you. |
| 01h05m40s  MT: | And the Grand Jury, what's that? |
| FC: | It's a jury which... for all those sorts of operations, for all those things. That's why I'm saying, it's a good idea to leave. It's a good idea to leave. I don't know what a subpoena is. [Pause] Well then, I did say to you though, the |

109

p. 181

CONFIDENTIAL

last time we saw each other, I said to you, don't keep anything at home. You don't listen to me. You were lucky. You were lucky it was... that they asked you when you were there because if they come to your house, what are you going to do? Even if it's photocopies, things like that, then you can't say to them that you don't know anything. Do you have photocopies at home? Why do you have photocopies at home? You see.

MT:    Do you think that photocopies are valid? Even if [inaudible]...

FC:    Photocopies aren't valid, but it doesn't matter. That's not the point. The point is, if you tell someone that you don't know anything and you don't have anything to do with all that, but there are documents or photocopies with your name and everything, you can't say that you don't know anything, because your name is on it. Why do you have that at your house? You know you need to destroy everything, it's simple. [Pause] Also, you're lucky because with your diplomatic passport there are certain things they can't do. So that's a good thing... Legal definition is writ commanding a [inaudible]... I think that a subpoena is an official summons to go to court. That's what I think. [Pause] I think that's what it is. I think that's what it is. I'll find out some more about it. But I think that's what it is. [Pause] That's why the best thing is to leave, because if they summon you officially to go there, you can't refuse. If you aren't there, you aren't there. If you aren't there, they can't ask you to do anything. Do you understand? It's better that... Look. If you leave do you have to leave with Ma?

MT:    Yes.

FC:    Ah that's it, I think, it's a... it's an official request for information. [Pause] It's an order. It's an order to appear before the court. If you go... if you don't respond to the request to go to court, you're arrested. Actually, it's spelled S U B P O E N A. That's it, subpoena. It's not written "supina." It's a more complicated spelling. It's spelled like that.

MT:    What about the Grand Jury?

FC:    The Grand Jury are the ones who ask you questions. Once you receive the subpoena you can't (...) talk. It's an official thing. [Pause] It can be done. They can ask you for it, either on the phone, or by... or in person, during a meeting with you. You need to destroy it quickly. Bad luck. Because they say, there's another type of subpoena which obliges you to come, and it says "I want you to bring proof of this, that and the other"... and obliges you to [inaudible] but then if you don't have them, well you don't have them. If it doesn't exist [inaudible] to make copies of documents... They can also ask for them to be sent by mail, they'll say send them to us, we think that you have such and such a document, send it to us. [Pause] Do you want us to look at that now?

MT:    Mmm.

FC:    Huh?

MT:    What?

FC:    Do you want us to look at it now, or what do you want to do?

MT:    What? I thought I had 50, I know I said that.

110

p. 182

Case 2:20-mc-00242-JN Document 12  Filed 06/23/20  Page 150 of 155

CONFIDENTIAL

| | |
|---|---|
| FC: | I know. What do you want? You know, I'm not a magician! Uh, I'll see, I'll see if I can still find them. Not here, here I won't have them anymore, that's certain. But I'm leaving the day after tomorrow... uh, no, I don't know what to say to you. That's the note, the note from... When you travel, where do you go through? Do you go through Jacksonville? Where do you go through? |
| MT: | Through Brussels. |
| FC: | Do you do Jacksonville – Brussels directly? No? Through New York? |
| MT: | No. It's Brussels. Washington, sometimes Chicago. |
| FC: | Now, if you travel, will you go alone? I mean, with Ma? |
| MT: | Yes, with Ma. |
| FC: | Listen, I don't, I don't, I don't know what to say to you. Here and now I don't have another solution. I'm going to... let me... I'm not saying yes or no. Let me think about what solution I can find. But then the problem is that... |
| A waitress: | I got you some change. |
| FC: | No, thank you very much. Thank you, thank you. |
| A waitress: | Oh, thank you so much, have a great one. |
| FC: | Anyway, even if... anyway you need it for here, don't you? |
| MT: | Yes. |
| FC: | If I manage to do something else, there will still be Mado here. |
| MT: | Yes, Mado is here. |
| FC: | OK, well we'll still manage to... even if you aren't here, we'll still manage to organize something. Do you see what I mean? |
| MT: | Yes. |
| **01h19m04s** FC: | I'll do my best. I'm telling you, I'm telling you, but anyway, anyway all that, like I say, it's an extra. It's not something I'm deducting, or subtracting from anything. |
| FC: | But you know, don't get everything mixed up in your head. There's one thing, which is this urgent business to make sure that you're safe. Because, these people don't mess about, if they come tomorrow, they won't mess about. |
| MT: | Really? |
| FC: | No. Were you at ease when you were with those people, when they were interrogating you? |
| MT: | No. |
| FC: | Ah well then, you see, do you think these people are calm, of course they aren't. Of course they aren't. So it's urgent that you're cut off from all that. |

