# EXHIBIT 19



WORLD NEWS
AUGUST 12, 2019 / 11:07 AM / 10 MONTHS AGO

# Geneva prosecutors indict billionaire Steinmetz in Guinea corruption case

GENEVA (Reuters) - A Swiss prosecutor said on Monday he was seeking prison terms for Israeli billionaire Beny Steinmetz and two associates over the alleged payment of bribes linked to the allocation of mining licences in Guinea between 2005 and 2010.

Geneva prosecutor Claudio Mascotto said in a statement the three were accused of "having promised in 2005 and then paid or had bribes paid to one of the wives of former Guinean President Lansana Conte" so as to have mining rights in Guinea's Simandou region allocated to Beny Steinmetz Group Resources (BSGR).

BSGR walked away from Guinea's massive Simandou iron ore project as part of a settlement announced in February which ended a long-running dispute with the West African nation, the company and Guinea's government said at the time.

BSGR, which was not immediately available for comment on Monday, has always maintained it did nothing wrong. The two other defendants were not named in the Geneva prosecutor's statement and the judge has yet to set a trial date.

Guinea's mines minister, Abdoulaye Magassouba, told Reuters that the government was not involved in trying to prosecute Steinmetz, given February's agreement.

ADVERTISEMENT

"We have signed specific agreements with Steinmetz and we will fully respect the terms of the agreement. It is not possible for a hostile action against BSGR to come from the government," he said.

Mascotto, who opened his investigation in 2013, said he was indicting the three suspects in Geneva, where some of the alleged $10 million in bribes had transited, for alleged corruption of Guinean public officials and forgery.

ADVERTISEMENT

Ad

Credible® Student Loan Refi
We're so confident in the rates you'll find, we g
CREDIBLE.COM

He is seeking prison terms of 2 to 10 years.

The trial in a criminal court is the city's first major international corruption case under Swiss federal law, sources close to the case said.

Development of Simandou - one of the world's biggest iron deposits, containing billions of tonnes of high-grade ore - has been hindered by years of legal wrangling as well as the $23 billion cost of the required infrastructure.

Reporting and writing by Stephanie Nebehay; additional reporting by Zandi Shabalala in London, Joe Bavier in Johannesburg and Saliou Samb in Conakry; Editing by Michael Shields/Keith Weir/Toby Chopra

*Our Standards:*   *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

Video Ad by dianomi

6/13/2020
Geneva prosecutors indict billionaire Steinmetz in Guinea corruption case - Reuters
Case 1:20-mc-00212-AJN   Document 42-19   Filed 06/29/20   Page 6 of 11

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

PAID PROMOTIONAL LINKS                                    Promoted by Dianomi



**Demand for Rapid COVID-19 Test Surges as New Data Support Accuracy**
Abbott



**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool



**America's #1 Futurist Issues Warning**
Internet Reboot 2020



**Trump rages at protesters as George Floyd is laid to rest**
Financial Times



**What You Need to Know About the IRS Tax Extension**
From Merrill

Sponsored Video by **THIS IS CLE**                                          ✕

A great place to live, work and play.                    Visit CLE

MORE FROM REUTERS



Italy, Germany, France and Netherlands sign contract with...

13 Jun



Beijing wholesale market temporarily shut after new coronavirus...

13 Jun



Facebook fires employee who protested its inaction on Trump tweets

12 Jun



Young U.S. men having a lot less sex in the 21st century, study shows

12 Jun



Mayor urges people to avoid central London ahead of protests

13 Jun

## MORE FROM REUTERS



China finalizes new IPO rules for Shenzhen's ChiNext startup board

13 Jun



Ukraine alleges $5 million bribe over Burisma, no Biden link

13 Jun



Widespread mask-wearing could prevent COVID-19 second waves: study

10 Jun



Minneapolis City Council resolves to replace police with community-...

12 Jun



Animal baby boom at Palestinian zoo after people disappear

12 Jun