# EXHIBIT 25



BUSINESS NEWS
MAY 22, 2020 / 6:02 PM / 23 DAYS AGO

# Steinmetz's BSGR seeks to reopen $1.25 billion Guinea ruling

Zandi Shabalala, Helen Reid



LONDON/JOHANNESBURG (Reuters) - Billionaire Beny Steinmetz's BSG Resources Ltd (BSGR) is seeking to reopen an arbitration case that ordered it to pay $1.25 billion to Brazilian minder Vale SA over an abandoned mining joint venture in Guinea.

FILE PHOTO: The headquarters of of mining company Vale SA is pictured, after the collapse of a tailings dam in an iron mine in Brumadinho in Brazil, in St-Prex, Switzerland January 30, 2019. REUTERS/Denis Balibouse

BSGR has filed documents, seen by Reuters, with a U.S. court which it said shows that Vale was aware of potential bribery or "red flags" when the companies partnered to develop Simandou, one of the world's biggest iron ore deposits containing billions of tonnes of the steelmaking ingredient.

The companies are locked in a long-running legal dispute over the joint venture, which was created in 2010 but has since been abandoned. Simandou remains undeveloped.

"The Vale Board should assume full responsibility for their misconduct, publicly clear BSGR of all wrong doing and compensate fully for the commercial value of the loss to BSGR, which could run into billions of dollars," Steinmetz said in an emailed statement.

ADVERTISEMENT

Vale has accused BSGR of fraudulently inducing it to buy a 51 percent stake in the joint venture to develop the mine, a concession later by the Guinean government in 2014 after it said it had evidence BSGR obtained the rights through corruption.

Vale on Friday denied BSGR's accusation, saying it was confident that any court or tribunal would find it in the right.

"Vale is confident that the effort will continue to be rejected by any court or tribunal considering the full record of Vale's extensive diligence efforts and the extraordinary means that Steinmetz undertook to conceal his fraud from Vale," the Brazilian company said in a statement.

Guinea's President Alpha Conde at the time said Vale was not involved in, or aware of, the corruption.

ADVERTISEMENT



PAID FOR AND POSTED BY REUTERS EVENTS

Reuters Events Automotive Digital Library

The latest automotive, mobility an webinars, reports and analysis, all

Check it out ›

BSGR, which went into administration in 2018, has denied any wrongdoing in obtaining the Simandou rights. It walked away from the project last year as part of a settlement with Guinea's government in which both parties agreed to drop outstanding legal action.

Vale filed a U.S. lawsuit in April 2019 to force BSGR to pay it about $1.25 billion, as mandated by a London arbitrator in the dispute, plus interest and expenses, amounting to a total of more than $2 billion.

The lawsuit is still active.

Reporting by Helen Reid in Johannesburg and Zandi Shabalala in London; Additional reporting by Marta Nogueira in Rio de Janeiro; Editing by Alistair Bell

*Our Standards:* [The Thomson Reuters Trust Principles.](#)

MORE FROM REUTERS

Video Ad by dianomi

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

PAID PROMOTIONAL LINKS  Promoted by **Dianomi**



**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool



**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet



**Transform Your Career in 20 Months With an Executive MBA From Columbia**
Columbia Business School



**Explore the other side of volatility with insights and solutions.**
J.P. Morgan Asset Management



**When Will You Retire? Quiz Matches You With Local Financial Advisor**
smartasset

Sponsored Video by VISIT CLE  

**In Cleveland, there's something for everyone**     See more CLE

**MORE FROM REUTERS**



In London skirmishes, suspected far-right protester is rescued

13 Jun



Demonstrators in Atlanta protest police killing of black man who...

13 Jun



Don't let the corona-crisis go to waste, ECB tells Italy

13 Jun



Beijing wholesale market temporarily shut after new coronavirus...

13 Jun



China central bank bank approves American Express for bank card...

13 Jun

MORE FROM REUTERS



Record spikes in new coronavirus cases, hospitalizations sweep...
14 Jun



Italy, Germany, France and Netherlands sign contract with...
13 Jun



Trump administration ends ban on killing Alaska bear cubs, wolf pups
09 Jun