UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF BENJAMIN STEINMETZ FOR AN ORDER TO TAKE DISCOVERY FROM VALE S.A., VALE AMERICAS INC., RIO TINTO PLC, AND RIO TINTO LIMITED PURSUANT TO 28 U.S.C. § 1782

Case No.  1:20-MC-00212 (AJN)

**DECLARATION OF VICTORIA R. MORRIS IN SUPPORT OF
REPLY MEMORANDUM OF LAW TO VALE S.A. AND VALE AMERICAS INC.'S
OPPOSITION TO BENJAMIN STEINMETZ'S APPLICATION FOR
AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Victoria R. Morris declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice law in the State of Florida and the District of Columbia.  I am a member of the Bar of the State of Florida and of the District of Columbia, and have been admitted to practice *pro hac vice* in this Court.  I have been practicing law for four years. I am currently an associate at Kobre & Kim LLP ("Kobre & Kim"), located at 201 South Biscayne Boulevard, Suite 1900, Miami, Florida  33131.  Kobre & Kim is counsel for Mr. Benjamin Steinmetz (the "Applicant" or "Steinmetz") in this action.

2. I submit this Declaration in support of Applicant's Reply Memorandum of Law to Vale S.A. and Vale Americas Inc.'s Opposition to Benjamin Steinmetz's Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782.

3. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge and experience, or upon my review of publicly available materials or materials provided to Kobre & Kim in connection with its representation of the Applicant.

4. Attached hereto as Exhibit 1 is a true and correct copy of the media article "Vale Says Billionaire's 'Publicity Stunt' Distraction From Fraud" by Morgan Conley, published by *Law360* on June 26, 2020, and available at https://www.law360.com/articles/1287049.

5. Attached hereto as Exhibit 2 is a true and correct copy of the media article "Billionaire Claims Vale Knew Guinea Mining Deal Was Corrupt" by Caroline Simson, published by *Law360* on May 26, 2020, and available at https://www.law360.com/articles/1276561.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2020
Miami, Florida

Respectfully submitted,

/s/ Victoria R. Morris

KOBRE & KIM LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida  33131

Victoria R. Morris
+1 305 967 6131
victoria.morris@kobrekim.com

*Attorney for Applicant
Benjamin Steinmetz*