UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto PLC, and Rio Tinto Limited Pursuant to 28 U.S.C. § 1782,*

20-mc-212 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22

ALISON J. NATHAN, District Judge:

    The parties are ORDERED to submit a joint letter regarding the status of the underlying foreign proceedings on or before Friday, January 14, 2022.

    SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1