# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

January 14, 2022

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *In re Application of Benjamin Steinmetz for an Order to Take Discovery from Vale S.A., Vale Americas Inc., Rio Tinto plc, and Rio Tinto Limited Pursuant to 28 U.S.C. § 1782*, Case No. 20-mc-00212-AJN (S.D.N.Y.)

Dear Judge Nathan:

Petitioner Benjamin Steinmetz and Respondents Vale S.A., Vale Americas Inc., Rio Tinto PLC and Rio Tinto Limited respectfully submit the following joint letter pursuant to Your Honor's January 11, 2022 Order (ECF No. 55) requesting a report on the status of the underlying foreign proceeding before the High Court of England and Wales (the "High Court"), captioned *Vale S.A. v. Steinmetz*, No. CL-2019-000723 (the "English Proceedings").

The nine-week trial in the English Proceedings is scheduled to begin on January 24, 2022, and end by April 7, 2022. Certain aspects of one of Vale S.A.'s claims will be addressed following the trial. After the High Court decides the various claims and defenses, any party can apply to appeal the judgment.

Vale Americas Inc., Rio Tinto PLC and Rio Tinto Limited are not parties to the English Proceedings. The Rio Tinto Respondents have no additional information to provide.

Americas (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
Asia-Pacific (Hong Kong, Seoul, Shanghai), EMEA (Dubai, London, Tel Aviv), Offshore (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim LLP, a New York Limited Liability Partnership.

The Honorable Alison J. Nathan
Page 2

        Respectfully submitted,

        /s/ Josef M. Klazen
        Josef M. Klazen
        josef.klazen@kobrekim.com
        Michael S. Kim
        michael.kim@kobrekim.com
        Robin Rathmell
        robin.rathmell@kobrekim.com
        KOBRE & KIM LLP
        800 Third Avenue
        New York, New York 10022
        T: 212-488-1200

        *Counsel for Mr. Benjamin Steinmetz*

        /s/ Jeffrey A. Rosenthal
        Jeffrey A. Rosenthal
        jrosenthal@cgsh.com
        Lisa M. Schweitzer
        lschweitzer@cgsh.com
        Lisa Vicens
        evicens@cgsh.com
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York 10006
        T: 212-225-2000
        F: 212-225-3999

        *Counsel for Vale S.A. and Vale Americas Inc.*

        /s/ James H. Mutchnik
        James H. Mutchnik, P.C.
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL 60654
        (312) 862-2000
        jmutchnik@kirkland.com

        *Counsel for Rio Tinto PLC and Rio Tinto Limited*