111

**CONFIDENTIAL**

Cut yourself off from that, leave for a while, that's urgent. Your project, your project with the restaurant and things, OK, but... that's urgent, urgent, urgent, it's really urgent. [Pause] But also, if you want to receive less over there, you want to get 150 over there and I try to find a way to get 50 here, let me know. That's easier.

MT:    What's that?

FC:    If you prefer, over there in Sierra, instead of getting 200, you could get 150 and I could organize, I could try to get 50 here, let me know. Do you understand what I'm saying?

MT:    Mm hmm. You mean, from the 200, you take 50 and give it to me?

FC:    So you can have it here. I won't have it straight away, it'll take some time, but that's it, you have to let me know. What do you prefer? If you need more here, more than over there, I don't know. It's up to – how can I know – it's up to you to tell me.

MT:    Frédéric, we've talked about that, I'm telling you that I need something for here, you said that now you're going to send it, that now you're going to send it.

FC:    No, no, no, I didn't say that. I didn't say that if I come here I'll come with 50. I said, I'll see what I can do. I didn't say yes, I'm coming with 50. And again, I'm not deducting it from anywhere. It's something I'm giving you as an extra. What do you... You can't... be angry with me for that. OK? Now I'm asking you, it's your decision. You have 200. Either you want it there, or you want it here, or you want half and half, it's up to you. Now I'm asking you, it makes no difference to me, it's up to you. What's best for you?

MT:    I wanted 50 for here.

FC:    I don't have it. There you go, I don't have it. At any rate, I won't have it before I leave. I won't have it. So I'm telling you, I can try. Now, do you want me to deduct them from over there or do you want me not to deduct them from over there, what do you want to do?

MT:    I really don't understand. You said you would try for 50 and now it's 20...

FC:    Because I wasn't able to get it. If I say to you tomorrow, hey, find me 50 and you can't find it, you can only find 20, what would you do? You'd bring me 20. That's how it is. I didn't make a commitment. I didn't say 100% yes. Do we agree? I said "I'll do what I can, I'll do my best", I said "I'll have to deal with that, that thing, I'll check with... I'll see what I can do". I managed to get 20, what am I supposed to say to you? Well, if, uh... I tell you what, if I can still organize something and Mado is there, I can send it to Mado. I don't even have Mado's number, but you can give it to me.

MT:    And what if Mado is travelling, because Mado told me that she was going... she has to go to the Ivory Coast in Africa.

FC:    Oh, she's in Africa now?

MT:    She has to go.

112

**CONFIDENTIAL**

FC:     When is she leaving?

MT:     She was talking to me about that... as soon as she wants to go. I don't think that... seeing as she has to go there, I don't know.

FC:     Ok, well listen, anyway is there someone who can receive it here or not, if I can find something?

MT:     How long? How long, though?

FC:     I don't know. I'm not saying anything, I'm not saying how much or when because then you'll think that it's certain and then you'll give me the same old story as today for the 50 the day before yesterday. And the 50, I'm telling you, I'm not... so I don't know. But you know, Mamadie, you can't change like that. You need it, and that's that. The deal, initially, was one million. In one million there is 200 and 800, that was the initial deal. All the rest is extra, you can't hold that against me. You can't hold it against me. Do you understand?

MT:     I understand.

FC:     You can't be angry with me for any of that, because I'm doing my best. [Pause] Why don't you travel with Mado then?

MT:     Because she's going to Ivory Coast. I'm going to Sierra.

FC:     But after that you're going to Abidjan, you're taking a flight to Abidjan, there's one every day.

MT:     Because I've got no reason to be in Ivory Coast.

FC:     But you're not going to Ivory Coast. Ah, because you're passing through Brussels, from Brussels you're going direct... yes, OK, OK. Yes, you're right. [Pause]. Right, shall we try to move on?

MT:     Yes. [Pause] And the 200, who's guaranteeing the 200?

FC:     Have I ever told you something which didn't happen? When I tell you yes, 100%, have I ever told you something which didn't happen?

MT:     But the problem is, you're not in charge, that's the thing.

FC:     No, it's... who is it?

MT:     You're not in charge.

FC:     I'm telling you, yes, I am in charge, I'm telling you, I'm in charge and it's 100% certain that you will have your 200 in Sierra. It's 100% sure. Have I ever lied to you?

MT:     We said 300, now it's 200 I'm seeing...

FC:     Mamadie, listen, you know, I'm tired of all this. I'm going to... I didn't say 300, it's 300. I told you, I'll see.

MT:     You said it was... You said everyone had agreed on 300...

CONFIDENTIAL

| FC: | No, no, no. I said I was going to... |
|---|---|
| MT: | You told me that. |
| FC: | Well... listen, you know, I'm tired of this Mamadie... |
| MT: | But you need to remember, you told me it. |
| FC: | No, I never said that. I said to you, I'll... You asked me for part of it. I said, a part, I'll see which part... if it will be possible or not. Because originally there was no 200, 300, 800. There was one and that's all. It was like that. You said to me, no, no, no, no, we were sitting there, with Cissé, you said we need to try to see if there is... |
| MT: | The last time we spoke. The last time we spoke, you said to me... |
| FC: | Before you disappear, listen to me carefully. |
| MT: | But after that we saw each other again... |
| FC: | No, we didn't see each other again. When we saw each other again, it was, it was here... |
| MT: | Frédéric, I told you, when we saw each other again, I told you... You told me it's a yes, it's a yes, it's a yes. Why did you say it's a yes, it's a yes, it's a yes? |
| FC: | What did I say? |
| MT: | I asked why. |
| FC: | And then it was 200? |
| MT: | And you came back and you said 200. |
| FC: | I didn't come back... this, last week I said... |
| MT: | You said 300, Frédéric. I'm not a child... You said you would have 300, just like that, we talked about that. |
| FC: | Ok. Listen, so do you mean that I've lied to you? What do you want to do? I'm tired of this, Mamadie. What do you want to do? Tell me what you want to do. I'm, I'm tired. You're blaming me. I come, I bring you money, I find solutions for you, I do this, that and the other. I'm tired. So tell me what you want to do. It's up to you, and that's that. You want to, you want to. You don't want to, you don't want to. I'm not a child either and I'm not your servant. So I'm telling you, I'm telling you that... |
| MT: | Frédéric, I'm more tired than you... A woman with a child, I'm more tired than you. |
| FC: | So? I have to put up with everything that you put me through. |
| MT: | No, I'm more tired. When you tell me how it is, it should be like that. |
| FC: | Ok, well, I lied to you then. I'm sorry, I lied to you. |
| MT: | When you tell me... When you tell me it's one thing, later, it's something else. |

114

p. 186

**CONFIDENTIAL**

| FC: | So, when I said 50, it was... I promised to give you 50, is that it? But it's money that's coming from my own pocket. What are you angry about? I'm not deducting it from anywhere. |
|---|---|
| MT: | Frédéric, I have a good memory. You said 300, you said everything is agreed. You said that. I heard you, you said that. |
| FC: | No. |
| MT: | And it was over there that you said that. It was over there. |
| FC: | Not at all. It's not true at all. It was when we were here. |
| MT: | No, it was over there. If you remember, it was over there. |

**01h29m00s** FC:  Listen to me carefully. Before disappearing, we were here. You said to me – Cissé was here – you said to me, listen, the business with the ones and all that, here and there, I absolutely must have part of it. I said I don't know, I'll see. What do you want, you asked me for 300 and everything, I want something. I said look, I don't know, I'll see what I can get. When I told you that I'd had a positive response, afterwards when we saw each other, I said to you, you've disappeared, I've had a positive response. The positive response, the positive response was that you could have a part. Now, the part, it's a part of the 200 which I was given. What do you want me to say to you? I've been given it, I'm giving it to you. If you want it then you want it, if you don't want it then you don't want it. I don't know what to say to you. That's all. That's all I can say. Now, those papers, if you want to keep them and take them to the people, go and do it. It's you who they'll take, who they'll put in prison, it's your business... So anyway it's in your interests to destroy them, so I don't even understand what your problem is with that. Because, at any rate, all that, it's like an atomic bomb for you. That's what it is. Why do you think I want to help you to go to Sierra? It's because they're going to take you, they're going to take you, they're going to make a face like this, ask you questions and questions and more questions, and it's going to be terrible for you. That's why I absolutely want to help you, so that you can go there and be left in peace. Because your fruit and vegetables, if you're here, and they do, they send you the subpoena and all of that, and they take you over there... you can forget about your fruit and vegetables. Your restaurant, you can forget about that. Your house here, you can forget about that. Do you think they're going to leave you like that? I've been telling you that for a long time, so listen... You know, I'm not a child either.

| MT: | And me? Am I a child? |
|---|---|
| FC: | No. No. Actually yes, you are a child because you make very bad decisions. Yes. It's a good idea to go and see Samy. It's a very very good idea to go and give photocopies to Samy. The reason you're in a mess now with subpoenas, with people who want... your thing, it's because of that. |
| MT: | No. |
| FC: | Oh, isn't it? Why is it then? |
| MT: | If you had... If you had organized things like you should have, it wouldn't have happened. It wouldn't have happened. |
| FC: | Ok, ok. |

**p. 187**

**CONFIDENTIAL**

MT: Today people say to me, we'll pay you this, and tomorrow they say we'll pay you that. Today people say we'll pay you this, tomorrow they say we'll pay you that. It's always been like that, Frédéric. Be reasonable.

FC: Well listen, I don't know what to say to you.

MT: When you tell someone, I'm going to do that for you, and you change. Once, twice, three times. I'll give you two, and you bring, uh, one. I'll give you three, and you bring, uh... do you see what that does?

FC: OK.

MT: It's not...

FC: It's not because of that that there's an investigation, you know. The reason that there's an investigation is because Samuel went walking around with everything you gave him.

MT: I didn't ask him to, to...

FC: Oh, I'm not saying that you asked him, but anyway, you gave them to him. If you hadn't given them to him, he wouldn't have gone to see... he wouldn't have gone to see Fofana, he wouldn't have gone to the boss, and he wouldn't have gone to see Soros and company. There you have it.

MT: Who is Fofana?

FC: Fofana is the Minister of mines. Oh yes, Mamadie, you can do what you want, the reason... the reason there's a great big mess at the moment is because Samy has been here. Believe me, believe me, I know exactly what I'm saying, because I do know a bit about the case. There you go. I'm not saying that you're a child, but I'm saying that you have made bad decisions. That's it. [Pause] I'm just going to look at the screen, I'll be back, I just need to see what time my flight is.

[Pause]

Unidentified man: Stand up. Put your hands behind your back [inaudible]

**01m35m32s** **END OF RECORDING**

116

p. 188

367